William G. Walker, Esq.
WILLIAM G. WALKER, P.C.
177 N. Church Avenue, Suite 807
Tucson, AZ 85701
wgwpc@aol.com
assistant@wgwatty.com
Telephone: (520) 622-3330
SBN: 005361

Mary Margaret Cowan, Esq.
33 N. Stone Avenue, # 2100
Tucson, AZ 85701
Margo.cowan@pima.gov
Telephone: (520) 724-6800
SBN: 016154

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| United States Of America, | ) | No. 4:18-mj-01455-N/A-BPV |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Defendant's Notice of No Objection to Government's Motion for Protective Order/Notice that He Was Never Contacted by Assistant US Attorney as Claimed |
| vs. | ) | |
| Scott Daniel Warren, | ) | |
| Defendant. | ) | |
| | ) | Hon. Bernardo P. Velasco |

Defendant, Scott Daniel Warren, has no objection to the protective order sought by the government in its Motion of January 24, 2018 [Doc. 16]. Counsel for Defendant does state, however, that he was never contacted and asked to respond to this motion prior to its filing as alleged p. 3 of the Government's motion.

1

Respectfully submitted this 25th day of January, 208.

        WILLIAM G. WALKER, P.C.


        By /s/ William G. Walker
          William G. Walker
          Lead counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 25, 2018, she caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

    Anna Wright, AUSA
    405 W. Congress, Suite 4800
    Tucson, AZ 85701
    Anna.Wright@usdoj.gov

    Nathaniel Walters AUSA
    405 W. Congress, Suite 4800
    Tucson, AZ 85701
    Nathaniel.Walters@usdoj.gov

            /s/ Lauren McKeen
            Legal Assistant