1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9   United States of America,            )
                                          )   NO.   M 18-01455-N/A(BPV)
10              Plaintiff,                 )
                                          )
11          vs.                            )   **ORDER**
                                          )
12   Scott Daniel Warren,                  )
                                          )
13              Defendant.                 )
    _____       )

14

15          There being no objection,

16          **IT IS ORDERED** that the Government's Motion for Protective Order Pursuant to

17   Fed. R. Crim. P. 16 be granted concerning disclosure related to data from material witness

18   Kristian Perez-Vaillanueva's cell phone described as compact discs containing cellular

19   telephone data.

20          **IT IS FURTHER ORDERED** that defense counsel, including investigators,

21   paralegals, and office staff, receiving the compact disc containing the aforementioned data

22   shall not provide, reproduce, or distribute in hard copy or electronic form any personal

23   information contained within that data  without further Order of the Court.  The Defendant

24   shall not provide, reproduce, or distribute in hard copy or electronic form any personal

25   information contained on the compact disc.  This Order shall not prevent defense counsel

26   from otherwise showing or discussing with the Defendant evidence contained within that

27   discovery under the supervision of defense counsel or his agents.

28          **IT IS FURTHER ORDERED** that defense counsel may provide the discovery

1   contained on the compact disc for the use of his investigator (who consents to the jurisdiction

2   and Order of this Court), but that such investigator shall not further copy said discovery

3   without further Order of the Court.

4       **IT IS FURTHER ORDERED** that defense counsel may provide the discovery

5   contained on the compact disc for the use of his paralegal (who consents to the jurisdiction

6   and Order of this Court), but that such paralegal shall not further copy said discovery without

7   further Order of the Court.

8       **IT IS FURTHER ORDERED** that defense counsel may provide the discovery for

9   the use of any expert (who consents to the jurisdiction and Order of this Court), but that such

10  expert shall not further copy said discovery without further Order of the Court.

11      **IT IS FURTHER ORDERED** that, with respect to the discovery contained on the

12  compact disc, this discovery is for the use in the defense of this criminal case only and that

13  the compact disc shall be returned to the Government so that the extracted data contained can

14  be destroyed after the completion of the proceedings.

15      DATED this 26th day of January, 2018.

16

17

18  Bernardo P. Velasco
    United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

- 2 -