ELIZABETH A. STRANGE
First Assistant United States Attorney
ANNA WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: anna.wright@usdoj.gov
E-mail: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

FILED

2018 FEB 14 AM 8:39

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CR18- 223TUC RCC (BPV)

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Scott Daniel Warren,<br><br>(Counts 1-3)<br><br>Defendant. | **INDICTMENT**<br><br><u>VIOLATIONS:</u><br><br>8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(A)(iii)<br>(Conspiracy to Transport and Harbor Illegal Aliens)<br>**Count 1**<br><br>8 U.S.C. § 1324(a)(1)(A)(iii)<br>(Harboring Illegal Aliens)<br>**Counts 2 & 3** |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

From a date unknown to on or about January 17, 2018, at or near Ajo, in the District of Arizona, Scott Daniel Warren, did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown to the grand jury, to transport and move Kristian Perez-Villanueva and Jose Arnaldo Sacaria-Goday, illegal aliens, within the United States by means of transportation or otherwise; and to conceal, harbor and shield from detection said illegal aliens in any place, including any building or any means of transportation to avoid said aliens' detention by immigration authorities, all

in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(iii).

## COUNT 2

Beginning on or about January 14, 2018, and continuing to January 17, 2018, at or near Ajo, in the District of Arizona, Scott Daniel Warren, knowing and in reckless disregard of the fact that a certain alien, Kristian Perez-Villanueva, had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor and shield from detection said alien in any place, including any building or any means of transportation to avoid said aliens' detention by immigration authorities, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii).

## COUNT 3

Beginning on or about January 14, 2018, and continuing to January 17, 2018, at or near Ajo, in the District of Arizona, Scott Daniel Warren, knowing and in reckless disregard of the fact that a certain alien, Jose Arnaldo Sacaria-Goday, had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor and shield from detection said alien in any place, including any building or any means of transportation to avoid said aliens' detention by immigration authorities, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii).

**A TRUE BILL**

**/ S /**
_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/ S /
_____
Assistant United States Attorney
Dated: February 14, 2018

REDACTED FOR
PUBLIC DISCLOSURE