ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ANNA WRIGHT
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: anna.wright@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR18-223-TUC-RCC (BPV) |
|---|---|
| Plaintiff, | STIPULATION AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESSES AFTER TAKING VIDEO DEPOSITION |
| vs. | |
| Scott Daniel Warren, | |
| Defendant. | |

The United States of America, through undersigned counsel, and the defendant, individually and through counsel, do hereby agree and stipulate as follows:

(1) Material witnesses, Kristian Perez-Villanueva and Jose Arnaldo Sacaria-Goday, are not natural born or naturalized citizens, legal permanent residents, or nationals of the United States;

(2) Material witnesses, Kristian Perez-Villanueva and Jose Arnaldo Sacaria-Goday, entered the United States illegally on or about January 12, 2018;

(3) A video deposition of the material witnesses, Kristian Perez-Villanueva and Jose Arnaldo Sacaria-Goday, was conducted on March 7, 2018;

(4) The parties jointly agree that material witnesses, Kristian Perez-Villanueva and Jose Arnaldo Sacaria-Goday, may be released to the Department of Homeland Security for return to their country of origin;

(5) The parties also jointly agree that as a result of this stipulation material witnesses, Kristian Perez-Villanueva and Jose Arnaldo Sacaria-Goday, will be returned to their country of origin and thus unavailable as defined in Rule 804 of the Federal Rules of

Evidence. Therefore, the parties agree that the video deposition may be used as substantive evidence in any hearing or trial in the above captioned matter.

Based on the foregoing, the parties jointly move for the release of the above-named material witnesses to the Department of Homeland Security for return to their country of origin.

Respectfully submitted this 7TH day of March, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*/s/ Anna Wright*

ANNA WRIGHT
Assistant U.S. Attorney

Dated this 7th day of March, 2018.

_____
Attorney for Defendant

I understand and agree to the terms of this stipulation.

_____
Scott Daniel Warren
Defendant