**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| United States of America, | No. CR-18-00223-001-TUC-RCC (BPV) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Scott Daniel Warren, | |
| Defendant. | |

IT IS ODEREDERD that the material witnesses in this action, Kristian Perez-Villanueva and Jose Arnaldo Sacaria-Goday, are to be released to the Department of Homeland Security to be returned to their country of origin.

Dated this 8th day of March, 2018.

_Leslie A. Bowman_
Honorable Leslie A. Bowman
United States Magistrate Judge