Gregory J. Kuykendall, Bar # 012508
Amy P. Knight, Bar # 031374
KUYKENDALL & ASSOCIATES
531 S Convent Avenue
Tucson, AZ 85701
(520) 792-8033
greg@kuykendall-law.com
amyknight@kuykendall-law.com

Attorneys for Defendant Scott Daniel Warren

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| | ) No.CR-18-00223-001-TUC-RCC(BPV) |
| Plaintiff, | ) |
| | ) **MOTION TO MODIFY** |
| vs. | ) **CONDITIONS OF RELEASE AND** |
| | ) **TO WAIVE PRESENCE AT** |
| SCOTT DANIEL WARREN, | ) **MOTION HEARING** |
| | ) |
| Defendant. | ) |
| | ) |

Excludable delay pursuant to 18 U.S.C. Section 3161(h)(1)(F) will not occur as a result of this motion or of an order based thereon.

Defendant, Scott Daniel Warren, Ph.D., by and through his attorneys undersigned, Gregory J. Kuykendall, and Amy P. Knight, hereby requests that the Court modify the conditions of release previously imposed to allow him to travel to New Orleans, Louisiana, April 10-14, 2018. Dr. Warren plans to attend the annual meeting of the American Association of Geographers.

In addition, Dr. Warren requests this Court's permission to waive his presence at the hearing on his Motion for a Bill of Particulars, scheduled for April 11, 2018. This hearing will not involve the taking of evidence, and thus his presence should not be required.

Defense counsel has spoken with Assistant United States Attorney Anna Wright and United States PTS Officer Rubyann Shelby, and neither person has any objection to this request. Ms. Shelby requests that Dr. Warren be required to inform her of his specific travel plans, as well as his actual departure from and arrival to Tucson.

RESPECTFULLY SUBMITTED this 27th day of March, 2018.

By /s/ Amy P. Knight
Gregory J. Kuykendall
Amy P. Knight
531 S Convent Avenue
Tucson, AZ 85701
Attorneys for Defendant Scott Daniel Warren

CERTIFICATE OF SERVICE

I certify that on March 27th, 2018, I electronically transmitted a PDF version of this document to the Clerk of Court using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nathaniel J. Walters, Esq. (email: Nathaniel.walters@usdoj.gov)
Anna R. Wright, Esq. (email: anna.wright@usdoj.gov)
United States Attorney's Office

405 W. Congress, Suite 4800
Tucson, AZ 85701