Gregory J. Kuykendall, Bar # 012508
Amy P. Knight, Bar # 031374
KUYKENDALL & ASSOCIATES
531 S Convent Avenue
Tucson, AZ 85701
(520) 792-8033
greg@kuykendall-law.com
amyknight@kuykendall-law.com

Attorneys for Defendant Scott Daniel Warren

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) No.CR-18-00223-001-TUC-RCC(BPV) |
| vs. | ) **MOTION TO MODIFY CONDITIONS OF RELEASE** |
| SCOTT DANIEL WARREN, | ) |
| Defendant. | ) |

Excludable delay pursuant to 18 U.S.C. Section 3161(h)(1)(F) will not occur as a result of this motion or of an order based thereon.

Defendant, Scott Daniel Warren, Ph.D., by and through his attorneys undersigned, Gregory J. Kuykendall, and Amy P. Knight, hereby requests that the Court modify the conditions of release previously imposed to allow him to travel to Colorado April 20-23, 2018. Dr. Warren plans to attend a wilderness first responder recertification class.

Defense counsel has spoken with Assistant United States Attorney Anna Wright, and she has no objection to this request. Dr. Warren has received permission for this trip from and United States PTS Officer Rubyann Shelby.

RESPECTFULLY SUBMITTED this 18th day of April, 2018.

By /s/ Amy P. Knight
Gregory J. Kuykendall
Amy P. Knight
531 S Convent Avenue
Tucson, AZ 85701
Attorneys for Defendant Scott Daniel Warren

CERTIFICATE OF SERVICE

I certify that on April 18, 2018, I electronically transmitted a PDF version of this document to the Clerk of Court using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nathaniel J. Walters, Esq. (email: Nathaniel.walters@usdoj.gov)
Anna R. Wright, Esq. (email: anna.wright@usdoj.gov)
United States Attorney's Office
405 W. Congress, Suite 4800
Tucson, AZ 85701