IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | NO.   CR 18-00223-TUC-RCC(BPV) |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| Scott Daniel Warren, ) | |
| Defendant. ) | |

The Court having held a hearing on April 11, 2018, and having taken under advisement Defendant's Motion for Bill of Particulars,

**IT IS ORDERED** that Defendant's Motion for Bill of Particulars is denied.

DATED this 19th day of April, 2018.

_____
Bernardo P. Velasco
United States Magistrate Judge