IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
|             Plaintiff, ) | NO.   CR 18-00223-TUC-RCC(BPV) |
|        vs. ) | **ORDER** |
| Scott Daniel Warren, ) | |
|             Defendant. ) | |

**IT IS ORDERED** that the Government's Motion to Exceed Page Limitations [Doc. 59] is granted.

DATED this 1st day of May, 2018.

_____
Bernardo P. Velasco
United States Magistrate Judge