Gregory J. Kuykendall, Bar # 012508
Amy P. Knight, Bar # 031374
KUYKENDALL & ASSOCIATES
531 S Convent Avenue
Tucson, AZ 85701
(520) 792-8033
greg@kuykendall-law.com
amyknight@kuykendall-law.com

Pro Bono Attorneys for Defendant Scott Daniel Warren

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| | ) No.CR-18-00223-001-TUC-RCC(BPV) |
| Plaintiff, | ) |
| | ) **DEFENDANT'S MOTION TO EXTEND TIME TO FILE REPLY RE MOTION TO SUPPRESS** |
| vs. | ) |
| | ) |
| SCOTT DANIEL WARREN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Defendant, Scott Daniel Warren, Ph.D., by and through his pro bono attorneys undersigned, Gregory J. Kuykendall, and Amy P. Knight, respectfully moves the Court for a one-week extension of time to file a reply to the government's response to his Motion to Suppress Evidence Found as a Result of Illegal Search. The motion was filed April 19, 2018; the government filed its response May 3, 2018. The reply is currently due May 10, 2018. Defendant's new requested due date is May 17, 2018. A status conference at which a hearing will be scheduled is set for May 11, 2018.

The defendant requires the requested extension because counsel is out of town until May 9, 2018, and will not be able to complete review of the government's response and the necessary research and investigation prior to the current May 10 due date.

The assigned U.S. Attorney has been contacted and has no objection to this motion.

RESPECTFULLY SUBMITTED this 7th day of May, 2018.

>By /s/ Gregory J. Kuykendall
>Gregory J. Kuykendall
>Amy P. Knight
>531 S Convent Avenue
>Tucson, AZ 85701
>Attorneys for Defendant Scott Daniel Warren

CERTIFICATE OF SERVICE

I certify that on May 7, 2018, I electronically transmitted a PDF version of this document to the Clerk of Court using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nathaniel J. Walters, Esq. (email: Nathaniel.walters@usdoj.gov)
Anna R. Wright, Esq. (email: anna.wright@usdoj.gov)
United States Attorney's Office
405 W. Congress, Suite 4800
Tucson, AZ 85701