Gregory J. Kuykendall, Bar # 012508
Amy P. Knight, Bar # 031374
KUYKENDALL & ASSOCIATES
531 S Convent Avenue
Tucson, AZ 85701
(520) 792-8033
greg@kuykendall-law.com
amyknight@kuykendall-law.com

Attorneys for Defendant Scott Daniel Warren

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| | ) No.CR-18-00223-001-TUC-RCC(BPV) |
| Plaintiff, | ) **DEFENDANT'S WITNESS LIST** |
| | ) **FOR EVIDENTIARY HEARING** |
| vs. | ) **ON MOTION TO DISMISS** |
| | ) |
| SCOTT DANIEL WARREN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The following is a list of potential witnesses the defense may call at the May 11, 2018 hearing on the Motion to Dismiss Counts 2 and 3.

1. Scott Warren

Dr. Warren, the defendant, may testify about his religious beliefs.

2. Emily Saunders

Ms. Saunders is Dr. Warren's partner and may testify about his religious beliefs.

3. Mark Warren

Mr. Warren, the defendant's father, may testify about his son's upbringing and religious

beliefs.

4. Pam Warren

Mrs. Warren, the defendant's mother, may testify about her son's upbringing and religious beliefs.

DATED this 10th day of May, 2018.

                KUYKENDALL & ASSOCIATES

By /s/ Amy P. Knight
    Gregory J. Kuykendall
    Amy P. Knight
    531 S Convent Avenue
    Tucson, AZ 85701
    Attorneys for Defendant Scott Daniel Warren

## CERTIFICATE OF SERVICE

I certify that on May 10, 2018, I electronically transmitted a PDF version of this document to the Clerk of Court using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nathaniel J. Walters, Esq. (email: Nathaniel.walters@usdoj.gov)
Anna R. Wright, Esq. (email: anna.wright@usdoj.gov)
United States Attorney's Office
405 W. Congress, Suite 4800

Tucson, AZ 85701