**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Bernardo P. Velasco | **Date:** May 11, 2018 |
| **USA v. Scott Daniel Warren** | **Case Number:** CR-18-00223-001-TUC-RCC (BPV) |

**Assistant U.S. Attorney:** Anna Wright and Nathaniel Jacob Walters
**Attorney for Defendant:** Gregory John Kuykendall and Amy Knight, Retained  **Law Student Thomas Scott-Railton** at counsel table
**Interpreter:** N/A
**Defendant:**  ☒Present   ☐ Not Present   ☒Released    ☐Custody   ☐ Summons  ☐ Writ

**MOTION HEARING:**

Parties first address the Government's Motion for Protective Order [Doc. 68]. After hearing from defense counsel, the Order Granting that Motion [Doc. 69] remains.
Defendant's Motion to Suppress [Doc. 53] is set for hearing 5/29/2018 at 9:00 am.

Motion Hearing regarding defendant's Amended Motion to Dismiss Counts 2 and 3 [Doc. 45] proceeds.

Defendant calls Mark Warren, who is sworn, examined by Mr. Kuykendall, cross examined by Mr. Walters, and excused.

Defendant, Scott Daniel Warren, is sworn, examined by Mr. Kuykendall, cross examined by Ms. Wright, questioned by the Court, and excused.  Government's exhibit 56 (2 discs) is admitted.

Recess taken from 3:49 pm to 4:04 pm.

 Defense moves for the admission of Exhibits 101, 102, 103, and 104. Government objects to all exhibits and to 103 and 104 specifically as they have not had time to reviews the transcripts for accuracy.  The Court will admit all exhibits, allowing a 2 week period for the Government to review transcripts before they will be considered.  Defense rests.

Closing arguments held.  All original admitted exhibits retained by the Court.  Defendant's Amended Motion to Dismiss [Doc. 45] is TAKEN UNDER ADVISMENT.

| | |
|---|---|
| **Recorded By** Courtsmart | **Mtn Hrg 2 hrs 27 min** |
| **Deputy Clerk** Sara Jones | |
| | **Start:  1:44 pm** |
| | **Stop:   4:26 pm** |