# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>v.<br>Scott Daniel Warren,<br>　　　　Defendant. | No. CR-18-00223-TUC-RCC (BPV)<br>**ORDER** |

This Court has reviewed the Government's Motion to Exceed Page Limitations in their Response to Objections to Report and Recommendation (Doc. 94), and good cause appearing;

IT IS ORDERED the Motion to Exceed Page Limitation is Granted and the requested pleading, Government's Response to Objections to Report and Recommendation shall be filed.

Dated this 5th day of July, 2018.

　　　　　　　　　　　　　　　　Honorable Raner C. Collins
　　　　　　　　　　　　　　　　Chief United States District Judge