IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,              )<br>                                                        )<br>            Plaintiff,                        )<br>                                                        )<br>     vs.                                            )<br>                                                        )<br> Scott Daniel Warren,                   )<br>                                                        )<br>            Defendant.                     )<br>_____ ) | NO.   CR 18-00223-TUC-RCC(BPV)<br><br>**ORDER** |

The Court has received texts and emails sent by Border Patrol agents John Marquez, Brendan Burns, and David Sandoval for an in-camera review. After reviewing these documents, the Court does not find anything that should be disclosed pursuant to any applicable legal rule or constitutional standard. The Government should return to this Court's chambers to recover the submitted materials.

DATED this 9th day of July, 2018.

_____
Bernardo P. Velasco
United States Magistrate Judge