**MAGISTRATE JUDGE'S MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| **U.S. Magistrate Judge: Bernardo P. Velasco** | **Date:** July 13, 2018 |
| **USA v. Scott Daniel Warren** | **Case Number: CR-18-00223-001-TUC-RCC (BPV)** |

**Assistant U.S. Attorney:  Nathaniel Jacob Walters and Anna Wright**
**Attorney for Defendant:   Gregory Kuykendall and Amy Knight**, Retained
**Interpreter:** N/A
**Defendant:**  ☒  **Present**  ☐  **Not Present**  ☒  **Released**  ☐**Custody**  ☐  **Summons**  ☐  **Writ**

**MOTION HEARING:**

Matter is before the Court for continued hearing regarding defendant's Motion to Suppress (Doc. 53).

Border Patrol Agent John Marquez, previously sworn, returns to the stand for continued cross examination by Mr. Kuykendall. Defense exhibit 122 admitted under seal.  Redirect completed by Mr. Walters. Witness steps down.

Government calls Border Patrol Agent Brendan Burns, previously sworn. Examination by Ms. Wright, and cross examination by Mr. Kuykendall, and the witness is excused from the stand following re-direct.

Recess taken 11:50 am to 1:33 pm.

Neither side elects to produce further evidence. Closing arguments heard. The Court admits the exhibits referenced this date, which include defense 112 & 114. All original admitted exhibits retained by the Court. Defendant's Motion to Suppress (Doc. 53) is TAKEN UNDER ADVISEMENT.

**Court Reporter** Cheryl Cummings                                    **Mtn Hrg 3 hr 10min**
**Deputy Clerk** Sara Jones

                                                                        **Start:  9:33 AM**
                                                                        **Stop:   2:26 PM**