*UNITED STATES DISTRICT COURT*
*DISTRICT OF ARIZONA*

FILED ✓ / RECEIVED  
LODGED / COPY  
JUL 1 3 2018  
CLERK US DISTRICT COURT  
DISTRICT OF ARIZONA  
BY _____ DEPUTY

United States
PLAINTIFF

V.

Scott Daniel Warren
DEFENDANT

WITNESS LIST

CASE NUMBER: CR18-223-TUC-RCC(BPV)

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Bernardo P. Velasco | Sara Jones | Cindy/Cheryl |
| HEARING/TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| 6/14/18 & 7/13/18 | Anna R. Wright / Nathaniel Walters | Amy Knight / Gregory Kuykendall |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| 1 | | 6/14/2018 | 6/14/2018, 7/13/18 | Border Patrol Agent John Marquez | Y |
| 2 | | 6/14/18 | 7/13/18 | Border Patrol Agent Brendan Burns | Y |
| 3 | | 6/14/18 | | Border Patrol Agent David Sandoval | Y |
| | 1 | 6/14/2018 | 6/14/2018 | Dr. Carol Johson | Y |
| | 2 | 6/14/2018 | 6/14/2018 | Scott Daniel Warren | |