UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA



FILED ✓  LODGED ___
RECEIVED ___ COPY ___

JUL 1 3 2018

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States
PLAINTIFF

V.

Scott Daniel Warren
DEFENDANT

EXHIBIT LIST

CASE NUMBER: CR18-223-TUC-RCC(BPV)

| PRESIDING JUDGE<br>Bernardo P. Velasco | COURTROOM DEPUTY<br>Sara Jones | COURT REPORTER<br>Cindy/ Cheryl |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>June 14, 2018 – 7/13/18 | PLAINTIFF ATTORNEY(S)<br>Anna R. Wright<br>Nathaniel Walters | DEFENDANT ATTORNEY(S)<br>Amy Knight<br>Gregory Kuykendall |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1 | | | Driver's license photograph of Ireneo Mujica |
| 2 | | | Screen shot of image of Ireneo Mujica and the defendant |
| 3 | | | Still image from Why Not Travel Center security camera at 6:57:49 a.m. on January 14, 2018 |
| 4 | | | Still image from Why Not Travel Center security camera at 7:00:42 a.m. on January 14, 2018 |
| 5 | | | Screen shot from Perez-Villanueva's phone of Chevron Ajo search results |
| 6 | | | Photograph of front exterior of "The Barn" |
| 7 | | | Photograph of back exterior of "The Barn" |
| 8 | | | Photograph of back exterior of "The Barn" |
| 9 | | | Photograph of front door to "The Barn" |
| 10 | | | Photograph of common area in "The Barn" from front door |
| 11 | | | Photograph of common area in "The Barn" |
| 12 | | | Photograph of kitchen area in "The Barn" |
| 13 | | | Photograph of kitchen area in "The Barn" |
| 14 | | | Photograph of common area and view into sleeping area in "The Barn" |
| 15 | | | Photograph of common area and view into sleeping area in "The Barn" |
| 16 | | | Photograph of sleeping area from common area in "The Barn" |

*EXHIBIT LIST -- CONTINUATION*

| United States vs. Scott Daniel Warren | CASE NO. CR18-00223-TUC-RCC(BPV) |
|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 17 | | | Photograph of sleeping area in "The Barn" |
| 18 | | | Photograph of sleeping area in "The Barn" |
| 19 | | | Photograph of bathroom door in "The Barn" |
| 20 | | | Photograph of bathroom in "The Barn" from bathroom door |
| 21 | | | Photograph of toilet area in bathroom in "The Barn" |
| 22 | | | Photograph of toilet/sink area in bathroom in "The Barn" |
| 23 | | | Photograph of shower in bathroom in "The Barn" |
| 24 | | | Photograph of cabinet in bathroom in "The Barn" |
| 25 | | | Photograph of cabinet in sleeping area in "The Barn" |
| 26 | | | Photograph of cabinet in common area in "The Barn" |
| 27 | | | Photograph of cabinet in common area in "The Barn" |
| 28 | | | Photocopy of Spanish sign found on cabinet in common area in "The Barn" |
| 29 | | | Photograph of hand-drawn map found in "The Barn" |
| 30 | | | Photograph of hand-drawn map found in "The Barn" |
| 31 | | | Photograph of hand-drawn maps found in "The Barn" |
| 32 | | | Photocopy of hand-drawn map found in "The Barn" |
| 33 | | | Photocopy of hand-drawn map found in "The Barn" |
| 34 | | | Perez-Villanueva "selfie" taken in Mexico |
| 35 | | | Perez-Villanueva "selfie" taken in United States |
| 36 | | | Perez-Villanueva "selfie" taken in United States |
| 37 | | | Sacaria-Goday "selfie" taken in United States |
| 38 | | | Sacaria-Goday "selfie" taken in United States |
| 39 | | | Perez-Villanueva "selfie" taken in United States |
| 40 | | | Perez-Villanueva and Sacaria-Goday "selfie" taken in United States |
| 41 | | | Sacaria-Goday "selfie" taken in United States |
| 42 | | | Perez-Villanueva and Sacaria-Goday "selfie" taken in the common area of "The Barn" |

| | | | |
|---|---|---|---|
| 43 | | | Perez-Villanueva "selfie" taken in the bathroom of "The Barn" |
| 44 | | | Perez-Villanueva "selfie" taken in the bathroom of "The Barn" |
| 45 | | | Perez-Villanueva and Sacaria-Goday "selfie" taken in the kitchen of "The Barn" |
| 46 | | | Sacaria-Goday "selfie" taken in the kitchen of "The Barn" |
| 47 | | | Perez-Villanueva "selfie" taken in the kitchen of "The Barn" |
| 48 | | | Photograph of Chevron in Ajo, Arizona |
| 49 | | | Photograph of Chevron in Ajo, Arizona |
| 50 | | | Still image from Ajo Chevron security camera taken on January 14, 2018, at 1:11:09 p.m. |
| 51 | | | Still image from Ajo Chevron security camera taken on January 14, 2018, at 1:13:11 p.m. |
| 52 | | | Still image from Ajo Chevron security camera taken on January 14, 2018, at 1:42:02 p.m. |
| 53 | | | Still image from Ajo Chevron security camera taken on January 14, 2018, at 1:43:51 p.m. |
| 54 | | | Still image from Ajo Chevron security camera taken on January 14, 2018, at 2:02:04 p.m. |
| 55 | | | Transcript of Sacaria-Goday interview with Border Patrol on January 17, 2018 |
| 56 | | | Recordings of video depositions (2 discs) |
| 57 | | | Affidavit of Dr. Scott Daniel Warren (17-MJ-341-BPV) |
| 58 | | | Webpage – "About No More Deaths" |
| 59 | | | Webpage – "Frequently asked questions about Desert Aid" |
| 60 | | | Webpage – Ajo Ambulance Services |
| 61 | | | No More Deaths' Recommended Packing List for Desert Volunteers |
| 62 | | | Photograph of medicine cabinet |
| 63 | | | Photograph of trash can lid |
| 64 | | | Photograph of supply shed |

| | | | |
|---|---|---|---|
| 65 | | | Photograph of supply shed |
| 66 | | | Photograph of supply shed |
| 67 | | | Photograph of supply shed |
| 68 | | | Photograph of supply shed |
| 69 | | | Photograph of The Barn |
| 70 | | | Photograph of The Barn |
| 71 | | | Photograph of The Barn |
| 72 | | 6/14/18 | Transcript of evidentiary hearing held on May 11, 2018, in *United States v. Scott Daniel Warren* (18-CR-223) |
| 73 | | | Satellite image of 1401 West Snyder Road, Ajo, Arizona |
| 74 | | | Satellite image of 1401 West Snyder Road, Ajo, Arizona |
| 75 | | 6/14/2018 | Satellite image of 1401 West Snyder Road, Ajo, Arizona |
| 76 | | 6/14/2018 | Diagram of The Barn |
| 75A | | 6/14/18 | Annotated satellite image of 1401 W Snyder Road |