```
                                                    FILED ____ LODGED
                                                    RECEIVED ____ COPY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

JUL 1 3 2018

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**EXHIBIT LIST**

United States
PLAINTIFF

v.

Scott Daniel Warren
DEFENDANT

CASE NUMBER: 18-CR-223-RCC-BPV

| PRESIDING JUDGE Velasco | COURTROOM DEPUTY Sara Jones | COURT REPORTER Cindy/Cheryl |
|---|---|---|
| HEARING/TRIAL DATE(S) July 13, 2018 ↓ 6/14/18 | PLAINTIFF ATTORNEY(S) Anna Wright | DEFENDANT ATTORNEY(S) Greg Kuykendall |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| | 101 | 6/14/18 | Satellite photo |
| | 102 | 6/14/18 | Photo of Barn |
| | 103 | 6/14/18 | Photo of Barn |
| | 104 | | Photo of Barn |
| | 105 | 6/14/18 | Photo of Barn |
| | 106 | 6/14/18 | Photo of Barn |
| | 107 | 6/14/18 | Photo of Barn |
| | 108 | 6/14/18 | Photo of Barn |
| | 109 | 6/14/18 | Photo of Barn |
| | 110 | | Interview Report re Sauceda |
| | 111 | | Interview report re Sauceda (Gonzalez) |
| | 112 | 7/13/18 | Text messages |
| | 113 | | Report of investigation (Marquez) 1/17/18 |
| | 114 | 7/13/18 | Report of investigation (Marquez) 2/1/18 |
| | 115 | | Report of investigation (Marquez) 4/24/17 |
| | 116 | | Report of investigation (Marquez) 11/15/17 |
| | 117 | | Report of investigation (Burns) 1/18/18 |
| | 118 | | Report of investigation (Sandoval) 1/19/18 |
| | 119 | | Report of investigation (Barbosa) 1/24/18 |
| | 120 | | Report of investigation (Sandoval) 1/24/19 |
| | 121 | 6/14/18 | Deposition transcript (Sacaria-Godoy) |
| | 122 | 7/13/18 Under Seal | Border Patrol Knock and Talk policy |