IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR 18-00223-TUC-RCC(BPV) |
| Plaintiff, | |
| vs. | **ORDER** |
| Scott Daniel Warren, | |
| Defendant. | |

**IT IS ORDERED** that Defendant Scott Daniel Warren's Motion to Modify Conditions of Release is granted and his conditions of release are modified to allow him to travel to California from August 8, 2018, to August 22, 2018.

**IT IS FURTHER ORDERED** that the Defendant contact Pretrial Services Officer Rubyann Shelby prior to leaving and upon his return.

**IT IS FURTHER ORDERED** that all other terms and conditions of Defendant's release shall remain unchanged.

DATED this 6th day of August, 2018.

_____
Bernardo P. Velasco
United States Magistrate Judge