# EXHIBIT 1

**From:** **Kate Morgan-Olsen** katemorganolsen@gmail.com
**Subject:** Fwd: Copy of report released today on destruction of humanitarian aid
**Date:** March 22, 2018 at 6:05 PM
**To:** Amy Knight amyknight@kuykendall-law.com



Amy,

Below is the message that we sent to BP from the NMD media account on the morning of the release of the report.

Best,
Kate


----- Original Message -----
**From:** media@nomoredeaths.org
**To:** steven.passament@cbp.dhs.gov
**Sent:** Wed, 17 Jan 2018 08:23:18 -0800
**Subject:** Copy of report released today on destruction of humanitarian aid
Hello Steven,

Today we just made public this report detailing destruction of humanitarian supplies, which largely implicates Border Patrol. We wanted to make sure you also received it. Please note that we demand strong action in the form of a SOP policy or directive by the Tucson Sector leadership to stop this from happening. See attached.

Best regards,
Maryada (for the media/report release team)

520-240-1641




Disappeared Part 2 (1).pdf