**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Bernardo P. Velasco | **Date:** October 16, 2018 |
| USA v. Scott Daniel Warren | **Case Number:** CR-18-00223-001-TUC-RCC (BPV) |

**Assistant U.S. Attorney:** Anna Wright and Nathaniel Jacob Walters
**Attorney for Defendant:** Gregory Kuykendall and Amy Knight, Retained
**Interpreter:** N/A
**Defendant:**  ☒Present   ☐ Not Present   ☒Released   ☐Custody   ☐ Summons   ☐ Writ

**MOTION HEARING:**

Matter is before the Court regarding the Motion for Discovery [Doc. 113] and Motion to Dismiss [Doc. 115].

Parties first proceed on the Motion for Discovery. Mr. Kuykendall argues in support of the motion and shows a short video. The Court questions defense counsel as to the specific requests. Mr. Walters responds. The Court asks Mr. Walters questions as well. Mr. Kuykendall argues in rebuttal.

Parties next proceed on the Motion to Dismiss (International Law). Ms. Knight argues in support of the motion. The Court asks questions of Ms. Knight. Ms. Wright responds. The Court questions counsel. Ms. Knight argues in rebuttal and responds to further questions from the Court.

The Court takes both Motions [Docs. 113 & 115] under advisement.

| | |
|---|---|
| **Court Reporter:** Cindy Shearman | **Mtn Hrg 1 hr 26 min** |
| **Deputy Clerk** Sara Jones | |
| | **Start:  1:34 pm** |
| | **Stop:   3:00 pm** |