Gregory J. Kuykendall, Bar # 012508
Amy P. Knight, Bar # 031374
KUYKENDALL & ASSOCIATES
531 S Convent Avenue
Tucson, AZ 85701
(520) 792-8033
greg@kuykendall-law.com
amyknight@kuykendall-law.com

Attorneys for Defendant Scott Daniel Warren

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) No.CR-18-00223-001-TUC-RCC ) |
| vs. | ) **UNOPPOSED MOTION TO CONTINUE TRIAL** ) |
| SCOTT DANIEL WARREN, | ) ) |
| Defendant. | ) ) |

It is expected that excludable delay under Title 18 U.S.C. Section 3161(h)(7)(A) may occur as a result of this motion or of an order based thereon.

Defendant, Scott Daniel Warren, by and through his pro bono attorneys Gregory J. Kuykendall and Amy P. Knight, respectfully requests that this Court continue the November 14, 2018 trial, and convene a scheduling conference to select a new date. This proposed continuance is being requested because significant issues remain to be resolved before a trial can be conducted in this case,

including pending motions to dismiss and to suppress evidence and a motion for discovery.

Counsel for the Government have been consulted and have no objection to this motion.

Undersigned counsel avows that this request for a continuance has not been made for purposes of harassment or delay.

RESPECTFULLY SUBMITTED this 25th day of October, 2018.

>By /s/ Amy P. Knight
>Gregory J. Kuykendall
>Amy P. Knight
>531 S Convent Avenue
>Tucson, AZ 85701
>Attorneys for Defendant Scott Daniel Warren

CERTIFICATE OF SERVICE

I certify that on October 25th, 2018, I electronically transmitted a PDF version of this document to the Clerk of Court using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nathaniel J. Walters, Esq. (email: Nathaniel.walters@usdoj.gov)
Anna R. Wright, Esq. (email: anna.wright@usdoj.gov)
United States Attorney's Office
405 W. Congress, Suite 4800
Tucson, AZ 85701