**From:** Amy Knight amyknight@kuykendall-law.com
**Subject:** Re: Response to Defendant's Objection
**Date:** November 27, 2018 at 5:33 PM
**To:** Walters, Nathaniel (USAAZ) Nathaniel.Walters@usdoj.gov
**Cc:** Gregory Kuykendall greg@kuykendall-law.com, Wright, Anna (USAAZ) 2 Anna.Wright@usdoj.gov



Hi Nate,
No objection to the turkey-related extension — but we would very much like an answer to our follow-up email of this morning about when we might expect the disclosure the court ordered nearly three weeks ago and our long-outstanding query regarding items seized from the Barn belonging to people not involved in this case. Could you please try to get us some answers on those?

Thank you,

Amy Knight
Attorney
Kuykendall & Associates
Mexican Capital Legal Assistance Program
531 S. Convent Avenue
Tucson, Arizona 85701
Tel. 520-792-8033 x 1002
Cell. 520-878-8849
Fax. 520-792-0113
amyknight@kuykendall-law.com
http://kuykendall-law.com/

> On Nov 27, 2018, at 1:10 PM, Walters, Nathaniel (USAAZ) <Nathaniel.Walters@usdoj.gov> wrote:
>
> Amy/Greg,
>
> I hope you both had a wonderful Thanksgiving holiday. In light of Thanksgiving and the holiday weekend, what is your position on a one-week extension of the Government's timeline to respond? Please let us know of your decision by tomorrow at noon so that we may file the motion.
>
> Best,
>
> **Nathaniel J. Walters** | Assistant U.S. Attorney | District of Arizona
> 405 W. Congress Street, Ste. 4800, Tucson, AZ  85701
> Nathaniel.Walters@usdoj.gov | D: 520-620-7512 | M: 520-349-4140