ELIZABETH A. STRANGE
First Assistant United States Attorney
ANNA WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona  85701-5040
Telephone: (520) 620-7300
E-mail: anna.wright@usdoj.gov
        nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Scott Daniel Warren,<br><br>  Defendant. | 18-CR-223-TUC-RCC (BPV)<br><br>GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCLOSURE AND FOR SANCTIONS |

The United States of America, by and through its undersigned attorneys, hereby responds to the defendant's Motion to Compel Disclosure and for Sanctions.  Doc. 138. Contrary to the defendant's assertions, the government has worked diligently and in good faith to comply with the Court's Order requiring the government to "disclose any emails or texts sent to the two agents surveilling the Barn from 8:00 a.m. until the two agents went off duty on January 17, 2018."  Doc. 135 at 3.  Accordingly, the defendant has not shown good cause to impose sanctions on counsel for the government in this matter. In support of its position, the government offers the following:

     1.    Trial is currently scheduled for January 8, 2019.  However, in prior discussions the parties agreed that trial will not go forward on this date and that a date in March is realistic.  *See* Doc. 138-1 at 3.

2. The Court's Order regarding the defendant's selective enforcement claim issued on November 7, 2018. The next day, counsel for the government provided a copy of the order to the United States Border Patrol. In addition, counsel for the government requested that Border Patrol's E-Discovery Unit conduct a search for all emails or texts sent to Border Patrol Agents Brendan Burns and John Marquez on January 17, 2018, beginning at 8:00 a.m. and continuing through midnight. Counsel for the government also requested that Agents Burns and Marquez search their own records for these items.

3. On November 21, 2018, the government received the requested materials from the E-Discovery Unit.

4. Counsel for the government was on annual leave beginning on the afternoon of November 20, 2018, and returning the morning of November 26, 2018.

5. Upon returning to the office, counsel for the government provided the requested materials from the E-Discovery Unit to the USAO Automated Litigation Support Section, which prepared the materials for disclosure on November 27, 2018.

6. Beginning on November 9, 2018, Agents Burns and Marquez provided the requested materials to the government. Based on the materials received, the government requested that Agents Burns and Marquez provide additional materials. The government received the last of these materials on the afternoon of November 30, 2018.

7. Beginning on that same afternoon, November 30, the Tucson Office of the USAO experienced office-wide technical difficulties that precluded counsel for the government from preparing the last of these materials for disclosure. The technical difficulties were not resolved until three days later on the morning of December 4, 2018.

8. On December 4, shortly after the technical difficulties were resolved, the government provided all of the responsive materials to the Court *in camera* with a plan for disclosure. The Court issued a letter approving of the government's disclosure plan that same day. In accordance with the government's *in camera* submission and the Court's letter, the government provided disclosure to the defendant on the afternoon of December 4, 2018.

9. The government has worked diligently and in good faith to comply with the Court's Order. The government has timely and fully complied with the Court's Order by providing the materials *in camera* to the Court and then to the defendant on December 4.

10. The defendant has not shown good cause to impose sanctions on counsel for the government. Accordingly, the government respectfully requests that the Court deny the defendant's Motion to Compel Disclosure and for Sanctions in its entirety.

Respectfully submitted this 4th day of December, 2018.

    ELIZABETH A. STRANGE
    First Assistant United States Attorney
    District of Arizona

    */s/ Anna R. Wright & Nathaniel J. Walters*

    ANNA WRIGHT &
    NATHANIEL J. WALTERS
    Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 4th day of December, 2018, to:

All ECF participants