Gregory J. Kuykendall, Bar # 012508
Amy P. Knight, Bar # 031374
KUYKENDALL & ASSOCIATES
531 S Convent Avenue
Tucson, AZ 85701
(520) 792-8033
greg@kuykendall-law.com
amyknight@kuykendall-law.com

Attorneys for Defendant Scott Daniel Warren

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No.CR-18-00223-001-TUC-RCC |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO CONTINUE TRIAL** |
| SCOTT DANIEL WARREN, | |
| Defendant. | |

It is expected that excludable delay under Title 18 U.S.C. Section 3161(h)(7)(A) may occur as a result of this motion or of an order based thereon.

Defendant, Scott Daniel Warren, by and through his pro bono attorneys Gregory J. Kuykendall and Amy P. Knight, respectfully requests that this Court vacate the January 8, 2019 trial date. Defendant requests that the Court convene a scheduling conference in conjunction with the currently scheduled motion hearing on January 14, 2019 to select a new trial date.

This proposed continuance is being requested because significant issues remain to be resolved before a trial can be conducted in this case. At this Court knows, substantive motions remain pending, including a motion to suppress key evidence (fully briefed since September 4, 2018), a motion to reconsider denial of the motion to dismiss under the Religious Freedom Restoration Act (filed September 26, 2018), and a motion to dismiss based on international law (fully briefed since December 12, 2018). In addition, the defense has recently asked this Court to reconsider an order entered by the Magistrate Judge concerning discovery on a selective enforcement claim, and this Court has set that motion for hearing on January 14, 2019—after the current trial date. Whatever the outcome of that motion, the defense will still require time to file appropriate substantive motions based on the Government's disclosure regarding selective enforcement.

Counsel for the Government have been consulted and have no objection to this motion. Undersigned counsel avows that this request for a continuance has not been made for purposes of harassment or delay.

RESPECTFULLY SUBMITTED this 20th day of December, 2018.

By /s/ Amy P. Knight
Gregory J. Kuykendall
Amy P. Knight
531 S Convent Avenue
Tucson, AZ 85701
Attorneys for Defendant Scott
Daniel Warren

| | |
|---|---|
| 1 | <div align="center">CERTIFICATE OF SERVICE</div> |
| 2 | |
| 3 | I certify that on December 20th, 2018, I electronically transmitted a PDF version of this document to the Clerk of Court using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: |

CERTIFICATE OF SERVICE

I certify that on December 20th, 2018, I electronically transmitted a PDF version of this document to the Clerk of Court using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nathaniel J. Walters, Esq. (email: Nathaniel.walters@usdoj.gov)
Anna R. Wright, Esq. (email: anna.wright@usdoj.gov)
United States Attorney's Office
405 W. Congress, Suite 4800
Tucson, AZ 85701