# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00223-TUC-RCC (BPV) |
| Plaintiff, | **ORDER** |
| v. | |
| Scott Daniel Warren, | |
| Defendant. | |

The Court has reviewed the Reports and Recommendation filed by Magistrate Judge Velasco (Doc. 110) and (Doc. 134), the objections filed thereto and response filed on behalf of the Government.

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and **DENIES** the Motion to Suppress (Doc. 53), and **DENIES** the Motion to Dismiss Indictment for Violation of International Law (Doc. 115).

Dated this 19th day of December, 2018.

_____
Honorable Raner C. Collins
United States District Judge