ELIZABETH A. STRANGE
First Assistant United States Attorney
ANNA WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: anna.wright@usdoj.gov
E-mail: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 18-CR-223-TUC-RCC (BPV) |
|---|---|
| Plaintiff, | |
| vs. | GOVERNMENT'S MOTION FOR LEAVE TO RESPOND TO DEFENDANT'S MOTION TO RECONSIDER MAGISTRATE'S DENIAL OF MOTION TO COMPEL AND TO WITHDRAW REFERRAL DUE TO IMPROPER EX PARTE COMMUNICATIONS |
| Scott Daniel Warren, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby seeks leave to respond to the defendant's Motion to Reconsider Magistrate's Denial of Motion to Compel and to Withdraw Referral Due to Improper Ex Parte Communications. Doc. 145.

Under the Local Rules of Procedure, "no response to a motion for reconsideration and no reply to the response may be filed unless ordered by the Court, but no motion for reconsideration may be granted unless the Court provides an opportunity for response." LRCiv 7.2(g)(2) (incorporated by reference by LRCrim 12.1(a). The defendant's filing, while styled as a motion to reconsider, is more akin to an appeal or new motion since it raises issues not addressed and asks for relief not requested in the underlying briefings. *See* Doc. 138, 142. As such, the government seeks to respond in order to address the issues raised and the relief requested. Allowing the government to respond to the defendant's

filing will promote the fair and efficient administration of justice by more fully developing the arguments, issues and record.

A hearing as to the defendant's filing is set for January 14, 2019. The government's proposed response will be lodged with this motion. As such, excludable delay under 18 U.S.C. § 3161 will not occur as a result of this motion or of an order based thereon.

Respectfully submitted this 2nd day of January, 2019.

        ELIZABETH A. STRANGE
        First Assistant United States Attorney
        District of Arizona

        */s/ Anna R. Wright & Nathaniel J. Walters*

        ANNA WRIGHT &
        NATHANIEL J. WALTERS
        Assistant U.S. Attorneys

Copy of the foregoing served electronically or by
other means this 2nd day of January, 2019, to:

All ECF participants