IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 18-00223-TUC-RCC (BPV) |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| Scott Daniel Warren, | |
| Defendant. | |

The Court has reviewed the Defendant's Motion to Exceed Page Limitations, and good cause appearing,

**IT IS ORDERED** the Motion to Exceed Page Limitations (Doc. 154) is granted and the requested pleading, Motion for Sanctions Due to Serious Ethical Violations (lodged at Doc. 155) shall be filed.

Dated this 14th day of January, 2019.

Honorable Raner C. Collins
United States District Judge