# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Scott Daniel Warren,<br><br>　　　　　Defendant. | CR-18-00223-TUC-RCC (BPV)<br><br>**ORDER** |

　　　　The Court has reviewed the disclosure made by the Government and previously ruled on by Magistrate Judge Bernardo P. Velasco;

　　　　The Court finding the redactions were properly made and it has been properly disclosed, IT IS ORDERED the Motion to Reconsider Magistrate's Denial of Motion to Compel and to Withdraw Referral Due to Improper *Ex Parte* Communications (Doc. 145) filed by the defendant is DENIED.

　　　　The Motion for Sanctions Due to Serious Ethical Violations (Doc. 160) filed by the defendant is DENIED.

　　　　The Motion to Reconsider Order Denying Motion to Dismiss Under the Religious Freedom Restoration Act (Doc. 129) filed by the defendant is  DENIED.

　　　　Dated this 8th day of February, 2019.

_____
Honorable Raner C. Collins
United States District Judge