Gregory J. Kuykendall, Bar # 012508
Amy P. Knight, Bar # 031374
KUYKENDALL & ASSOCIATES
531 S Convent Avenue
Tucson, AZ 85701
(520) 792-8033
greg@kuykendall-law.com
amyknight@kuykendall-law.com
*Pro Bono* Attorneys for Defendant Scott Daniel Warren

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | )<br>) No.CR-18-00223-001-TUC-RCC(BPV) |
| Plaintiff, | )<br>) |
| vs. | ) **DEFENDANT'S MOTION TO**<br>) **EXCEED PAGE LIMITATIONS**<br>) |
| SCOTT DANIEL WARREN, | )<br>) |
| Defendant. | )<br>) |

      Defendant, Scott Daniel Warren, Ph.D., by and through his attorneys undersigned, Gregory J. Kuykendall, and Amy P. Knight, hereby requests that the Court allow him to file a Motion to Dismiss Indictment Due to Selective Enforcement that exceeds the 17-page limit in LRCiv 7.2(e) and LRCrim 12.1(a). Yesterday, Dr. Warren sought this Court's leave to file a 35-page motion to dismiss. This afternoon, the Court granted the motion, then changed its mind and, seven minutes later, denied the motion without explanation.

      Dr. Warren has made a good faith effort to shorten the motion; however, because selective enforcement claims depend in large part on the *quantity* of evidence a defendant offers, he is unable to make the motion significantly shorter without removing evidence essential his motion; to do so would risk having the motion denied due to insufficient

evidence on one or both prongs of the selective enforcement claim. Defendant cannot reasonably carry the burden of establishing both elements of a fact-dependent claim to the high standards courts have required while simultaneously confining his pleading to the 17 pages contemplated by the local rules of this court for all types of motions. Insistence on strict compliance with the local rules for such a motion would severely limit defendants' ability to meet the standards courts have imposed. This is especially so because this Court has proven hesitant to grant evidentiary hearings on similar matters in a related case Dr. Warren is facing, No. 17-mj-341.

This substitute proposed motion is now 31 pages long (or 30, excluding the caption, signature block, and certificate of service). Accordingly, Defendant respectfully requests that this Court permit the 31-page filing.

RESPECTFULLY SUBMITTED this 15th day of March, 2019.

> By /s/ Amy P. Knight
> Gregory J. Kuykendall
> Amy P. Knight
> 531 S Convent Avenue
> Tucson, AZ 85701
> Attorneys for Defendant Scott
> Daniel Warren

CERTIFICATE OF SERVICE

I certify that on March 15th, 2019, I electronically transmitted a PDF version of this document to the Clerk of Court using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nathaniel J. Walters, Esq. (email: Nathaniel.walters@usdoj.gov)
Anna R. Wright, Esq. (email: anna.wright@usdoj.gov)
United States Attorney's Office
405 W. Congress, Suite 4800
Tucson, AZ 85701