Gregory J. Kuykendall, Bar # 012508
Amy P. Knight, Bar # 031374
KUYKENDALL & ASSOCIATES
531 S Convent Avenue
Tucson, AZ 85701
(520) 792-8033
greg@kuykendall-law.com
amyknight@kuykendall-law.com

Attorneys for Defendant Scott Daniel Warren

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| | ) | No.CR-18-00223-001-TUC-RCC(DTF) |
| Plaintiff, | ) | |
| | ) | **MOTION TO MODIFY** |
| vs. | ) | **CONDITIONS OF RELEASE** |
| | ) | |
| SCOTT DANIEL WARREN, | ) | |
| | ) | |
| Defendant. | ) | |

Excludable delay pursuant to 18 U.S.C. Section 3161(h)(1)(F) will not occur as a result of this motion or of an order based thereon.

Defendant, Scott Daniel Warren, Ph.D., by and through his attorneys undersigned, Gregory J. Kuykendall, and Amy P. Knight, hereby requests that the Court modify the conditions of release previously imposed to allow him to travel to Washington, DC to attend the annual conference of the American Association of Geographers April 2-5, 2019. The Government has indicated it has no objection to

this request. Dr. Warren has received permission for this travel from United States PTS Officer Rubyann Shelby.

RESPECTFULLY SUBMITTED this 28th day of March, 2019.

By /s/ Amy P. Knight
Gregory J. Kuykendall
Amy P. Knight
531 S Convent Avenue
Tucson, AZ 85701
Attorneys for Defendant Scott Daniel Warren

CERTIFICATE OF SERVICE

I certify that on March 28th, 2019, I electronically transmitted a PDF version of this document to the Clerk of Court using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nathaniel J. Walters, Esq. (email: Nathaniel.walters@usdoj.gov)
Anna R. Wright, Esq. (email: anna.wright@usdoj.gov)
United States Attorney's Office
405 W. Congress, Suite 4800
Tucson, AZ 85701