# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-18-00223-TUC-RCC (DTF) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Scott Daniel Warren, | |
| Defendant. | |

The Court has reviewed the Defendant's Motion to Exceed Page Limitations (Doc. 178), and good cause appearing,

**IT IS ORDERED** the motion is Granted and the requested pleading, Motion to Dismiss Indictment Due to Selective Enforcement (Doc. 179) shall be filed.

Dated this 29th day of March, 2019.

_____
Honorable Raner C. Collins
Senior United States District Judge