Gregory J. Kuykendall, Bar # 012508
Amy P. Knight, Bar # 031374
KUYKENDALL & ASSOCIATES
531 S Convent Avenue
Tucson, AZ 85701
(520) 792-8033
greg@kuykendall-law.com
amyknight@kuykendall-law.com

Attorneys for Defendant Scott Daniel Warren

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| | ) No.CR-18-00223-001-TUC-RCC(DTF) |
| Plaintiff, | ) |
| | ) **MOTION TO WITHDRAW** |
| vs. | ) **DOCUMENT** |
| | ) |
| SCOTT DANIEL WARREN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Defendant, Scott Daniel Warren, Ph.D., by and through his attorneys undersigned, Gregory J. Kuykendall, and Amy P. Knight, hereby requests that the Court allow him to withdraw the version of his Motion to Dismiss Indictment due to Selective Enforcement filed as Doc. No. 180.

As the Court knows, the defense filed a motion to exceed page limitation and lodged a proposed motion to dismiss on March 14 (Doc. 171). Judge Collins issued an order on March 15 (Doc 176) granting the motion, and then filed a second order

a few minutes later (Doc. 177) reconsidering and denying the motion to exceed page limitation.

Subsequently, the defense filed two things: (1) a second motion to exceed page limitation (Doc. 178), with a lodged proposed motion that was a somewhat shorter version of one lodged the previous day but still exceeded what the local rules permit without permission; and (2) a significantly truncated version of the motion to dismiss (Doc. 180) that complied with the local rules and thus did not require a motion to exceed page limitation but omitted material the defense still wished to present. This was due to the court's substantive motions deadline for the case being March 15; because the defense could not be sure they would know before the end of the day whether the second motion to exceed page limitation would be granted, they filed the truncated version to ensure that *some* version of the motion would be properly filed within the deadline.

On March 27, 2019, the Court advised the parties by email that the second motion to exceed page limits would be granted, and on April 1, the Court in fact granted the second motion to exceed page limits. Doc. 185. The clerk accordingly filed the lodged proposed motion. Doc. 186.

Accordingly, the shortest version of the motion, Doc. 180, which was properly filed without requiring the Court's permission, is now redundant with the version this Court directed the Clerk to file via its April 1 order, and defendant now seeks to

withdraw the truncated version, Doc. 180, leaving the operative version of the motion as Doc. No. 186.

RESPECTFULLY SUBMITTED this 1st day of April, 2019.

By /s/ Amy P. Knight
Gregory J. Kuykendall
Amy P. Knight
531 S Convent Avenue
Tucson, AZ 85701
Attorneys for Defendant Scott Daniel Warren

CERTIFICATE OF SERVICE

I certify that on April 1st, 2019, I electronically transmitted a PDF version of this document to the Clerk of Court using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nathaniel J. Walters, Esq. (email: Nathaniel.walters@usdoj.gov)
Anna R. Wright, Esq. (email: anna.wright@usdoj.gov)
United States Attorney's Office
405 W. Congress, Suite 4800
Tucson, AZ 85701