AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Arizona

United States of America
*Plaintiff*
v.
Scott Daniel Warren
*Defendant*

Case No. CR-18-223-TUC-RCC(DTF)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

First Look Media Inc. .

Date: 04/29/2019

/s/ Gregg P. Leslie
*Attorney's signature*

Gregg P. Leslie, # 035040
*Printed name and bar number*

ASU SDO College of Law
111 E. Taylor St., Mail Code 8820
Phoenix, AZ 85004
*Address*

Gregg.Leslie@asu.edu
*E-mail address*

(480) 727-7398
*Telephone number*

(602) 496-1382
*FAX number*