ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ANNA R. WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Arizona State Bar No. 029708
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: anna.wright@usdoj.gov
       nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Scott Daniel Warren,<br><br>   Defendant. | CR-18-00223-RCC (DTF)<br><br>GOVERNMENT'S MOTION TO EXTEND TIME TO RESPOND TO MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF CHALLENGING SEALING OF RECORDS<br><br>(Doc. 195) |

The United States of America, by and through its undersigned attorneys, hereby respectfully moves the Court for a 30-day extension of time to respond to Motion to Intervene by First Look Media for the Limited Purpose of Challenging Sealing of Records. Doc. 195. The United States' response is due on May 13, 2019. In support of its motion, the United States offers the following:

1. Counsel for the United States are set to be in trial in *United States v. Warren*, 17-mj-00341-RCC (JR), from May 6-8, 2019.

2. Counsel for the United States are scheduled for an evidentiary hearing in this case on May 13, 2019.

3. Counsel for the United States are set to begin trial in this case on May 28, 2019 and is anticipated to last between two and three weeks.

4. Counsel for the United States require additional time to research the unique legal issues presented by the Motion.

Counsel for First Look Media Works, Inc. were contacted regarding a 30-day extension of the United States' time to respond and object to an extension.

Respectfully submitted this 3rd day of May 2019.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*/s/ Anna R. Wright & Nathaniel J. Walters*

ANNA WRIGHT &
NATHANIEL J. WALTERS
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 3rd day of May 2019, to:

All ECF Participants