MICHAEL BAILEY
United States Attorney
ANNA WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona  85701-5040
Telephone: (520) 620-7300
E-mail: anna.wright@usdoj.gov
            nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 18-CR-223-TUC-RCC (DTF) |
| Plaintiff, | |
| vs. | GOVERNMENT'S REQUEST FOR NOTICE OF DEFENSES |
| Scott Daniel Warren, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, pursuant to Federal Rules of Criminal Procedure 12, 12.1, 12.2, and 12.3, hereby requests timely and accurate notice of the defendant's intent to assert the defense of entrapment, duress, coercion, alibi, insanity or any other mental condition, and public authority.

1.   Pursuant to Rule 12(e), the United States requests from the defendant that he provide notice of intention (if any) to use the defenses of entrapment, duress, or coercion.

2.   Pursuant to Rule 12.1, the United States requests from the defendant that he provide notice of intention (if any) to offer the defense of alibi. The United States specifically requests the name(s) of the location(s) and the hour(s) where the defendant claims to have been at the time(s) specified in the Indictment. The United States also requests the name(s) and address(es) of the witness(es) upon whom the defendant intends to rely to establish an alibi defense.

3. Pursuant to Rule 12.2, the United States requests from the defendant that he provide notice of intention (if any) to use an insanity defense or to present expert testimony relating to a mental disease or defect or any other mental condition.

4. Pursuant to Rule 12.3, the United States requests from the defendant that he provide notice of intention (if any) to use the defense of actual or believed exercise of public authority on behalf of a law enforcement or federal intelligence agency.

Failure to comply with the notice requirements as specified in the above referenced sections of the Federal Rules of Criminal Procedure will result in the government moving to preclude such defenses in the event that they are brought untimely or if the notice regarding one of the above defenses is predicated on insufficient information.

WHEREFORE, it is respectfully requested that this Court take notice of the aforementioned, and for such other and further relief that is just and proper.

Respectfully submitted this 10th day of May, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/ Anna R. Wright & Nathaniel J. Walters*

ANNA WRIGHT &
NATHANIEL J. WALTERS
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by
other means this 10th day of May, 2019, to:

All ECF participants