MICHAEL BAILEY
United States Attorney
ANNA WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: anna.wright@usdoj.gov
       nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-18-00223-RCC (DTF) |
| Plaintiff, | NOTICE OF INTENT TO USE DEFENDANT'S CONFESSIONS, ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1 |
| vs. | |
| Scott Daniel Warren, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby gives notice, pursuant to Rule 16.1 of the Local Rules of Criminal Practice of the United States District Court for the District of Arizona, that all confessions, admissions and statements provided in the government's disclosure will be introduced into evidence by the government at the trial in this matter. *See United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

///

Respectfully submitted this 13th day of May, 2019.

> MICHAEL BAILEY
> United States Attorney
> District of Arizona
>
> */s/ Anna R. Wright & Nathaniel J. Walters*
>
> ANNA WRIGHT &
> NATHANIEL J. WALTERS
> Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 13th day of May, 2019, to:

All ECF participants