*UNITED STATES DISTRICT COURT*
*DISTRICT OF ARIZONA*

# United States

PLAINTIFF

v.

# Scott Daniel Warren

DEFENDANT

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 13 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

WITNESS LIST

NUMBER: 18-CR-223-RCC(DTF)

| PRESIDING JUDGE Collins | COURTROOM DEPUTY Sherry Gammon | COURT REPORTER Erica McQuillen |
|---|---|---|
| HEARING/TRIAL DATE(S) May 13, 2019 | PLAINTIFF ATTORNEY(S) Anna Wright, Nathaniel Walters | DEFENDANT ATTORNEY(S) Greg Kuykendall, Amy Knight |

| PLF | DFT | DATE SWORN | DATE APPEARED | *WITNESSES* | Under Rule |
|---|---|---|---|---|---|
|  | ✓ | 5/13/19 | 5/13/19 | Dr. Robin Reineke |  |
|  | ✓ | 5/13/19 | 5/13/19 | Maryada Vallet |  |