UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

EXHIBIT LIST

**United States**
PLAINTIFF
v.
**Scott Daniel Warren**
DEFENDANT

FILED ✓ / LODGED ___
RECEIVED ___ / COPY ___
MAY 1 3 2019
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

CASE NUMBER: 18-CR-223-RCC(DTF)

| PRESIDING JUDGE Collins | COURTROOM DEPUTY Sherry Gammon | COURT REPORTER Erica McQuillin |
|---|---|---|
| HEARING/TRIAL DATE(S) May 13, 2019 | PLAINTIFF ATTORNEY(S) Anna Wright, Nathaniel Walters | DEFENDANT ATTORNEY(S) Greg Kuykendall, Amy Knight |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
|  | 22 | 5/13/19 | Arizona Republic article dated June 16, 2017 |
|  | 23 | 5/13/19 | New York Times article dated June 16, 2017 |
|  | 24 |  | Email from Robin Reineke dated June 22, 2017 |