IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Scott Daniel Warren,<br><br>Defendant. | CR-18-00223-TUC-RCC (DTF)<br><br>**ORDER** |

The Court has taken under advisement the Motion to Dismiss Indictment Due to Selective Enforcement (Doc. 186) and the Motion to Estop Government from Arguing Directly Contrary Positions for Strategic Gain (Doc. 170) filed by the Defendant. The Court has considered all evidence and reviewed all admitted exhibits. The Motion to Dismiss Indictment is **DENIED**.

The Court also finds the Motion for Estop is **DENIED**. The Government's position is not inherently inconsistent.

Dated this 21st day of May, 2019.

_____
Honorable Raner C. Collins
Senior United States District Judge