MICHAEL BAILEY
United States Attorney
ANNA WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: anna.wright@usdoj.gov
           nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>    vs.<br><br>Scott Daniel Warren,<br><br>                    Defendants. | CR-18-00223-RCC (DTF)<br><br>GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE DEFENDANT FROM ARGUING JURY NULLIFICATION |

The United States of America, by and through its undersigned attorneys, files its motion *in limine* to preclude the defendant from arguing "humanitarian aid is never a crime" as there is no legal basis for this defense and is, in essence, an argument for jury nullification.

No More Deaths, an organization in which the defendant holds a leadership role, has for almost a decade argued that "humanitarian aid is never a crime."[1] *See United States v. Millis*, 621 F.3d 914, 916 (9th Cir. 2010). While the Ninth Circuit has not directly addressed the argument that "humanitarian aid is never a crime," it has addressed the defense's ability to argue for jury nullification. Here, any argument by the defense that "humanitarian aid is never a crime" is legally incorrect and an invitation for the jury to

---

[1]   *See also* https://azresist.org/event/humanitarian-aid-is-never-a-crime-drop-the-charges/2019-01-10/ and http://forms.nomoredeaths.org/legal-defense-campaign/.

nullify the law. The Sixth Amendment right to present a defense does not include the right to ask for jury nullification. *United States v. Powell*, 955 F.2d 1206, 1213 (9th Cir 1991); *see also United States v. Navarro-Vargas*, 408 F.3d 1184, 1202-06 (9th Cir. 2005) (en banc) (rejecting request to instruct the grand jury on nullification). It is well-settled that "it is the duty of juries in criminal cases to take the law from the court and apply that law to the facts as they find them to be from the evidence." *Sparf v. United States*, 156 U.S. 51, 102 (1895). If the defense were allowed to argue "humanitarian aid is never a crime," this Court would allow the "anarchy" referenced in *Powell* by allowing the jury to "ignore the requirements of the law." *Powell*, 955 F.2d at 1213.

Here, any attempt by the defense to argue or present any defense based on a theory of "humanitarian aid is never a crime" is tantamount to arguing for jury nullification. As noted, any argument for jury nullification is improper under Ninth Circuit and United States Supreme Court precedent, and therefore, the United States' motion must be granted.

Respectfully submitted this 21st day of May 2019.

                                    MICHAEL BAILEY
                                    United States Attorney
                                    District of Arizona

                                  */s/ Anna R. Wright & Nathaniel J. Walters*

                                  ANNA WRIGHT &
                                  NATHANIEL J. WALTERS
                                  Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 21st day of May 2019, to:

All ECF participants