MICHAEL BAILEY
United States Attorney
ANNA WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona  85701-5040
Telephone: (520) 620-7300
E-mail: anna.wright@usdoj.gov
E-mail: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>     vs.<br><br>Scott Daniel Warren,<br><br>            Defendant. | 18-CR-223-TUC-RCC (DTF)<br><br>GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE IRRELEVANT EVIDENCE |

The United States of America, by and through its undersigned attorneys, files its motion *in limine* to preclude the defense from introducing into evidence a video produced by Vice TV and an autopsy report as inadmissible under Rules 401, 403 and 802.

**I.     Legal Summary**

Rule 401 provides that evidence is relevant if "(a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action." Fed. R. Evid. 401. Irrelevant evidence is not admissible. Fed. R. Evid. 402. To be "relevant," evidence need not be conclusive proof of a fact sought to be proved, or even strong evidence of the same. *United States v. Curtin*, 489 F.3d 935, 943 (9th Cir. 2007). All that is required is a "tendency" to establish the fact at issue. *Id.*

Also, Rule 403 allows the court to "exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence."

Rule 802 provides that, unless an exception applies, hearsay is not admissible. Exceptions to the rule against hearsay can be found in Rules 801 and 803.

### II.     Discussion

Recently, counsel for the defendant provided disclosure in this matter of items the defense intends to introduce as evidence during its case-in-chief, including a video produced by Vice TV and an autopsy report. Both items are irrelevant to this case, are unduly prejudicial and contain inadmissible hearsay.

The video produced by Vice TV contains interviews with members of Aguilas Del Desierto, as well as footage of their activities. It does not contain any content related to the facts of this case, the defendant or No More Deaths. As such, it is irrelevant under Rule 401. Because it is patently irrelevant, introduction of the video would confuse the issues, cause undue delay, and waste time under Rule 403. In addition, the video's content is hearsay since no person who appeared in the video or produced the video has been noticed as a witness for the defense. As such, it is inadmissible hearsay under Rule 802.

The autopsy report concerns human remains found by a No More Deaths volunteer and recovered by the Pima County Sheriff's Office on January 14, 2019. There is no evidence that this individual was involved in the events underlying this case or that his autopsy is relevant to any fact of consequence in this case. As such, it is irrelevant under Rule 401. Because it is patently irrelevant, introduction of the video would confuse the issues, cause undue delay, and waste time under Rule 403. Finally, the autopsy report is hearsay, since it was authored by a person who has not been noticed as a witness and relies on information obtained from other non-witnesses. As such, it is inadmissible hearsay under Rule 802.

///

### III. Conclusion

For the reasons discussed about, the Court should preclude the defense from introducing into evidence a video produced by Vice TV and an autopsy report as inadmissible under Rules 401, 403 and 802.

Respectfully submitted this 21st day of May, 2019.

>MICHAEL BAILEY
>United States Attorney
>District of Arizona
>
>*/s/ Anna R. Wright & Nathaniel J. Walters*
>
>ANNA WRIGHT &
>NATHANIEL J. WALTERS
>Assistant U.S. Attorneys

Copy of the foregoing served electronically or by
other means this 21st day of May, 2019, to:

All ECF participants