MICHAEL BAILEY
United States Attorney
ANNA WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona  85701-5040
Telephone: (520) 620-7300
E-mail: anna.wright@usdoj.gov
          nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>     v.<br><br>Scott Daniel Warren,<br><br>              Defendant. | CR-18-00223-RCC (DTF)<br><br>GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS |

The United States of America respectfully submits the following proposed voir dire questions for the Court's consideration in addition to its standard questions:

1. <u>Statement of the Case</u>: The defendant, Scott Daniel Warren, is charged in the Indictment with harboring and conspiracy to harbor two illegal aliens. The United States alleges that in January 2018, the defendant harbored two illegal aliens at a location in Ajo, Arizona, known as the Barn. The United States also alleges that the defendant conspired with others to harbor these same illegal aliens at the Barn.

2. This case received some press coverage. Has anyone seen, read or heard anything about this case on television, the internet, social media, in newspapers or other periodicals, or on the radio?

    a. If so, how did you learn about this case, and what you know about it?
    b. Is there anything that you have seen, heard, or read about this case that would make it difficult for you to be a fair and impartial juror?

    c. Have you formed any opinions about the defendant's guilt or innocence based on anything that you have seen, heard, or read about this case?

3. There is often publicity in Southern Arizona regarding illegal immigration. Is there anything about any publicity related to illegal immigration that you have seen, heard, or read that may affect your ability to be completely fair and impartial?

4. Does anyone have any personal knowledge about this matter?

5. Has anyone ever lived and/or worked in or near Ajo, Arizona?

6. The government's witnesses in this case may include agents from Border Patrol. Is there anyone on the panel who has any strong opinions, whether good or bad, about this or any law enforcement agency, which would influence your ability to be fair and impartial?

7. Does anyone feel the laws governing immigration should be more lenient or more stringent or otherwise changed?

    a. Does anyone have any personal objection to the laws of the United States that require aliens seeking admission to the United States to request permission to enter before being granted admission to the United States?

    b. Does anyone on the panel believe violations of immigration laws should not be criminally prosecuted?

8. Have you or a family member or friend ever had a negative experience concerning any immigration related matter?

9. Does anyone have such strong feelings about the topic of immigration that they feel that they cannot be fair or impartial for a trial involving harboring an illegal alien?

10. Have any of you, your relatives, or your close friends ever been charged with a criminal offense? What was the charge? Would this affect your ability to sit as a juror in this case?

    a. Does anyone have a relative or close friend who has been sentenced to state or federal prison?

    b. Have any of you, your relatives, or your close friends been the subject of any investigation by an agency of the federal, state or local government or have any case pending in federal or state court at this time?

2

11. Has anyone ever been a victim or witness in a criminal case? If so, would anything about that experience cause you to be prejudiced against the government or the defendant?

12. The question of possible punishment is not to enter your deliberations in any way. This is a matter solely for the Court. Does anyone not agree to this?

13. Does anyone on the panel believe the judicial system in general is unfair? Would these feelings prevent you from being fair and impartial in this case?

14. Has anyone ever served as a juror in a criminal or civil case?
    a. What were the charges?
    b. Was a verdict reached? What was the verdict?
    c. Were you the foreperson?
    d. Based on your experience as a previous juror, would you be able to be fair and impartial on both sides?

15. Has anyone ever had any legal training or legal education?

16. Does anyone have any strong moral, cultural, political, or religious convictions or beliefs that would make it difficult to sit as a juror?

17. Does anyone on the panel have any personal beliefs or attitudes that would make it difficult to decide a person's guilt or innocence?

18. Does anyone have any strong feelings regarding any government policies that would prevent you from giving either side a fair trial?

19. Would anyone have any trouble following the law as instructed whether you agree with the law or not?

20. Is anyone a member of any group(s) or association(s) that advocates for or against particular immigration laws? If so, which group(s) or association(s)?

    a. Does anyone have any yard signs that advocate for or against the criminal prosecution of violations of immigration laws?

    b. Does anyone have any bumper stickers that advocate for or against the criminal prosecution of violations of immigration laws?

    c. Does anyone follow or "like" on social media any group(s) or association(s) that advocates for or against particular immigration laws?

3

      d. Does anyone follow or "like" on social media any group(s) or association(s) that advocates for or against the criminal prosecution of violations of immigration laws?

21. Does anyone belong to or associate with a group or organization that has as one of its activities "humanitarian aid"?

      a. Has anyone participated in any fundraisers or activities related to border or immigration issues?

      b. Has anyone participated in or watched any marches, rallies, demonstrations or protests related to border or immigration issues?

22. Does anyone have any strong opinions, whether good or bad, about groups or organizations that have as one of their activities "humanitarian aid"?

      a. Has anyone written or called any elected or appointed government official to express your opinion about border or immigration related issues?

      b. Has anyone written or called any newspaper, magazine, television program or website to express your opinion about border or immigration related issues?

23. Have border or immigration related issues been discussed in your religious groups, at church services, or in other groups?

24. Does anyone on the panel harbor such feelings, beliefs or prejudices either for or against Hispanics or illegal immigrants that would interfere with or predispose your judgment in this case such that you could not render a fair verdict?

25. Under the law, the government has the burden of proving each crime beyond a reasonable doubt. Would anyone require the government to prove the charged crimes beyond all doubt or beyond all possible doubt?

26. We anticipate that some of the evidence will be presented as circumstantial evidence. The Court will instruct you that circumstantial evidence is also proper evidence for you to consider in deciding the case. Would anyone have any problems with following the Court's instructions regarding circumstantial evidence?

27. Does anyone feel that you would treat the testimony of a law enforcement witness differently than other witnesses who might testify?

4

28. Does anyone feel that you would treat the testimony of a person who does not have legal permission to reside in the United States differently than a person who is present in the United States legally?

29. Has anyone filed a lawsuit against local, state or federal government?
    a. If yes, please describe the case and outcome.
    b. Is there anything that happened relating to that law suit that would prevent you from being fair/impartial to the government?

30. Does anyone believe that they could not follow the law as you are instructed by the judge if they personally disagreed with the law?

31. Does anyone speak Spanish, or have any education, training (formal or informal) of the Spanish language?
    a. If so, how long have you spoken Spanish?
    b. If so, what level of education?
    c. Do you feel that you can put aside any personal knowledge of the Spanish language and decide this case solely on the Certified Court Interpreter's translation?

32. Assuming the government met its burden of proof under the law, would anyone nevertheless have difficulty in finding a person guilty because of sympathy for his or her personal circumstances or condition?

33. Is there anything that you know about the nature of the charges in this case that would affect your ability to fairly evaluate the evidence regarding whether or not the government has proven the guilt of the defendants beyond a reasonable doubt?

Respectfully submitted this 21st day of May, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/Anna Wright and Nathaniel Walters*

Anna Wright and Nathaniel Walters
Assistant United States Attorneys

Copy of the foregoing served electronically or by other means this 21st day of May, 2019, to:

All ECF Participants

5