Gregory J. Kuykendall, Bar # 012508
Amy P. Knight, Bar # 031374
KUYKENDALL & ASSOCIATES
531 S Convent Avenue
Tucson, AZ 85701
(520) 792-8033
greg@kuykendall-law.com
amyknight@kuykendall-law.com

Attorneys for Defendant Scott Daniel Warren

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 18-cr-00223-RCC(DTF) |
| Plaintiff, | |
| vs. | **DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS** |
| SCOTT DANIEL WARREN, | |
| Defendant. | |

   Defendant Dr. Scott Daniel Warren respectfully submits the following proposed voir dire questions:

1. Summary of Charges: The Government has charged the defendant, Dr. Scott Daniel Warren, with harboring two young men who had crossed into this country without authorization at a humanitarian aid base camp in Ajo, Arizona known as the Barn. It has also charged him with conspiring to transport and harbor these same two individuals. Dr. Warren contends that any actions he undertook regarding these two individuals were limited to the provision of humanitarian aid.

2. Do any of you think, as we sit here right now, that if the government has charged

1

the defendant with a crime, he must have done something wrong?
3. If you were asked to vote right now on whether the defendant is guilty of the charged crimes, how many of you would vote that he is guilty?
4. How many of you enjoy watching TV shows about criminal investigation, like CSI or Forensic Files?
    a. Which shows do you watch? How often? Why do you like them?
    b. How many of you enjoy listening to investigation podcasts like Serial or In the Dark?
5. Who here has strong feelings about law enforcement officers?
    a. Has anybody here ever worked in law enforcement?
    b. Does anybody have close friends or family in law enforcement?
    c. Does anybody have any yard signs or bumper stickers or similar displays with a pro-law enforcement message, such as "Thank a Cop" or "Blue Lives Matter?"
    d. Does anybody belong to any social media groups or "like" any social media pages with messages like "Thank a Cop" or "Blue Lives Matter?"
6. How many of you have ever supported a group that advocates for stronger border security?
    a. Have you ever attended meetings, marches, or rallies about this cause?
    b. Have you ever contacted your elected representatives about border security?
    c. Have you ever written or published anything, including blog and social media posts, advocating stronger border security?
    d. Do you have any bumper stickers, yard signs, or other displays advocating more border security, with messages like "Build that Wall" or something similar?
    e. Do you belong to any social media groups or "like" any social media pages that advocate for strong border security?

7. How many of you believe that U.S. citizens are obligated to report the presence of illegal aliens to law enforcement?
    a. How do you feel about the fact that the law does not generally require anyone to report known or suspected crimes to law enforcement?
    b. If I instruct you that there is no legal obligation whatsoever for a citizen to report the presence of aliens to law enforcement, will you follow that instruction?
8. How many of you believe that it is against the law to give people who may choose to cross into the U.S. illegally information about the dangers of doing so?
    a. How do you feel about educating people about the dangers they could face while crossing?
    b. Can and will you follow my instructions that it violates no law to provide this type of safety education?
9. How many of you believe that people who crossed illegally into the United States do not have Constitutional rights?
    a. How many of you believe that it is against the law to inform people who may choose to cross into the U.S. illegally of their rights?
    b. How do you feel about educating people who may choose to break the law by entering the U.S. illegally about what their rights are?
    c. Can and will you follow my instructions that it is not illegal to inform people who may later choose to enter the U.S. illegally about what their rights are?
10. How many of you believe it is against the law to provide people who may cross into the U.S. illegally with survival tools like chlorine to put in water, or combs to remove cactus spines?
11. How many of you believe that people who choose to break the law deserve to suffer the consequences?
12. Who here believes that people walking across the desert should be left unaided,

even if they are in danger, because they made the choice to enter the U.S. illegally?

13. How many of you believe that putting water out in the desert for migrants is wrong?

14. How many you believe that putting other supplies in the desert for migrants — like food or blankets — wrong?

15. Who here believes that if a person associates with a criminal, then that person has also committed a crime?

16. Have any of you ever had a negative experience interacting with an undocumented immigrant?

17. How many of you speak or understand Spanish?

    a. How did you learn Spanish?

18. How many of you have ever gone hiking in the desert?

Dated this 23rd day of May, 2019

        KUYKENDALL & ASSOCIATES

        By /s/ Amy P. Knight_____
            Gregory J. Kuykendall
            Amy P. Knight
            531 S Convent Avenue
            Tucson, AZ 85701
            Attorneys for Defendant Scott Daniel Warren

CERTIFICATE OF SERVICE

  I certify that on May 23rd, 2019, I electronically transmitted a PDF version of this document to the Clerk of Court using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

  Nathaniel J. Walters, Esq. (email: Nathaniel.walters@usdoj.gov)
  Anna R. Wright, Esq. (email: anna.wright@usdoj.gov)
  United States Attorney's Office
  405 W. Congress, Suite 4800
  Tucson, AZ 85701