**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| Senior Judge Raner C. Collins | Date: May 28, 2019 |
| USA v. Scott Daniel Warren | Case Number: CR-18-00223-001-TUC-RCC (DTF) |

Assistant U.S. Attorney:  Anna Wright and Nathaniel Walters
Attorney for Defendant:     Gregory Kuykendall and Amy Knight, Retained
Interpreter: N/A
Deputy Clerk: Sherry Gammon
Court Reporter: Erica McQuillen

Defendant:    ☒ Present    ☐ Not Present    ☒ Released    ☐ Custody    ☐ Summons    ☐ Writ

**MOTION HEARING:**

Matter comes before the Court for a Motion Hearing re: Motion for Ruling on Objections and Exhibits to Videotaped Witness Testimony (Doc. 205) filed by the Government, Motion in *Limine* Regarding Evidence Related to RFRA Defense (Doc. 214) filed by the Government, Motion in *Limine* to Preclude Certain Defense Witnesses (Doc. 215) filed by the Government, Motion in *Limine* to Preclude Defendant from Arguing Jury Nullification (Doc. 216) filed by the Government, Motion in *Limine* to Preclude Irrelevant Evidence (Doc. 217) filed by the Government, Motion in *Limine* to Preclude Defendant from Introducing Self-Serving Hearsay Statements (Doc. 218) filed by the Government, Motion in *Limine* to Preclude Evidence or Argument Regarding Selective Enforcement (Doc. 220) filed by the Government, Motion in *Limine* to Preclude Evidence of Marijuana Pipe (Doc. 224) filed by the Defendant, Motion in *Limine* to Exclude Evidence or Argument about Assertion of Constitutional Rights as Evidence of Criminal Activity (Doc. 225) filed by the Defendant and Motion to Exclude Government Witnesses (Doc. 227) filed by the Defendant.

Counsel present argument to the Court and the Court rules as follows:
The Government's Motion 205 is Granted in Part and Denied in Part. The Government's objections raised in the motion are overruled.  Government's exhibits 1, 2, 3 and 4 may be admitted subject to the conditions as discussed on the record. Defense counsel withdraws objection to the admission of Government's exhibit 25. Government exhibits 52, 53 and 54 may be admitted subject to the conditions as discussed on the record. Defense counsel's continuing objection is noted for the record. The objection of the issue of the defendant's use of Spanish to communicate with an illegal alien is overruled.
The Government's Motion 214 is DENIED subject to the evidence presented in the Defendant's case in chief.
The Government's Motion 215 is held in abeyance until such time as each witness is called.
The Government's Motion 216 is taken Under Advisement.
The Government's Motion 217 is taken Under Advisement pending the Court's review of the video as discussed on the record.
The Government's Motion 218 is held in abeyance pending the defendant's testimony.

| | |
|---|---|
| **USA v.** Scott Daniel Warren | **Date:** May 28, 2019 |
| **Case Number:** CR-18-00223-001-TUC-RCC (BPV) | Page 2 of 2 |

The Government's Motion 220 is held in abeyance pending the defendant's testimony.
Defense Motion 224 is Granted.
Defense Motion 225 is taken Under Advisement pending the Court's review of the evidence.
Defense Motion 227 is Granted. The Government does not intend to call the witnesses of concern.

The Court addresses preliminary jury instructions and courtroom decorum. The Court intends to have 3 alternates. Counsel agree to alternating strikes and the last 3 jurors selected to be designated as alternates.

    Motion Hearing 1 hour 8 minutes

    Start:  1:30 p.m.
    Stop:   2:38 p.m.