UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Scott Daniel Warren,<br><br>Defendant. | CR-18-223-TUC-RCC(DTF)<br><br>AMENDED NOTICE OF APPEARANCE OF COUNSEL FOR INTERVENORS |

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the following additional parties who have moved to join First Look Media Works, Inc.'s, Motion to Intervene for the Limited Purpose of Challenging the Sealing of Records (Doc. No. 195, filed Apr. 29, 2019):

Phoenix Newspapers Inc. (publisher of The Arizona Republic); The Associated Press; Cable News Network, Inc. ("CNN"); The New York Times Company; and WP Company LLC d/b/a The Washington Post.

Respectfully submitted this 6th day of June, 2019.

/s/ Gregg P. Leslie
Gregg P. Leslie, Bar # 035040
First Amendment Clinic, Public Interest Law Firm
Arizona State University Sandra Day O'Connor
   College of Law
111 E. Taylor St., Mail Code 8820
Phoenix, AZ 85004
Gregg.Leslie@asu.edu
Phone: (480) 727-7398
Fax: (602) 496-1382