**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| Senior U.S. District Judge: Raner C. Collins | Date: June 7, 2019 |
| USA v. Scott Daniel Warren | Case Number: CR-18-00223-TUC-RCC (DTF) |

Assistant U.S. Attorney: Anna Wright/Nathaniel Walters
Attorney for Defendant: Gregory Kuykendall/Amy Knight (Retained)
Deputy Clerk: Sherry Gammon
Court Reporter: Erica McQuillen
Interpreter: N/A
Defendant:   ☒ Present   ☐ Not Present   ☒ Released   ☐ Custody   ☐ Summons   ☐ Writ

**JURY TRIAL: Day 7**
8:55 a.m. – In absence of the jury, counsel and the Court address the alternate juror draw.
The jury enters at 9:00 a.m.
The Government's closing argument is presented by Ms. Wright.

Recess taken 9:41 a.m. - 9:53 a.m.
The Defendant's closing argument is presented by Mr. Kuykendall.

Recess taken 10:36 a.m. - 10:46 a.m.
The Government's rebuttal closing argument is presented by Ms. Wright.

The jury is instructed at 11:22 a.m.

11:44 a.m. Juror #37 is selected as alternate and is excused prior to deliberation.

11:49 a.m. - The jurors retire to deliberate.
Lunch is provided to the jurors. The jurors continue to deliberate during lunch.
While gathering exhibits for the jury's review, the following correction is made: The Government's Exhibit 33A was not admitted as the Court's video system failed to capture the annotated image of Exhibit 33 meant to serve as Exhibit 33A.

3:37 p.m. – Jury question received. The Court consults with counsel. The Court provides a written response.

The jury is excused at 4:45 p.m. Jury deliberation continues to **6/10/2019 at 9:30 a.m.** before Senior Judge Raner C. Collins.

                                                                             Jury Trial:  <u>2 Hours  44 Minutes</u>
                                                                             Start:  8:55 a.m.   Stop: 4:15 p.m.
                                                                             Jury deliberation: <u>4 Hours 56 Minutes</u>
                                                                             11:49 a.m. – 4:45 p.m.