**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| Senior U.S. District Judge: Raner C. Collins | Date: June 10, 2019 |
| USA v. Scott Daniel Warren | Case Number: CR-18-00223-TUC-RCC (DTF) |

Assistant U.S. Attorney: Anna Wright/Nathaniel Walters
Attorney for Defendant: Gregory Kuykendall/Amy Knight (Retained)
Deputy Clerk: Sherry Gammon
Court Reporter: Erica McQuillen
Interpreter: N/A
Defendant:    ☒ Present    ☐ Not Present    ☒ Released    ☐ Custody    ☐ Summons    ☐ Writ

**JURY TRIAL: Day 8**
The jury arrives at 9:30 a.m. to resume deliberation.

Recess taken 11:10 a.m. - 11:20 a.m.

Lunch recess taken 11:35 a.m. – 12:35 p.m. Lunch is provided to the jurors. The jurors continue to deliberate during lunch.

Recess taken 2:04 p.m. – 2:14 p.m.

4:14 p.m. – Jury note received.

4:26 p.m. – In absence of the jury, counsel and the Court review the note and discuss instructing the jury with the Allen charge.

The jury enters at 4:45 p.m. The Court instructs the jury with the Allen charge.
The jury is excused at 4:50 p.m. and instructed to return the following day for continued deliberation.

Jury deliberation continues to **6/11/2019 at 9:30 a.m.** before Senior Judge Raner C. Collins.

Jury Trial: <u>24 Minutes</u>
Start: 4:26 p.m.   Stop: 4:50 p.m.
Jury deliberation: <u>6 Hours 36 Minutes</u>
9:30 a.m. – 4:26 p.m.
