# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

vs.

Scott Daniel Warren
DEFENDANT.



FILED / RECEIVED
JUN 1 1 2019
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY SC  DEPUTY

CR 18-00223-RCC-DTF

## WITNESS LIST

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Hon. Raner C. Collins | Sherry Gammon | Erica McQuillen |
| HEARING DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| May 29, 2019 | Anna R. Wright; Nathaniel J. Walters | Gregory J. Kuykendall; Amy P. Knight |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 | | 5/29/19 | 5/29 - 5/30/19 | John Marquez, United States Border Patrol | ✓ |
| 2 | | 5/30/19 | 5/30 - 6/3/19 | Brendan Burns, United States Border Patrol | ✓ |
| 3 | | | | Argelia Robles, United States Border Patrol | |
| 4 | | | | Ned Ewing, United States Border Patrol | |
| 5 | | 6/3/19 | 6/3/19 | Rogelio Velasco, United States Border Patrol | ✓ |
| 6 | | | | Robert Hertzberg, United States Border Patrol | |
| 7 | | 5/30/19 | 5/30/19 | Andrew Beglin, United States Border Patrol | ✓ |
| 8 | | via video depo | 6/3/19 | Jose Sacaria-Godoy | |
| 10 | | via video depo | 6/3/19 | Kristian Perez-Villanueva | |
| 11 | | 6/6/19 | 6/6/19 | Gerardo Carrasco, United States Border Patrol | ✓ |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |