# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

vs.

Scott Daniel Warren
DEFENDANT.

FILED ___ LODGED ___
RECEIVED ___ COPY ___
JUN 11 2019
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

CR 18-00223-RCC-DTF

*WITNESS LIST*

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Hon. Raner C. Collins | Sherry Gammon | Erica McQuillen |
| **HEARING DATE(S)** | **DEFENDANT ATTORNEY(S)** | **PLAINTIFF ATTORNEY(S)** |
| May 29th - June 7th, 2019 | Gregory J. Kuykendall; Amy P. Knight | Anna R. Wright; Nathaniel J. Walters |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
|  | 1 | 6/5/19 | 6/5 – 6/6/19 | Scott Daniel Warren |  |
|  | 2 | 6/4/19 | 6/4/19 | Dr. Edgar McCullough | ✓ |
|  | 3 | 6/5/19 | 6/5/19 | Isabella Reis Newsom | ✓ |
|  | 4 | 6/5/19 | 6/5/19 | Flannery Shay-Nemirow | ✓ |
|  | 5 | 6/5/19 | 6/5/19 | Geena Jackson | ✓ |
|  | 6 | 6/4/19 | 6/4/19 | Susannah Brown | ✓ |
|  | 7 | 6/4/19 | 6/4/19 | Prof. Andy Silverman | ✓ |
|  | 8 | 6/4/19 | 6/4/19 | Dr. Norma Price | ✓ |
|  | 9 | 6/5/19 | 6/5/19 | Rev. Bethany Russell-Lowe | ✓ |
|  | 10 |  |  | Dr. Gregory Hess, Pima County Medical Examiner |  |