UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA



United States
PLAINTIFF

V.

Scott Daniel Warren
DEFENDANT

GOVERNMENT'S EXHIBIT LIST

CASE NUMBER: CR18-223-TUC-RCC(DTF)

| PRESIDING JUDGE<br>Raner C. Collins | COURTROOM DEPUTY<br>Sherry Gammon | COURT REPORTER<br>Erica McQuillen |
| --- | --- | --- |
| HEARING/TRIAL DATE(S)<br>May 29 - June 7, 2019 | PLAINTIFF ATTORNEY(S)<br>Anna R. Wright<br>Nathaniel Walters | DEFENDANT ATTORNEY(S)<br>Amy Knight<br>Gregory Kuykendall |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
| --- | --- | --- | --- |
| 1 | | | Driver's license photo of Ireneo Mujica (Bates # 959) |
| 2 | | | Screen shot of image search results (Bates #512) |
| 3 | | | Still image from Why Not Travel Center security camera (Bates #118) |
| 3A | | | Still image from Why Not Travel Center security camera (Bates #119) |
| 3B | | | Photograph of Why Not Travel Center (Bates #116) |
| 3C | | | Photograph of Why Not Travel Center (Bates #117) |
| 4 | | 6/4/19 | Still image from Why Not Travel Center security camera (Bates #120) |
| 4A | | 6/4/19 | Still image from Why Not Travel Center security camera (Bates #121) |
| 5 | | 5/29/19 | Screen shot from Perez-Villanueva's phone (Bates # 964) |
| 6 | | 5/29/19 | Photograph of front exterior of "The Barn" (Bates #302) |
| 7 | | 5/29/19 | Photograph of back exterior of "The Barn" (Bates #307) |
| 8 | | 5/29/19 | Photograph of back exterior of "The Barn" (Bates #301) |
| 9 | | 5/29/19 | Photograph of front door to "The Barn" (Bates #308) |
| 10 | | 5/29/19 | Photograph of common area in "The Barn" (Bates #310) |
| 11 | | 5/29/19 | Photograph of common area in "The Barn" (Bates #312) |
| 12 | | 5/29/19 | Photograph of kitchen area in "The Barn" (Bates #313) |
| 13 | | 5/29/19 | Photograph of kitchen area in "The Barn" (Bates #314) |

*GOVERNMENT'S EXHIBIT LIST* -- CONTINUATION

| | | | CASE NO. |
|---|---|---|---|
| United States vs. Scott Daniel Warren | | | CR18-00223-TUC-RCC(DTF) |

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 14 | | 5/29/19 | Photograph of common area and sleeping area in "The Barn" (Bates #317) |
| 15 | | 5/29/19 | Photograph of common area and sleeping area in "The Barn" (Bates #318) |
| 16 | | 5/29/19 | Photograph of sleeping area in "The Barn" (Bates #185) |
| 16A | | 5/29/19 | Photograph of sleeping area in "The Barn" (Bates #186) |
| 17 | | 5/29/19 | Photograph of sleeping area in "The Barn" (Bates #192) |
| 17A | | 5/29/19 | Photograph of sleeping area in "The Barn" (Bates #191) |
| 17B | | 5/29/19 | Photograph of sleeping area in "The Barn" (Bates #189) |
| 17C | | 5/29/19 | Photograph of sleeping area in "The Barn" (Bates #215) |
| 18 | | 5/29/19 | Photograph of sleeping area in "The Barn" (Bates #190) |
| 19 | | 5/29/19 | Photograph of bathroom door in "The Barn" (Bates #269) |
| 20 | | 5/29/19 | Photograph of bathroom in "The Barn" (Bates #270) |
| 21 | | 5/29/19 | Photograph of bathroom in "The Barn" (Bates #273) |
| 22 | | 5/29/19 | Photograph of bathroom in "The Barn" (Bates #274) |
| 23 | | 5/29/19 | Photograph of bathroom in "The Barn" (Bates #275) |
| 24 | | 6/4/19 | Photograph of bathroom in "The Barn" (Bates #277) |
| 25 | | | Photograph of sleeping area in "The Barn" (Bates #245) |
| 25A | | | Photograph of sleeping area in "The Barn" (Bates #242) |
| 26 | | | Photograph of common area in "The Barn" (Bates #378) |
| 27 | | | Photograph of common area in "The Barn" (Bates #379) |
| 28 | | | Photocopy of sign in common area in "The Barn" (Bates #481) |
| 28A | | | Photocopy of sign in common area in "The Barn" (Bates #520) |
| 29 | | | Photograph of hand-drawn map found in "The Barn" (Bates #216) |
| 30 | | | Photograph of hand-drawn map found in "The Barn" (Bates #217) |
| 31 | | | Photograph of hand-drawn maps found in "The Barn" (Bates #218) |

| | | | |
|---|---|---|---|
| 32 | | | Photocopy of hand-drawn map found in "The Barn" (Bates #530) |
| 33 | | | Photocopy of hand-drawn map found in "The Barn" (Bates #531) |
| 34 | | 5/29/19 | Perez-Villanueva "selfie" (Bates # 966) |
| 35 | | 5/29/19 | Perez-Villanueva "selfie" (Bates #519) |
| 36 | | 5/29/19 | Perez-Villanueva "selfie" (Bates #518) |
| 37 | | 5/29/19 | Sacaria-Goday "selfie" (Bates #517) |
| 38 | | 5/29/19 | Sacaria-Goday "selfie" (Bates #516) |
| 39 | | 5/29/19 | Perez-Villanueva "selfie" (Bates #515) |
| 40 | | 5/29/19 | Perez-Villanueva and Sacaria-Goday "selfie" (Bates #514) |
| 41 | | 5/29/19 | Sacaria-Goday "selfie" (Bates # 968) |
| 42 | | 5/29/19 | Perez-Villanueva and Sacaria-Goday "selfie" (Bates #417) |
| 42A | | 5/29/19 | Perez-Villanueva "selfie" (Bates #419) |
| 43 | | 5/29/19 | Perez-Villanueva "selfie" (Bates #970) |
| 44 | | 5/29/19 | Perez-Villanueva "selfie" (Bates #972) |
| 45 | | 5/29/19 | Perez-Villanueva & Sacaria-Goday "selfie" (Bates #974) |
| 46 | | 5/29/19 | Sacaria-Goday "selfie" (Bates #976) |
| 47 | | 5/29/19 | Perez-Villanueva "selfie" (Bates #978) |
| 48 | | | Photograph of Ajo Chevron (Bates #102) |
| 49 | | | Photograph of Ajo Chevron (Bates #103) |
| 50 | | 6/4/19 | Still image from Ajo Chevron security camera (Bates #104) |
| 51 | | 6/4/19 | Still image from Ajo Chevron security camera (Bates #105) |
| 52 | | 6/4/19 | Still image from Ajo Chevron security camera (Bates #106) |
| 53 | | 6/4/19 | Still image from Ajo Chevron security camera (Bates #107) |
| 54 | | 6/4/19 | Still image from Ajo Chevron security camera (Bates #108) |

| | | | |
|---|---|---|---|
| 55 | | | Transcript of Sacaria-Goday interview with Border Patrol on January 17, 2018 (Bates #532-95) |
| 56 | | 6/4/19 | Recording of Sacaria-Goday video deposition with closed captioning |
| 56A | | 6/4/19 | Recording of Perez-Villanueva video deposition with closed captioning |
| 56B | | 6/4/19 | Transcript of Sacaria-Goday video deposition |
| 56C | | 6/4/19 | Transcript of Perez-Villanueva video deposition |
| 57 | | | Affidavit of Dr. Scott Daniel Warren (17-MJ-341-BPV) |
| 58 | | | Webpage - "About No More Deaths" |
| 59 | | | Webpage - "Frequently asked questions about Desert Aid" (Bates #980-984) |
| 60 | | | Webpage - Ajo Ambulance Services (Bates #986) |
| 61 | | | No More Deaths' Recommended Packing List for Desert Volunteers (Bates #988, 990) |
| 62 | | 6/6/19 | Photograph of cabinet (Bates #244) |
| 63 | | | Photograph of trash can lid (Bates #281) |
| 64 | | 6/6/19 | Photograph of supply shed (Bates #404) |
| 65 | | 6/6/19 | Photograph of supply shed (Bates #400) |
| 66 | | 5/29/19 | Photograph of supply shed (Bates #398) |
| 67 | | 5/29/19 | Photograph of supply shed (Bates #396) |
| 68 | | 5/29/19 | Photograph of supply shed (Bates #395) |
| 69 | | 5/29/19 | Photograph of The Barn (Bates #709) |
| 69A | | 5/29/19 | Photograph of The Barn (Bates #301) |
| 70 | | 5/29/19 | Photograph of The Barn (Bates #707) |
| 71 | | 5/29/19 | Photograph of The Barn (Bates #715) |
| 71A | | | Photograph of The Barn (Bates #304) |
| 72 | | | Transcript of evidentiary hearing held on May 11, 2018, in *United States v. Scott Daniel Warren* (18-CR-223) |
| 73 | | 5/29/19 | Satellite image of 1401 West Snyder Road, Ajo, Arizona (Bates #699) |

| # | | Date | Description |
|---|---|---|---|
| 74 | | 5/29/19 | Satellite image of 1401 West Snyder Road, Ajo, Arizona (Bates #992) |
| 75 | | 5/29/19 | Diagram of The Barn |
| 76 | | 6/3/19 | Photograph of Sacaria-Goday in van (Bates #133) |
| 77 | | 6/3/19 | Photograph of Perez-Villanueva in van (Bates #134) |
| 78 | | 6/3/19 | Photograph of Sacaria-Goday and Perez-Villanueva in van (Bates #136) |
| 79 | | | Photograph of van (Bates #501) |
| 80 | | | Photograph of van (Bates #502) |
| 81 | | | Photograph of van (Bates #505) |
| 82 | | 5/29/19 | Photograph of supply shed (Bates #259) |
| 83 | | 5/29/19 | Photograph of supply shed (Bates #260) |
| 84 | | 5/29/19 | Photograph of fire pit (Bates #295) |
| 85 | | 6/4/19 | Photograph of receipt (Bates #201) |
| 86 | | 6/4/19 | Photograph of The Barn (Bates #317) |
| 87 | | 5/30/19 | Ajo Chevron security camera footage |
| 88 | | 5/30/19 | Why Not security camera footage |
| 89 | | 5/30/19 | Map of Ajo, Arizona (emailed 5/15/19) |
| 90 | | | Summary exhibit of items found in Perez-Villanueva's cell phone (emailed 5/15/19) |
| 91 | | 5/30/19 | Map of Ajo, Arizona (emailed 5/15/19) |
| 92 | | | Summary exhibit of items found in the defendant's cell phone |
| 93 | | | Report (Bates #1-5) |
| 94 | | | Report (Bates #6) |
| 95 | | | Report (Bates #7) |
| 96 | | | Report (Bates #8) |
| 97 | | | Report (Bates #9) |
| 98 | | | Report (Bates #10-12) |
| 99 | | | Report (Bates #91) |

| | | | |
|---|---|---|---|
| 100 | | | Report (Bates #92) |
| 101 | | | Report (Bates #100) |
| 102 | | | Report (Bates #129-32) |
| 103 | | | Binder |
| 104 | | 6/4/19 | Video of Casa de Miguel Shelter |
| 105 | | | Photo of Casa de Miguel Shelter |
| 106 | | | Photo of Susannah Brown |
| 107 | | | Photo of Ireneo Mujica |
| 108 | | | |
| 109 | | | |
| 110 | | 6/6/19 | Map of Tucson Sector area |
| 111 | | | |
| 112 | | | |
| 113 | | | |
| 114 | | | |
| 115 | | | |
| 116 | | | |
| 117 | | | |
| 118 | | | |
| 119 | | | |
| 120 | | | |
| 121 | | | |
| 122 | | | |
| 123 | | | |
| 124 | | | |
| 125 | | | |
| 126 | | | |
| 127 | | | |