# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA



FILED ☒    LODGED ☐
RECEIVED ☐    COPY ☐

JUN 1 1 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America,
PLANTIFF,
vs.
Scott Daniel Warren
DEFENDANT.

18-CR-00223-RCC(DTF)

**DEFENDANTS' EXHIBIT LIST**

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Raner C. Collins | Sherry Gammon | Erica McQuillen |
| **HEARING/TRIAL DATE(S)** | **PLAINTIFF ATTORNEY(S)** | **DEFENDANT ATTORNEY(S)** |
| May 29 – June 7, 2019 | Anna R. Wright<br>Nathaniel Walters | Amy Knight<br>Gregory Kuykendall |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
|  | 201 | 6/4/19 | SOAP Notes for Jose Sacaria-Goday (Bates #001-003) |
|  | 202 | 6/4/19 | SOAP Notes for Kristian Perez-Villanueva (Bates #004-005) |
|  | 203 |  | 2016 No More Deaths Volunteer Resource Book (Bates #006-059) |
|  | 203A | 6/4/19 | pages 4-12 of 203 |
|  | 204 |  | Flyer for Arizona Humanities Lectures event "Landscapes of Migration in the Arizona-Sonora Borderland" (Bates #078) |
|  | 205 |  | Pima County Sheriff Report dated 1/14/2018 (Bates #060-064) |
|  | 206 |  | Olsen's Marketplace IGA Transaction Details (Bates #073) |
|  | 207 |  | Credit card statement for account ending in 6859, 12/26/17-1/17/18 (Bates #074-075) |
|  | 208 |  | Tohono O'odham Community College Spring 2018 course schedule (Bates #068-072) |
|  | 209 |  | Image of credit card with number ending 6859 (Bates #076) |
|  | 210 | 6/5/19 | ICRC Code of Conduct (Bates #502-508) |
|  | 211 | 6/5/19 | *Informacion Antes de su Salida* (Bates #079-080) |
|  | 212 | 6/5/19 | English Tranlation of "*Informacion Antes de su Salida*" (Bates #482-483) |
|  | 213 | 6/5/19 | *Remedios Para Cuando Estas en Apuros* (Bates #081-082) |
|  | 214 | 6/5/19 | English Translation of "*Remedios Para Cuando Estas en Apuros*" (Bates #484-485) |
|  | 215 | 6/4/19 | RHR Map 2011-2018 (Bates #106) |
|  | 216 | 6/4/19 | RHR Map FY 2017 Through May (Bates #108) |
|  | 217 | 6/4/19 | RHR Map FY 2017 Through May - Zoomed In (Bates #107) |

## DEFENDANTS' EXHIBIT LIST -- CONTINUATION

| United States vs. Scott Daniel Warren | | | CASE NO. CR18-00223-TUC-RCC(DTF) |
|---|---|---|---|
| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
| | 218 | | Video clip from VICE News Tonight, January 10, 2018 |
| | 219 | | Video clip of Border Patrol agents destroying supplies released by No More Deaths |
| | 220 | 4/5/19 | Pre-departure kit for shelter distribution |
| | 221 | | Excerpt of Dr. Warren's 2015 Doctoral Dissertation (Bates #109-132) |
| | 222 | | Article authored by Dr. Warren in 2015 "After the Crossing" (Bates #357-370) |
| | 223 | | No More Deaths "Part 2 Interference with Humanitarian Aid" (Bates #083-105) |
| | 224 | | 01/17/18 Group text messages between numerous BP Agents (Gov Bates #155-164) |
| | 225 | | 01/17/18 Text messages- BP Agents Ballersteros, Burns, Marquez (Gov Bates #903-915) |
| | 226 | | 01/17/18 Text messages- BP Agent Marquez, FWS Ebann (Gov Bates #165-171) |
| | 227 | | Note seized by Border Patrol during 01/22 search of The Barn (Gov Bates #254) |
| | 228 | | Photo - Shoes in desert (Bates #498) |
| | 229 | | Photo - Shoes in desert (Bates #499) |
| | 230 | | Photo - Wallet in desert (Bates #501) |
| | 231 | | 01/16/18 Interview Report SBPA Gonzalez, Subject SAUCEDA |
| | 232 | | 01/16/18 IMS Debrief Notes, SPBA Gonzalez, Subject SAUCEDA |
| | 233 | 5/30/19 | Receipt Seized by Border Patrol during 01/22 search of The Barn |
| | 234 | 5/30/19 | Note seized by Border Patrol during 01/22 search of The Barn (Gov Bates #254) |
| | 235 | 5/30/19 | Note seized by Border Patrol during 01/22 search of The Barn (Gov Bates #409) |
| | 236 | | 10/5/17 8:50pm Email "Re: mtg w/ Fr. Julio" |
| | 237 | | 10/2/17 9:12pm Email "Wednesday night w Irineo" |
| | 238 | | 9/25/17 3:15pm Email "Re: Samaritans/Humane Borders water runs" |
| | 239 | 6/6/19 | 9/19/17 5:36pm Email "Re: Samaritans/Humane Borders water runs" |

## DEFENDANTS' EXHIBIT LIST -- CONTINUATION

| United States vs. Scott Daniel Warren | | | CASE NO. CR18-00223-TUC-RCC(DTF) |
|---|---|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| | 240 | | 9/19/17 1:36pm Email "Re: Samaritans/Humane Borders water runs" |
| | 241 | | 9/9/17 3:16pm Email "Woman Missing in Desert - Was heading towards Tucson" |
| | 242 | | 7/8/17 9:38am Email "Sonoyta Shelter Notes" |
| | 243 | | 7/5/17 6:55pm Email "Fwd: Today's water run" |
| | 244 | 6/6/19 | 6/25/17 1:05pm Email "copy of entrevista" |
| | 245 | | 6/18/17 3:17pm Email "Re: Potential SAR Information for Friend of Melvin" |
| | 246 | 6/6/19 | 6/15/17 10:38pm Email "Re: Potential SAR Information for Friend of Melvin" |
| | 247 | 6/6/19 | 6/15/17 10:07pm Email "Re: Questions to Help with a Search" |
| | 248 | | 6/15/17 3:59pm Email "Re: Questions to Help with a Search" |
| | 249 | | 6/14/17 8:25pm Email "Fwd: Recovery" |
| | 250 | | 6/7/17 1:23pm Email "Missing Person Report" |