FILED / LODGED
RECEIVED / COPY

JUN 11 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Scott Daniel Warren,<br><br>Defendant. | No. CR-18-00223-TUC-RCC(DTF)<br><br>**JURY QUESTIONS DURING TRIAL** |

Jury questions during trial.

Day 1

Juror 24

Would like to talk to you. My feelings towards the ~~Hispano~~ Illegal Alien I wouldn't be fair to Mr Warren.