FILED ___ LODGED
RECEIVED ___ COPY

JUN 1 1 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00223-TUC-RCC(DTF) |
| Plaintiff, | |
| v. | **JURY QUESTIONS DURING TRIAL** |
| Scott Daniel Warren, | |
| Defendant. | |

Jury questions during trial.

Day 2

Mr. Marquez, Stated the agents did not have probable cause at the time of the suspected illegal immigrants were confronted.   NV

Did the border agents have the legal right to access private property?   NV

DO ~~ATF~~ knock & talk

need approval from supervisor?
yes

What date did the first surveillance of the BARN begin?

yes

| | |
|---|---|
| were 2way Radios there or missing on the 22nd | Radios yes |