```
                FILED        LODGED
                RECEIVED     COPY

                JUN 1 1 2019

            CLERK US DISTRICT COURT
              DISTRICT OF ARIZONA
         BY                        DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00223-TUC-RCC(DTF) |
| Plaintiff, | |
| v. | **JURY QUESTIONS DURING TRIAL** |
| Scott Daniel Warren, | |
| Defendant. | |

Jury questions during trial.

Day 3

#18   Mon 6·3·19

email yesterday from my pastor, sent to <u>all</u> church members announcing that on 6·5·2019 churches nationwide have been invited to come here & protest in support of defendant. I didn't reply. I deleted it.