FILED ___ LODGED
RECEIVED ___ COPY

JUN 1 1 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Scott Daniel Warren,<br><br>    Defendant. | No. CR-18-00223-TUC-RCC(DTF)<br><br>**JURY QUESTIONS<br>DURING TRIAL** |

Jury questions during trial.

Day 4

Tucson Sector 262 miles —
Were those square miles?
Yes

No

Does Dr. McCullough feel that the work & publicized presence of T. Samaritans emboldens vulnerable & less able people to cross illegally, with assistance, into the U.S.? (i.e.,) does the publicized presence of water locations give (maybe) hope to people who might not otherwise attempt to enter?

What, in the Do More Death protocols, allows NMD volunteers to delay or choose not to notify B. Patrol in the case of encountering those having no legal status?

yes.

re: Dr Silverman

Q- Are No More Death volunteers required to consult NMD supervisors before choosing to work in concert with non-NMD individuals regarding non-NMD fieldwork or planning in order to be considered as representing No More Deaths?

yes

Q1: Is 'the Barn' considered a camp?

yes

Q2: IS 'HUMANITARIAN AID' LIMITED TO MEDICAL ASSISSTANCE?

PLEASE DEFINE SCOPE OF 'HUMANITARIAN AID'

What percentage of illegal migrants should be given medical observation?
40%

How Does ~~you~~ find out Who needs Rescueing ~~Rescueing~~ ~~for~~ med Aid? other than Some one coming into your camp. ups

Does No more Deaths work in other Parts of the Desert that is not near the Boarder area? Like ~~mor to mesh~~ Ventana canyon ~~for example~~.

what are the situations that you can Harbor? M

~~Fired~~

Why wouldn't you follow what Red Cross Teaches about if you See Some one Hurt or Colapse to First call 911 then Start First Aid?

Fire Department ~~Teaches~~ teaches this as well.

Q Do the No More Death (legal) protocols require members to never act ("in the field") alone or on their own?

ie. do the protocols require action & planning to always be in concert with other members?

w

My mother in law passed away this morning, is there any way I can get excused?

Juror #9

① What is Susannah's work experience? ie. Hospitals? yes Clinics? Etc?

② Length of yrs working as a nurse? yes


Are you a nurse practitioner

#32

Is there a Dr. (M.D. or D.O.) there at the clinic - ever??
yes

Does the clinic give out perscription medications?
yes

for Susannah Brown

Q Does she do her diagnostic and treatment work for Aji Sanavitay under the supervision of a physician or is she professionally qualified to diagnose and prescribe treatment?

yes

Q. Why did it take 4 hours for nurse Brown to attend to Jose if there were only two subjects on the premises to be assessed?

yes

How come when some one goes to Emergancy the Hospital Has to alert ~~authorities~~ (authorities/~~read~~) But no more Deaths are exempt from this obligation? → Boarder Patrols N

- Crackles on the 15th observed by Savanna but in same sentence the Crackles Resolved. So how long ~~between the~~ DiD Crackles Last? When Do Crackles usualey go away? Do you have to Do breathing exercise to Clear Crackles for a period of time? Yec

~~How Do imagrantes Differ from regular People~~

Are you still licensed

in the state of Arizona

as a physician? - yes

\# How often ~~are~~ do you go to the Barn to see these ~~~~ patients? Yes

How can you treat these patients if you have never seen them? yes

→ over

Why didn't you go to

see the men? yes

Wouldn't a doctor's

evaluation be better

if they were so

sick and injured?
yes

Given that "no one" can actually carry the amount of water ~~without but~~ needed to prevent dehydration in the desert, isn't it "Against Medical Advice" for ~~people~~ found in the desert to be allowed to proceed further? Wouldn't ~~the~~ referral to medical care resources of the Border Patrol be the treatment plan most likely to prevent the most deaths in SE Arizona? Yes

How often in Samaritan work do you specify "A.M.A to proceed any further." Yes