FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 1 1 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Scott Daniel Warren,<br><br>  Defendant. | No. CR-18-00223-TUC-RCC(DTF) |

STIPULATION

(Read into the record 6/4/2019)

Stipulation

- From year 2,000 through end of 2017, PCOME received over 2800 sets of human remains it classified as undocumented border crossers.

- PCOME collects data about the location where each person's remains were found and the date on which they were recovered.

- PCOME makes those data available to the public via a website and also provides them in Excel format to anyone who requests them, including Dr. Ed McCullough.