FILED _____ LODGED
RECEIVED _____ COPY

JUN 1 1 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00223-TUC-RCC(DTF) |
| Plaintiff, | |
| v. | **JURY QUESTIONS DURING TRIAL** |
| Scott Daniel Warren, | |
| Defendant. | |

Jury questions during trial.

Day 5

| We only saw a couple of rooms in the Barn Where would the Volunteers sleep? | Yes |
|---|---|
| | |
| | |
| | |
| | |

Are the Volunteers with
the pima county as
they gather the human
remains

yes

#32

used the group use, they,

U.S. Passports to cross into

Mexico + Reenter the U.S?

yes

② If not. Why?

How often did you get to see
Scott at the Barn?
every day? for the whole
month of January? yes

What did the sheriff do
when they saw you with
the human remains? Didn't
they ask questions to why
you were there? cps

#

Did this witness use
her cell phone after returning
to or while at "the barn"

Yes

If yes, for what purpose(s)
?          Yes

Did

Both Kristian and Jose ~~go~~ ~~test~~ outside during your time at the barn?

Yes.

Who is Gina Jackson? yes
What is her role? yes
Why did you choose to give
items to her? yes

for witness: Flannery

Are you aware of N.M.D.
volunteers using any kind
of communication
equipment (eg cell phone of
any kind) to help plan
the travel of any non-NMD
person.?                    yes

has any NMD volunteer
used your personal
cell while you have
been on duty with N.M.D.?
                    yes

Are NMD volunteers who
are "running errands"
allowed to provide
rides to non-NMD
people, e.g. hitch-hikers
or people who have
pre-arranged a ride?

Yes

Did M.M.D. volunteers remove helpful bi-lingual notes & maps and instructions from walls of "the Barn" after Scott Warren's arrest?

Wasn't the barn, just as
susceptible to theft
before the arrest as
it was after?

Yes

Did any law enforcement officer or agent communicate with you about leaving materials in the Barn before you removed them? Yes

Was the ~~scene~~ Barn marked as a crime scene, or did anyone try to secure it while you were there? Yes

Is there any note left
on water saying not to
drink whole gallon of
water at once, when
found.

① How would abolishment of Border Patrol eliminate suffering + death in desert?     yes

② If people crossed the border at legal crossings, wouldn't they still be entering illegally and be subject to arrest and/ or deportation?     N

What is mentioned in

attended with border control
agents? yes HOw often are
meetings with border control
agents held? What is the
benefit of those meetings? yes

Why did you keep soap notes
of Jose and kristian even
after they left the barn? yes

For a particular individual,
Are SORP. notes ever
forwarded to sites like
"the Barn" from shelters or
trails further south?

yes   If yes,

What would trigger
such a record transfer?

What kind of communication
would this entail
between NMD sites?

How many searches for
missing people have you
(NMD) been successful in
finding? (You said Boarder Patrol
~~[scribbled out]~~ has only been
Successful 1 time in your
experience) Yrc

Were you told why you were
given all the Soap notes,
log, phones, etc?   you

Were you told Scott
Warren Was arrested?

You as a licensed EMT
saw a migrant that was
near death & needed
IV therapy and you did
NOT Recieve consent
what would you do
cpr?

& YOUR CHURCH

DO YOU ↑ FULLY

SUPPORT

"NO MORE DEATHS"
POLITICAL
POSITION   OF   ~~THE~~

ABOLISHING   ~~~~   THE

UNITED STATES   BORDER

PATROL   &   I.C.E ?

who was partner of NMV

before UUC took over

that role?

yes

during the testimony
of Scott Warren there
seems to be a growing
odor/fragrance of
incense of some type.
— this feels like a
possibly intentional
subliminal manipulation

juror 18