

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00223-TUC-RCC(DTF) |
|---|---|
| Plaintiff, | |
| v. | **JURY QUESTIONS DURING TRIAL** |
| Scott Daniel Warren, | |
| Defendant. | |

Jury questions during trial.

Day 6

What specific, practical solution-finding efforts in the AZ/O area are you aware of to end the sometimes "cat & mouse", "hide & seek", adversarial relationship between law enforcement & the humanitarian groups or do such attempted efforts feel like a "lost cause"?

NU

You and NMD said you help everyone in the desert that needs help such as water, food & medical. What would happen, IF you came across a migrant that you felt only needed water But you saw in your observation the migrant was carrying on his Body illegal drugs What would you do & who would you call?

MO

Why are there no Soap Notes from Mike, who was monitoring Jose + Kristian after Susannah left? yes

Did you communicate with anyone, other than Susannah and Norma, about Jose and Kristian? This includes calls, texts, emails, etc? ~~recall~~ either before or after you met them at Barn, up until ~~[scribble]~~ your arrest. Who and why? yes

Did you drive either Jose or Kristian anywhere at any time in any vehicle?

yes

Were you asked directly by Border Patrol agents if there was anyone else at the Barn? Did you lie to Border Patrol agents about who was at the Barn?

yes

for Scott Warren:

Were you ever aware, prior to your arrest, of any law enforcement surveillance of the property of the Barn during the years when you had been on that property for your humanitarian work?

Yes

what ever

Why didn't you call Dr. Carol for medical advice?

Yes

#39

is it typical on days you teach to not spend 6+ hours at the barn? yes

Just to ask again: You had received no communication - no advance notice - by any means and from no one else that two migrants would or had arrived at the Barn?

yes

for SW:

What are volunteers trained to do at times when they might be strongly tempted to go outside the law (e.g., to hide, shield, etc.) in order to feel like they did every humane service to migrants they encounter?

yes

Did you advise men of option of returning south because of danger of continuing with health and injuries?    yes

Case 4:18-cr-00223-RCC-DTF   Document 272   Filed 06/11/19   Page 11 of 19

for Scott Warren:

Do people served by any of the Humanitarian groups who use "the Barn" - people who have lost # or jettisoned their backpacks - ever leave "the Barn" to continue their journey with "new" or replacement backpacks?

yes

for Scott Warren

In your NMD or Samaritan work, Have you ever learned or developed or trained others in or used any type of communication method that allows the users to avoid discovery of actions by any of the law enforcement agencies?

Would the two migrants blisters, along with exhaustion be enough* to allow them to stay at the Camp - the Barn ? *Be enough as far as Protocol for humanitarian assistance.

(I)

Do you know if Irineo was ever arrested for his involvement↑ IN THIS CASE?
  alledged

N

, if there is,

What is ✓ NMDs protocol on how soon you must provide medical assessment to migrants after first contact with migrant? (Outside of life-threatening injuries) yes.

Would migrants at the Barn be able to take OTC medication out of medical cabinet without permission? Is it kept locked?   yes

testimony, that the barn is primarily a base camp for search and recovery. We're only aware of two immigrants at the barn. How many times during the year do you host immigrants such as Jose & Kristian? Was this an exception? Yes,

③ ~~When immigrants are encountered, are they helped on location and released on their own volition? (Assuming no evacuation is required)~~

② We realize there are a number of preventive actions and recovery missions, but how many patrols encounter migrants in transit? Yes

How often have you come across a live migrant that needs assistance?

Does this happen frequently or rarely?

yes

#39

~~did~~ say
~~①~~ you ~~said~~ take off
shoes/socks for blister
care correct?

if yes, then safe to
assume walking in desert
is not best correct?
without shoes + socks. and
sandels are not best for
walking in remote desert? Y/N

We understand BORSTAR REQUIRES certain inputs to provide evidence that an inbound call is legitimate

ARE THESE SHARED WITH NMD?

yoy