FILED ___ LODGED
RECEIVED ___ COPY

JUN 1 1 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Scott Daniel Warren,<br><br>    Defendant. | No. CR-18-00223-TUC-RCC(DTF)<br><br>**STIPULATION OF EXHIBITS** |

Counsel stipulate the following Government's exhibits were presented to the jury for use during deliberation:

4, 4A, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 16A, 17, 17A, 17B, 17C, 18, 19, 20, 21, 22, 23, 24, 25, 34, 35, 36, 37, 38, 39, 40, 41, 42, 42A, 43, 44, 45, 46, 47, 50, 51, 52, 53, 54, 62, 64, 65, 66, 67, 68, 69, 69A, 70, 71, 73, 74, 75, 76, 77, 78, 82, 83, 84, 85, 86, 87, 88, 89, 91, 104 and 110.

6-7-19
Date

[Government's Counsel Signature]
Government's Counsel Signature

6/7/19
Date

[Defense Counsel Signature]
Defense Counsel Signature