```
        FILED        ____ LODGED
        RECEIVED     ____ COPY

        JUN 1 1 2019

     CLERK US DISTRICT COURT
       DISTRICT OF ARIZONA
   BY                         DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00223-TUC-RCC(DTF) |
| Plaintiff, | |
| v. | **STIPULATION OF EXHIBITS** |
| Scott Daniel Warren, | |
| Defendant. | |

Counsel stipulate the following Defense exhibits were presented to the jury for use during deliberation:

201, 202, 203A, 210, 211, 212, 213, 214, 215, 216, 217, 220, 233, 234, 235, 239, 244, 246 and 247.

6/7/19
Date

_____
Defense Counsel Signature

6/7/19
Date

_____
Government's Counsel Signature