FILED ___ LODGED
RECEIVED ___ COPY

JUN 1 1 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00223-TUC-RCC(DTF) |
| Plaintiff, | |
| v. | **JURY QUESTIONS DURING DELIBERATION** |
| Scott Daniel Warren, | |
| Defendant. | |

Jury questions during deliberation.

1) Can you provide a more detailed legal definition of "harbor", "conceal", and "shield from detection"?

2) Can you clarify what the law says about humanitarian aid in the context of someone committing a crime?

3) In the grand jury charges, page 2, lines 7 and 8, it says "conceal, harbor and shield from detection...". In the judge's orders regarding charges about counts 2 and 3, it says "harbored, concealed.

"Or shielded from detection..."

Is it AND or OR?

Jurors
TD

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**Scott Daniel Warren,** )<br>)<br>Defendant. )<br>_____ ) | **ANSWER TO JURY QUESTION**<br><br>CASE NO. CR18-00223-TUC-RCC(DTF) |

In answer to Question #1, Harbor means to provide shelter to. There is no further definition of conceal or shield from detection.

In answer to Question #2, all three counts require the proving of intent to violate the law.

In answer to Question #3, It is harbor with intent to violate the law or shield from detection with intent to violate the law or conceal with intent to violate the law.

*[signature]*

Dated this 7th day of June, 2019.

We are unable to come to consensus on the verdict for all three charges.

Juror 5
Foreperson

We are unable to reach a verdict on all 3 counts.

Juror 5
Foreperson