FILED ___ LODGED ___
RECEIVED ___ COPY ___

JUN 11 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00223-TUC-RCC(DTF) |
| Plaintiff, | |
| v. | **RETURN OF EXHIBITS** |
| Scott Daniel Warren, | |
| Defendant. | |

Receipt is hereby acknowledged for the exhibits submitted and or admitted during the Jury Trial conducted 5/29/2019 through 6/7/2019.

201, 202, 203A, 210, 211, 212, 213, 214, 215, 216, 217, 220, 233, 234, 235, 239, 244, 246 and 247.

Exhibits shall be kept in my/our possession until all appeal time has run in this matter or until further Order of the Court.

Dated: 6/11/19          By: _____

Gregory Kuykendall/Amy Knight
Defense Counsel Signature