David J. Bodney (006065)
bodneyd@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:   602.798.5400
Facsimile:   602.798.5595

*Attorneys for First Look Media Works Incorporated*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) NO. 4:18-CR-00223-TUC-RCC(DTF) |
|---|---|
| Plaintiff, | ) **NOTICE OF APPEARANCE** |
| vs. | ) |
| Scott Daniel Warren, | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE that attorney David J. Bodney of Ballard Spahr LLP, who is admitted to practice in this Court, hereby enters an appearance as counsel on behalf of First Look Media Works Incorporated in the above-captioned action.

RESPECTFULLY SUBMITTED this 27th day of June, 2019.

BALLARD SPAHR LLP

By: /s/ *David J. Bodney*
David J. Bodney
*Attorneys for First Look Media Works Incorporated*

DMWEST #37024594 v1

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a notice of electronic filing to the following CM/ECF registrants, and mailed a copy of same to the following, if a non-registrant, this 27th day of June, 2019:

Gregory John Kuykendall
Amy Pickering Knight
Kuykendall & Associates
531 S Convent Ave
Tucson, AZ  85701-2612
email: greg@kuykendall-law.com
email: amyknight@kuykendall-law.com
*Attorneys for Plaintiff*

Anna Roberta Wright
Nathaniel Jacob Walters
US Attorneys Office – Tucson, AZ
405 W. Congress St., Suite 4800
Tucson, AZ 8570-4050
email: anna.wright@usdoj.gov
email: Nathaniel.Walters@usdoj.gov
*Attorney for USA*

David Bralow
First Look Media Works Incorporated
115 5th Avenue
New York, NY 10011
email: david.bralow@firstlook.org
*Attorney for First Look Media Works Incorporated*

Gregg Paul Leslie
ASU Sandra Day O'Connor College of Law
Public Interest Law Firm
111 E. Taylor St., Suite 311
Phoenix, AZ 85004
email: Gregg.Leslie@asu.edu
*Attorney for Fired Look Media Works Incorporated*

DMWEST #37024594 v1

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

James J. Belanger
J Belanger Law PLLC
P.O. Box 447
Tempe, AZ 85280
email: jjb@jbelangerlaw.com
*Attorney for Professors of Religious Liberty*

Katherine Franke
Columbia University – Sulzbacher Professor of Law
435 W 116th St.
New York, NY 10027
email: kfranke@law.columbia.edu
*Attorney for Professors of Religious Liberty*

Michael John Martinez Areinoff
Federal Public Defenders Office – Tucson
407 W. Congress St., Suite 501
Tucson, AZ 85701-1310
email: Michael.Areinoff@fd.org
*Material Witness*

/s/ *Michelle T. Gallegos*

3

DMWEST #37024594 v1