**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** Raner C. Collins | **Date:** July 2, 2019 |
| **USA v. Scott Daniel Warren** | **Case Number:** CR-18-00223-001-TUC-RCC (DTF) |

Assistant U.S. Attorneys:  Anna Wright/Nathaniel Walters
Attorneys for Defendant: Gregory Kuykendall (via telephone)/Amy Knight (Retained)
Attorney for Movant, First Look Media Works Incorporated: Gregg Leslie
Interpreter: N/A
Deputy Clerk: Sherry Gammon
Court Reporter: Erica McQuillen

Defendant:    ☒ Present    ☐ Not Present    ☒ Released    ☐ Custody    ☐ Summons    ☐ Writ

**Status Conference:**
Matter comes before the Court for a Status Conference re: trial status.
The Government will proceed with a retrial as to Counts 2 and 3 of the Indictment, with Count 1 of the Indictment to be dismissed. The Government will file a formal motion to dismiss Count 1 and defense counsel may file written response as to the issue of with or without prejudice.

The Government extends a plea offer as to Counts 2 and 3 of the Indictment to misdemeanor aiding and abetting illegal entry without inspection.

The defendant waives his right to a speedy trial and this matter is set for trial, as to Counts 2 and 3 of the Indictment, on **11/12/2019 at 9:30 a.m. before Senior Judge Raner C. Collins**. Estimated length of trial is 8 days. Plea deadline is 11/1/2019. Excludable delay under 18 U.S.C. §3161(h)(7) is found to commence on 7/3/2019 and end on 11/12/2019.

A Status Conference is set for **8/5/2019 at 1:30 p.m. before Senior Judge Raner C. Collins**. Counsel may appear telephonically if necessary.

Mr. Leslie informs the Court that First Amendment Clinic, Arizona State University, student Ryan Bailey, is prepared to present argument on behalf of the movant, First Look Media Works, Inc. The Government requests the Court set argument on a future date. **IT IS ORDERED** the Motion for a Hearing re: Motion to Intervene for Purposes of Unsealing (Doc. 203) filed by First Look Media Works, Inc. is Granted and a Motion Hearing re: Motion to Unseal Document Attached as Exhibits to Motions (Doc. 195) and Motion to Join Additional Parties to Motion to Intervene (Doc. 248) filed by First Look Media Works, Inc. is set for **7/9/2019 at 1:30 p.m. before Senior Judge Raner C. Collins.**

                                                            Status Conference:    18 Minutes
                                                            Start:  9:35 AM
                                                            Stop:  9:53 AM