IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 18-CR-223-TUC-RCC (DTF) |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| Scott Daniel Warren, | |
| Defendant. | |

The Court having considered the United States' Motion to Dismiss Count 1 of the Indictment in the above-captioned matter and finding good cause therefrom;

IT IS HEREBY ORDERED that Count 1 of the Indictment is dismissed without prejudice.

Dated this 10th day of July, 2019.

_____

Honorable Raner C. Collins
Senior United States District Judge