# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Scott Daniel Warren,<br><br>　　　　Defendant. | CR-18-00223-TUC-RCC (DTF)<br><br>**ORDER** |

  This matter is before the Court on a request by the media interveners First Look Media Works, Inc., challenging this Court's previous orders sealing records in this matter. It goes without saying there is presumption that matters filed in Court are presumably public and the party wishing to keep the matter sealed must show compelling interest or compelling reason that justifies secrecy and outweighs the public interest and access of these documents.

  In this matter, the Government's basic argument is that, because of the disclosure agreement between the Defendant and the Government, the matter should remain sealed. That itself is not a compelling interest or a compelling reason. Whether or not the Defendant and his lawyer in this case filed exhibits to try to circumvent the disclosure agreement is not before the Court at this time. The Government's request that, because of the disclosure agreement, the matter must remain sealed cannot be reconciled with the public's right to know.

The Court will then give the Government one week from the date of this order to suggest any further redactions they believe should be made before the requested documents are released.

Dated this 11th day of July, 2019.

Honorable Raner C. Collins
Senior United States District Judge