MICHAEL BAILEY
United States Attorney
ANNA WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona  85701-5040
Telephone: (520) 620-7300
E-mail: anna.wright@usdoj.gov
        nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 18-CR-223-TUC-RCC (DTF) |
| Plaintiff, | |
| vs. | GOVERNMENT'S NOTICE OF FILING OF REDACTED EXHIBITS |
| Scott Daniel Warren, | |
| Defendant. | |

On July 11, 2019, the Court issued an Order regarding the Motion to Intervene by First Look Media for the Limited Purpose of Challenging Sealing of Records. Docs. 95, 308. The Court indicated that, as requested by the intervenors, it would unseal the challenged materials and directed the government to submit any suggested further redactions to the materials within one week of the Order. Doc. 308. The government submitted the challenged materials *in camera* to the Court with its proposed redactions, and the Court accepted those redactions and ordered the government to file the redacted challenged materials. Doc. 312.

The government hereby gives notice of the filing of the redacted challenged materials. The redacted challenged materials originally filed by the defendant as exhibits to his Motion to Suppress Evidence Found as a Result of Illegal Search (Doc. 53, Exhibits 1-3) are submitted with this notice as Supplement 1. The redacted challenged materials

originally filed by the defendant as exhibits to his Motion to Dismiss Indictment Due to Selective Enforcement (Doc. 186, Exhibits 1-3, 6, 9-13, 16-19) are submitted with this notice as Supplements 2 and 3.

Respectfully submitted this 19th day of July, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/ Anna R. Wright & Nathaniel J. Walters*

ANNA WRIGHT &
NATHANIEL J. WALTERS
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 19th day of July, 2019, to:

All ECF participants