# EXHIBIT 1

**U.S. Department of Homeland Security**

Continuation Page for Form _____ **G166F**

| Alien's Name | File Number | Date |
|---|---|---|
| | | 01/17/2018 |

between the United States and Mexico. We apprehended one United States Citizen and two illegal aliens.

**FACTS:**

At approximately 1400 hours, BPA Burns and I set up ▌ within the Bureau of Land Management (BLM) area near the town of Ajo. The day prior, on January 16, I was informed that an illegal alien was apprehended in the town of Ajo near the Immaculate Conception Catholic Church (refer to ▌ ). The illegal alien stated that he had been travelling with two other subjects from Central America. He stated that prior to his apprehension, the other two subjects said that they were going go their separate ways and were going to get picked up in the town of Ajo by an unknown subject and smuggled north towards Phoenix.

From ▌ we had a clear view of the north side of 1401 West Snyder Road AKA "The Barn", which is a single story structure that sits on the border of BLM land. This structure is older and has metal and wood siding, entrances on both the east and west sides, and a large sign that says "The Barn" visible from Snyder Road. From our ▌ we could see vehicles arriving or departing from this property and pedestrian traffic. "The Barn" is also known as a "stash house", and is suspected to be used by Non- Government Organizations (NGO) to harbor illegal aliens. Local residents have also complained of finding paraphernalia associated with illegal alien activity such as black water jugs and carpet booties in the immediate vicinity of "The Barn". "The Barn" is owned by Carol Johnson who is suspected of allowing NGOs to operate out of this property to conduct humanitarian supply drops for illegal aliens in remote parts of the desert, which include the Cabeza Prieta National Refuge and the Organ Pipe Cactus National Monument. These supply drops consist of food, water, and other items to aid illegal aliens as they further their entry into the United States. One of the NGOs identified as operating out of "The Barn" is No More Deaths (NMD). The Pima County assessor's office currently lists the property as vacant.

Scott WARREN DOB ▌ /1982 is a local resident of Ajo and an active volunteer for NMD who organizes and recruits college students to aid in supply drops, and speaks publicly on immigration issues. This is documented on various online college newspapers such as Northern Arizona University's "The Lumberjack" and local news websites describing his participation in humanitarian efforts with NMD. NMD was long suspected of illegally harboring and aiding illegal aliens and a search warrant for their illicit activities was recently executed at their humanitarian station near Arivaca, Arizona (refer to ▌ . The search warrant resulted in the arrest of several illegal aliens that were discovered on the location of the humanitarian station. Through execution of the search warrant it was revealed that NMD would provide illegal aliens with food and water along with showers and new clothes to wear to further their illegal entry into the United States.

At approximately 1533 hours, BPA Burns informed me that a Green Nissan Xterra arrived at "The Barn" and a single male occupant exited the vehicle and entered the main structure on the property. The male was described as a tall Caucasian, and was wearing a yellow button up shirt with a black vest, brown jeans and ball cap. The vehicle and subject that BPA

| Signature | Title |
|---|---|
| JOHN C. MARQUEZ | BORDER PATROL AGENT |

_____ 3 ___ of _____ 5 ___ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

ALL - 0003

U.S. Department of Homeland Security

Continuation Page for Form _____ G166F

| Alien's Name | File Number | Date |
|---|---|---|
| | | 01/17/2018 |

Burns described matched the descriptors for Scott WARREN.

At approximately 1609 hours, I observed two female subjects on the property get into a white Dodge (AZ license plate CH76200) pickup and exit the property heading east on Snyder Road out of my view. The white Dodge truck is registered to the Unitarian Universalist Church out of Tucson, Arizona. This Church supports NMD in their mission to bring aid to illegal aliens throughout the Tucson Sector Area.

At approximately 1638 hours I saw WARREN exit "the Barn" with two male subjects, a tall subject wearing a blue hooded sweater, and a shorter subject wearing a grey hooded sweater. I observed WARREN and the two male subjects outside in the driveway on the north side of the property. They appeared to be conversing with each other. From my observation, it appeared that WARREN was pointing out the mountains and other landmarks. The subjects, who were wearing ill-fitting and dirty clothing, matched the description of two illegal aliens who evaded capture from the day prior. Given these facts and the history of this NGO in their previous illicit activities at the Arivaca humanitarian station, I suspected that the two subjects could be illegal aliens.

At 1643 hours I saw both of the subjects return and enter the structure with WARREN. At this time BPA Burns advised Supervisory Border Patrol Agent (SBPA) Desiderio Vargas of our observations. SBPA Vargas coordinated with other agents and Pima County Sheriff's Department (PCSD) to execute a knock and talk on the structure. I maintained constant visual of the property and any pedestrians or vehicles coming in or out of the immediate area, while awaiting reinforcement.

At 1730 hours Ajo Station Border Patrol Agents, with the assistance of Pima County Sheriff's Department (PCSD) Deputies [redacted] Rovi and [redacted] Othic, executed a knock and talk on the property. I made my way onto the property to cover the east side entrance of "The Barn". As I walked by a window to the house, I saw the same subject that I had observed earlier in the blue hooded sweater scurry through a room and run out of a door. I ran around to the east side of the building and saw a door to an add-on room slam shut as the subject ran through it. I knocked on the door and announced myself as a United States Border Patrol Agent.

The subject with the blue hooded sweater opened the door and I again identified myself as United States Border Patrol Agent. I wore my badge around my neck in clear view. Because he ran from me I ordered him to show me his hands and then instructed him to sit down. Shortly thereafter BPA Burns arrived accompanied by WARREN. I witnessed BPA Burns conduct an immigration inspection on the subject in the blue hooded sweater who was later identified as PEREZ-Villanueva Kristian, DOB [redacted] /1994. PEREZ-Villanueva is a Honduran National and admitted to being in the country illegally without proper documentation. Based on our observations of activity on the property I placed WARREN under arrest and informed him that he was being charged with 8 USC 1324, harboring aliens. BPA Burns performed a safety sweep of the property and arrested a second subject later identified as SANCARIAS-Godoy, Jose Arnaldo DOB [redacted] /1996, who was found hiding in the shower. WARREN was compliant and was searched and placed in the back seat of a Border Patrol vehicle. His personal property was stored in a plastic bag and placed in his view, while another agent kept watch.

| Signature | Title |
|---|---|
| JOHN C. MARQUEZ | BORDER PATROL AGENT |

Form I-831 Continuation Page (Rev. 08/01/07)

ALL - 0004

U.S. Department of Homeland Security.

Continuation Page for Form _____ G166F

| Alien's Name | File Number | Date |
|---|---|---|
| | | 01/17/2018 |

During the encounter, the white dodge that was seen earlier leaving the property returned with the two female subjects. BPA Ballesteros, who arrived to assist, and I approached them and identified ourselves as United States Border Patrol Agents. The two female subjects were identified as SHAY-NEMIROW, Flannery DOB      /1992 and FINLEY,
     Both female subjects were informed that were being detained and refused to answer any questions. Both females had their records checked and were released.

DISPOSITION:

WARREN and the two others subjects, PEREZ-Villanueva Kristian and SANCARIAS-Godoy, Jose Arnaldo, were all transported to the Ajo Border Patrol Station for processing. WARREN is being held pending prosecution of 8 USC 1324. When we arrived at the Ajo Border Patrol Station, I witnessed BPA Burns read WARREN his Miranda Rights from Form I-214 at approximately 1919 hours. WARREN refused to sign the document and invoked his right to remain silent and refused to answer any questions. WARREN's And PEREZ-Villanueva's phones were seized in accordance with Border Patrol guidelines and assigned Evidence Collection Team activation number

PCSD provided report
GPS: N 32.39900, W -112.87900

| Signature | | Title | |
|---|---|---|---|
| JOHN C. MARQUEZ | | BORDER PATROL AGENT | |

_____ 5 _____ of _____ 5 _____ Pages

ALL - 0005

# EXHIBIT 2

APPLICATION FOR SEARCH WARRANT (REV. 03/13)

# UNITED STATES DISTRICT COURT
## *for the District of Arizona*

*In the Matter of the Search of*
*(Briefly describe the property to be searched or identify the person by name and address)*

IN THE MATTER OF AN APPLICATION
OF THE UNITED STATES OF AMERICA
FOR A WARRANT AUTHORIZING THE
SEARCH OF A PRIVATE PROPERTY
LOCATED AT 1401 W. SNYDER ROAD
IN AJO, ARIZONA 85321

USAO#:

No.



APPLICATION FOR
SEARCH WARRANT

I, Jorge Rodriguez, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that ☐ on the person of or ☒ on the premises known as *(name, description and/or location)*:

## See Attachment A, attached and incorporated by reference herein

located in the District of Arizona there is now concealed *(identify the person or describe the property to be seized)*:

## See Attachment B, attached and incorporated by reference herein

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of 8 U.S.C. § 1324.

The application is based on these facts:

## See attached Affidavit incorporated by reference herein.

Reviewed by AUSAs Anna R. Wright and
Nathaniel Walters
*AUSA printed last name and inked initials*

*Applicant's signature*
Mary Ann Fogal, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

January 22, 2018
*Date*

Tucson, Arizona
*City and State*

*Judge's signature*
Hon. Jacqueline M. Rateau, United States Magistrate Judge
*Printed name and title*

IN THE MATTER OF AN APPLICATION
OF THE UNITED STATES OF AMERICA
FOR A WARRANT AUTHORIZING THE
SEARCH OF A PRIVATE PROPERTY
LOCATED AT 1401 W. SNYDER ROAD
IN AJO AZ 85321

## AFFIDAVIT IN SUPPORT OF APPLICATION

1.      I, Mary Ann Fogal, am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.  I am a Border Patrol Intelligence Agent with the United States Department of Homeland Security, United States Border Patrol (USBP), and have been since November 2010.  I completed the 12-week USBP Academy, where I received instruction in constitutional, immigration, and criminal law as well as federal and civil statutes.  I have also received instruction in the detection, interdiction, and arrest of narcotics smugglers, alien smugglers, and aliens illegally present in the United States.

2.      Since October 2017, I have been assigned to Tucson Sector Intelligence Unit.  I have conducted investigations involving illicit activity, and have gathered and structured evidence and facts pertaining to administrative and criminal cases.  I routinely perform record checks through various law enforcement databases to establish accuracy of information, as well as to gather facts relevant to a respective case.  I have acted as an intelligence contact for field agents, and I have assisted fellow agents in the development of their cases.

3.      I respectfully request that a warrant be issued to allow any authorized law enforcement officer to enter, with proper assistance, the premises described in Attachment A (hereinafter Target Property).  The Target Property is located at 1401 West Snyder Road in Ajo, Arizona, and is commonly referred to as "The Barn."  The owner of the Target Property is Carol Ann Johnson, and the Pima County Assessor's Office indicates the Target Property consists of a five-acre plot and an approximately 1600 square foot structure.  The Pima County Assessor's Office lists the Target Property as vacant.  Authorization is sought to search the Target Property for the items described in Attachment B.

1

Def Only - 0068

4.     The facts in this affidavit come from my personal observations and involvement, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.     Based on the information contained in this affidavit, it is requested that any and all vehicles, trailers, or other structures and/or storage facilities located on the premises described in Attachment A, which could be used to conceal the items described in Attachment B, be included in the search.

## PROBABLE CAUSE

6.     On January 16, 2018, agents apprehended an illegal alien in the town of Ajo, Arizona, near the Immaculate Conception Catholic Church. The illegal alien stated that he had been travelling with two other subjects from Central America. The illegal alien stated that prior to his apprehension, the other two illegal aliens he was traveling with told him that they were going to part ways and be picked up in the town of Ajo by an unknown person.

7.     On January 17, 2018, at approximately 1400 hours, Border Patrol agents deployed a                          within the Bureau of Land Management (BLM) area near the town of Ajo, Arizona. The surveillance post is located approximately 40 miles north of the international border between the United States and Mexico. From the surveillance post, agents had a clear view of the north side of the Target Property, which is a single story structure that is located on the border of BLM land. From the surveillance post, agents could observe vehicles arriving and departing from this property, as well as any pedestrian traffic in the area.

8.     The owner of the Target Property allows No More Deaths (NMD) to use the Target Property to facilitate supply drops for illegal aliens in the desert. These supply drops consist of food, water and other items to support illegal aliens as they further their entry into the United States.

9.     Local residents have complained since April 2017 of finding paraphernalia associated with illegal alien activity, such as black water jugs and carpet booties, in the immediate vicinity of the Target Property, including as recently as December 2017. In January 2018, agents personally observed paraphernalia associated with illegal alien activity, such as black water jugs and carpet booties, in a wash 200 yards north of the Target Property. There are no structures between the Target Property and the area where the paraphernalia was found.

2

Def Only - 0069

10. At approximately 1530 hours on January 17, 2018, agents saw a black Nissan Xterra arrive at the Target Property. Agents saw a single male occupant exit the vehicle and enter the main structure on the Target Property. The man was described as a tall Caucasian wearing a yellow button up shirt and dark colored vest, dark colored jeans, and ball cap. Agents recognized the man as Scott Warren. Agents also recognized the vehicle as one frequently driven by Warren. Warren is a resident of Ajo, Arizona. Warren is involved with NMD.

11. At approximately 1630 hours, agents saw Warren exit the structure on the Target Property with two men. The three men stood outside in the driveway on the north side of the property. The three men appeared to be talking with each other, and agents saw Warren point out the mountains and other landmarks in the surrounding area. The two men with Warren were wearing ill-fitting clothing. One of the men was wearing a blue-hooded sweatshirt, and the other was wearing a grey-hooded sweatshirt. At approximately 1645 hours, the three men re-entered the structure on the Target Property.

12. At 1730 hours, Border Patrol agents and local law enforcement approached the Target Property and encountered Warren in the driveway near the south side of the structure. Agents informed Warren that they were investigating illegal alien activity on the Target Property. Warren stated that the Target Property was a humanitarian organization. Warren declined to answer questions regarding the Target Property's owner and asked the agents to leave the Target Property. Agents then advised Warren that they intended to approach the structure on the Target Property in order to attempt to speak with the owner of the Target Property. Warren replied, "I'll go with you."

13. As agents were speaking with Warren in the driveway on the south side of the structure on the Target Property, other agents were moving to the east side of the structure in order to provide perimeter security. As they were doing so, through a window, agents saw a man in a blue-hooded sweatshirt run through the interior of the structure. Agents also saw the exterior door to an add-on room close quickly.

14. An agent knocked on the door to the add-on room and announced himself as a United States Border Patrol Agent. The man wearing the blue-hooded sweatshirt, later identified as Kristian Perez-Villanueva, opened the door. The agent again identified himself as a United States Border Patrol Agent. The agent instructed Perez-Villanueva to show him his hands and to sit down. At this time, agents conducted an immigration inspection on Perez-Villanueva and

3

Def Only - 0070

determined that Perez-Villanueva was an El Salvadorian national without proper documentation to enter or remain in the United States.

15.    Agents then entered the structure on the Target Property in order to locate the second man previously seen with Warren. The man, later identified as Jose Arnald Sacaria-Godoy, was located inside the shower in the add-on room where Perez-Villanueva was originally encountered by agents. A few moments later, agents conducted an immigration inspection on Sacaria-Godoy and determined that he was a Honduran national without proper documentation to enter or remain in the United States.

16.    Subsequently, agents arrested Warren, Perez-Villanueva and Sacarias-Godoy. Agents arrested Perez-Villanueva and Sacarias-Godoy on suspicion of being illegally present in the United States. Agents also arrested Warren on suspicion of harboring aliens unlawfully present in United States, in violation of 8 U.S.C. § 1324 (a)(1)(A)(iii).

17.    During a post-arrest interview, Sacaria-Godoy stated, in summary, the following:

    a. He crossed into the United States with Perez-Villanueva and three other subjects on or about Sunday, January 14, 2018.

    b. One of the subjects in his group,     claimed to know someone in Ajo, Arizona, who would help them. While they hiked north through the desert,     constantly used his cell phone to text the person in Ajo.

    c. Eventually,    and two other subjects in the group were not able to continue north and turned back south.

    d. After he and Perez-Villanueva walked to Ajo, a white van picked them up. The person driving the white van recognized Perez-Villanueva from before. The driver spoke Spanish, asked for the rest of the group, and after explaining what happened, the driver then congratulated them for their effort. The driver of the white van took them to a house in Ajo where they stayed for the next few days. The driver of the white van explained to them that he could not take them north because there was an immigration checkpoint and told them to stay at the house where someone would take care of them until they figured what to do next.

    e. Once in the house, they were given food, water and a bed to sleep on by Warren. Warren cooked for them and was going to give them clean clothes.

    f. Warren knew that he and Perez-Villanueva were illegally present in the United States.

    g. Just before they were apprehended, Warren gave him instructions on where to continue walking northbound. They were to travel near a hill called "El

4

Cuadro." Warren was going to give them water, food and clean clothes before they departed.

18.    Agents showed Sacaria-Godoy a photo lineup. He was able to identify Warren, subject number five (5), as being the person at the house that took care of them.

19.    During a post-arrest interview, Perez-Villanueva stated, in summary, the following:

    a.   He was picked up by a white vehicle and taken to the Chevron in Ajo, Arizona. He used the Wi-Fi at the Chevron to look up the address of the house that could help him, which he learned about at shelter in Mexico.

    b.   Warren allowed him and Sacaria-Godoy to stay in the Target Property for two nights and one day. Warren gave him food and water.

    c.   Warren knew he was in the United States illegally.

20.    During a subsequent consensual search of Perez-Villanueva's cell phone, agents found images of Perez-Villanueva and Sacaria-Godoy inside the Target Property. Some of the images were timestamped as early as January 14, 2018.

21.    Based on the information listed above, I have probable cause to believe that evidence, as described in Attachment B, can be found at the Target Property, which is described in Attachment A. In addition, there is probable cause to believe that criminal activity in violation of 8 U.S.C. § 1324(a)(1)(A)(iii), harboring illegal aliens, has and will continue to take place at the Target Property.

22.    Wherefore, I respectfully request that a warrant be issued authorizing any authorized law enforcement officer to enter and search the premises described in Attachment A for the items described in Attachment B.

I swear under penalty of perjury, that the foregoing is true and correct,

Agent Mary Ann Fogal
United States Border Patrol

Subscribed and sworn before me this 22nd day of January, 2018,

Honorable Jacqueline Rateau
United States Magistrate Judge

5

Def Only - 0072

Image of The Barn taken by agents on November 17, 2017.



Def Only - 0073



Def Only - 0074

SEARCH WARRANT (REV. 3/13)

# UNITED STATES DISTRICT COURT
*for the District of Arizona*

*In the Matter of the Search of*
*(Briefly describe the property to be searched or identify the person by name and address)*

No.

IN THE MATTER OF AN APPLICATION
OF THE UNITED STATES OF AMERICA
FOR A WARRANT AUTHORIZING THE
SEARCH OF A PRIVATE PROPERTY
LOCATED AT1401 W. SNYDER ROAD
IN AJO, ARIZONA 85321



SEARCH WARRANT

USAO#:

TO:     Any authorized law enforcement officer

Application and Affidavit having been made before me by a federal law enforcement officer, requesting the search
of the following ☐person or ☒ premises known as *(name, description and/or location)*:

## See Attachment A, attached and incorporated by reference herein

located in the District of Arizona is believed to conceal *(identify the person or describe the property to be seized)*:

## See Attachment B, attached and incorporated by reference herein

I find that the affidavit(s), and/or any recorded testimony, establish probable cause to search and seize the person
or property described.

YOU ARE COMMANDED to execute this warrant on or before _____ 14_____
*(not to exceed 14 days)*

☒   in the daytime 6:00 a.m. to 10:00 p.m.         ☐   at any time in the day or night as I find reasonable
                                                          cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose
premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an
inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge who
authorized this warrant.

Sworn to before me and signed in my presence.

*January 22, 2018      3:45pm*
*Date & Time Issued*

Tucson, Arizona
*City and State*

_____
*Judge's signature*

Hon. Jacqueline M. Rateau, United States Magistrate Judge
*Printed name and title*

Def Only - 0075

SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.:

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
|  |  |  |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## NOT EXECUTED

❑    This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: _____

_____
Executing Officer's Signature

_____
Printed Name and Title

Def Only - 0076

## ATTACHMENT A

### PREMISES TO BE SEARCHED:

The premise is located at 1401 West Snyder Road in Ajo, Arizona 85321 (hereinafter Target Property). The Target Property is located west of North Elliott Road and south of West Snyder Road. The Pima County Assessor's Office indicates the Target Property consists of a five-acre plot and an approximately 1600 square foot structure. The structure on the Target Property has a hand painted sign on the front of the structure that is visible from West Snyder Road. The sign says "The Barn." The structure on the Target Property is made of corrugated metal panels and large sections of wood. The structure has a metal roof with a satellite dish. The only entrance to the Target Property is a dirt driveway that connects directly to West Snyder Road.

A photograph of the structure and maps of the area with a pinpoint identifying the Target Property are below.

Image of The Barn taken by agents on November 17, 2017.



Def Only - 0078



Def Only - 0079

## ATTACHMENT B

### ITEMS TO BE SEIZED:

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

# EXHIBIT 3



**DV** Desi Vargas
How much time do we have

Wed, 16:38

**Brendan Burns**
Unknown

**Brendan Burns**
Toncs at the barn

**Brendan Burns**
We're watching now

**Brendan Burns**
Get ready to roll this way all who are available

**Brendan Burns**
We'd like to get guys in position to get up and knock it fast before they can bolt

**Brendan Burns**
Came out of the house.

**DV** Desi Vargas
Ok

Ballesteros

**DV** Desi Vargas
Let me call Mudie how many guys you need and were at

**Brendan Burns**
Scott Warren pointing out terrain to them

Sandoval

**DV** Desi Vargas

**Brendan Burns**

**Brendan Burns**
Probably the two from Ajo yesterday

**DV** Desi Vargas
How much time do we have

Brendan Burns

**Gov't Supplemental Disclosure**
**8 Feb 2018**
**1) Gregory J. Kuykendall, Esq.**
**2) Amy P. Knight, Esq.**

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**155 of 164**



**Gov't Supplemental Disclosure**
**8 Feb 2018**
1) Gregory J. Kuykendall, Esq.
2) Amy P. Knight, Esq.

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**156 of 164**



**Gov't Supplemental Disclosure**
**8 Feb 2018**
1) Gregory J. Kuykendall, Esq.
2) Amy P. Knight, Esq.

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**157 of 164**



Brendan Burns
████ We're gonna take everyone in regardless.

DV — Desi Vargas
████

DV — Desi Vargas
Everyone be as professional as possible

Brendan Burns
Of course. You know us.

Brendan Burns
Balls what's your star#

Albert Ballesteros
████

Brendan Burns
We're on it can you hear us

Wed, 17:49

John Rambo Marquez

 ████ Sandoval
████

 Brendan Burns
Balls when everyone is ready to roll Marquez and I will walk the wash to the road just east of the house. We will jump in with the lead vehicle from there.

 Brendan Burns
Smitty just run it by your side regarding prosecution for these guys.

 Brendan Burns
For 1324 harboring and conspiracy for the uscs

 ████ Smith
████

DV — Desi Vargas
I'm asking now for the AUSA

DV — Desi Vargas
Waiting for the call back

**Gov't Supplemental Disclosure**
**8 Feb 2018**
1) Gregory J. Kuykendall, Esq.
2) Amy P. Knight, Esq.

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**158 of 164**

 John Rambo Marquez



**DV** Desi Vargas
Come see as soon as you guys get in please

Brendan Burns

Brendan Burns
Sandoval make sure those toncs are isolated so we can get good mat wit interviews.

 Ballesteros

 Martinez
Nice work guys 👍

Wed, 19:01

John Rambo Marquez

John Rambo Marquez



Wed, 18:14

Brendan Burns

**DV** Desi Vargas





**Gov't Supplemental Disclosure**
**8 Feb 2018**
1) Gregory J. Kuykendall, Esq.
2) Amy P. Knight, Esq.

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**159 of 164**



John Rambo Marquez





John Rambo Marquez



John Rambo Marquez





John Rambo Marquez





John Rambo Marquez



**Gov't Supplemental Disclosure**
**8 Feb 2018**
1) Gregory J. Kuykendall, Esq.
2) Amy P. Knight, Esq.

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**160 of 164**



Wed, 22:53

 Martinez



**Gov't Supplemental Disclosure**
**8 Feb 2018**
1) Gregory J. Kuykendall, Esq.
2) Amy P. Knight, Esq.

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**161 of 164**



Gov't Supplemental Disclosure
8 Feb 2018
1) Gregory J. Kuykendall, Esq.
2) Amy P. Knight, Esq.

U.S. v. Scott Daniel Warren
4:18-MJ-01455-TUC (BPV)
AUSA Anna R. Wright
AUSA Nathaniel J. Walters

162 of 164



**Gov't Supplemental Disclosure**
**8 Feb 2018**
1) Gregory J. Kuykendall, Esq.
2) Amy P. Knight, Esq.

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**163 of 164**






**Gov't Supplemental Disclosure**
**8 Feb 2018**
1) Gregory J. Kuykendall, Esq.
2) Amy P. Knight, Esq.

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**164 of 164**