**EXHIBIT 1**

**Department of Homeland Security**
Customs and Border Protection, U.S. Border Patrol



### Report of Investigation

| TITLE: | FILE NUMBER |
|---|---|
| █████████████ | |

The following are text messages I received from concerned citizen Margot BISSEL, who notified me of suspicious activity near ████████████ in Ajo, Arizona.

On July 7, 2017, at 2122 hours I, Border Patrol Agent (BPA) John Marquez received a text message from Margot BISSEL about new volunteers with membership with No More Deaths/No Mas Muertes arriving at the Cabeza Prieta National Wildlife Refuge in Ajo, Arizona. The name of the member she sent me was ████ Smith, who was accompanied by his wife. People wanting to visit the Cabeza Prieta National Wildlife Refuge or Barry M. Goldwater Range must watch a video informing them of the rules for entering the both areas. She also informed me that a man named "John" was the leader of the Unitarian Universalist Church (UUC) and that he as two felonies for human trafficking. No More Deaths/No Mas Muertes operates under the UUC out of Tucson, Arizona.

On July 28, 2017, BISSEL informed me that No More Deaths/No Mas Muertes had very low activity since the events of what had happened at Charlie Bell Well on July 19, 2017. She told me that one female subject was caught "trying to tear the camera off" and that she had later returned the next day to visit the area. The individual who BISSEL was referring to was RICHEIMER, ████ who was taken into custody for criminal damage and trespassing. See ████████████

I responded to BISSEL on July 31, 2017 informing her that I had been out of town, and to let me know if any "bean droppers" had arrived at the Cabeza Prieta National Wildlife Refuge. "Bean droppers" is a term I had learned from BISSEL. She told me it is a term used by locals of Ajo to describe any Non-Government Organization volunteer that drops off food and water form illegal aliens in the desert. One of the most popular items that they leave behind besides water are cans of beans.

She then informed me that eight people had arrived the week prior at the Cabeza Prieta National Refuge applying for permits. Three of the people that had arrived where on the do not issue permit list. The names were Genna JACKSON, ████ HOLLARSMITH and one other she could not recall. She also informed me that the United States Fish and Wildlife was going to press charges against Scott WARREN. I had heard that WARREN along with other individuals had been cited for trespassing down into Charlie Bell Pass, an area that is off limits to the public even with a permit.

On October 13, 2017, she texted me that an influx of people who she said were with No More Deaths had arrived at the Cabeza Prieta National Wildlife Refuge office to apply for permits. I asked her if she had any names or any other information and that I would be back in town that following Tuesday.

| BY | REPORT MADE AT | DATE |
|---|---|---|
| BPA John Marquez | Ajo Border Patrol Station | 05/21/2018 |

U.S. v. Scott Daniel Warren                                                                 675



Verizon 7:43 AM ✈ ✳ 82%

**Margot**

Fri, Jul 7, 9:22 PM

Just found out ▇▇▇▇ Smith is the guy's name that was in yesterday with the young couple to watch the BMGR film. John is the Unitarian Church leader who has 2 felons for human trafficking. Still don't have John's last name. Have a safe night.

Text Mess...



Verizon
7:44 AM
82%

**Margot**

Mon, Jul 31, 1:27 PM

Sorry for the late reply. Been out of town. Sounds good and be safe. Let me know of anymore bean droppers come around

Just got back to work, heard 8 of them showed up last week wanting permits. 3 were on the do-



Text Mess...

Verizon 7:44 AM ✈ ⚹ 82%

Margot

Just got back to work, heard 8 of them showed up last week wanting permits. 3 were on the do-not-issue list. They acted so surprised. ⚾

Oh sweet. I'll try to figure out who they are

Genna Jackson,



Hollersmith not

Text Mess...






.ıll Verizon 🤙   7:44 AM   ✈ ⁕ 82% 🔋

‹ ①   Margot   ⓘ

Genna jackson,

Hollarsmith, not sure about the third one. Heard we are pressing charges against Scott Warren.

Yeah I heard that about Scott Warren too I think.

Oh sweet. I'll try to figure out who they are

Text Mess... ➜



.ıll Verizon 📶          7:46 AM          ⤴ ⚡ 81% 🔋

< 1          **Margot**          ⓘ

Fri, Oct 13, 3:22 PM

They're baaaack....!

A ton of No More Deaths last two days in here getting permits.

Sweet. You got any new info or names.

I'll be in town Tuesday.












.ıll Verizon 🤙   1:37 PM   ↗ 19% 🔋

**Margot**

Fri, Jun 28, 12:54 PM

Cry me a river-
me too! 😊

They've been
very quiet since
we started action
against them...
Until last week.
Did you hear
about the group
at Charlie Bell
well?

Oh yeah. That
really sparked

Text Message...



all Verizon

1:37 PM

19%

Margot

Oh yeah. That really sparked everything back up

Love it. One lady was arrested, trying to tear the camera off! Oh my gosh!!

Then she went down there again! The next day.





Text Message

# EXHIBIT 2

**Department of Homeland Security**
Customs and Border Protection, U.S. Border Patrol



## Report of Investigation

| TITLE: | FILE NUMBER |
|--------|-------------|
| ████████████████████████ |  |

The following are text messages I received from concerned citizen Donald EBANN, who notified me of suspicious activity near ████████████████ in Ajo, Arizona.

On December 20, 2017, I, Border Patrol Agent (BPA) John Marquez texted Fish and Wildlife Officer Donald EBANN my official government email.

On January 3, 2018 EBANN texted me his personal address as well as an image of the permit issue by the Cabeza Prieta National Wildlife Refuge. The permit listed a Ford truck with the following five individuals listed: ████ ████ GOLDEBERG, ████ FERNANDEZ, ████ GARCIA, ████ and BUCK. ████ I responded that I believed that the same truck was currently parked at "The Barn" AKA 1401 West Snyder Road, Ajo, Arizona. This is a known property used by Non-Government Organizations (NGOs) as a base of operations to conduct water and food drops in and around the Cabeza Prieta National Wildlife Refuge.

On January 6, 2018, EBANN informed me that "the barn" was active. I responded with questioning when they had arrived and that I would not be in to work until the following Monday.

On January 8, 2018, I informed EBANN that I would be back in the Ajo area for the duration of the week. He replied with trying to get me a female's subjects name related to No More Deaths/No Mas Muertes. I asked if his fellow Fish and Wildlife Officer ████ West was working that day and that I had Scott WARREN's home address in Ajo for them. This is in relation to Officer West looking for WARREN to issue his summons to Federal Court on summer of 2017 trespassing charges. Officer Ebann informed me there were multiple privately owned vehicles (POVs) as well as vehicles known to be associated with No More Deaths/ No Mas Muertes (NMD). I responded that I would be out on patrol today in ████████████ service vehicle. Officer Ebann said that he observed a minivan was parked at "the barn" with the rear hatch open, and that WARREN's POV was present. I then asked if Officer Ebann was going to issue the Federal Summons to WARREN and that Officer West was also notified. He also reported that a marron truck and a green truck had just left "the barn", both of those vehicles were known to be associated with NMD.

| BY | REPORT MADE AT | DATE |
|----|----------------|------|
| BPA John Marquez | Ajo Border Patrol Station | 05/21/2018 |







Verizon

**Donnie**

7:34 AM

84%

Sat, Jan 6, 8:27 AM

The barn is active this morning

Sat, Jan 6, 9:33 AM

Yeah? I wonder when they came in

I won't be in until Monday



.ıll Verizon 

Mon, Jan 8, 12:29 PM

**Donnie**   7:34 AM   ✈ ✱ 84% ▉

Back in town all week.

I'll try to get a name on the female

Is mike west in today.

I got Scott Warren at ▉

Text Mess...



Verizon  7:34 AM  ⚡ ✳ 84%

**Donnie**

Is mike west in today

I got Scott Warren at



Thanks..there's a lot of POVs at the barn now ...the NMD vehicles are there as well



Textless...



.ıl Verizon 🤙    7:34 AM    🖈 🔌 84% 🔋

**Donnie**



OK. I'll be cruising
around in a
later today.

OK....there's a
mini van close to
the gate w the
rear hatch open
and a cargo box
on the
roof....Warrens
POV is there as
well


Verizon

7:34 AM

84%

**Donnie**

Oh nice. You gonna serve the summons today

I'm on RDO today... I gave Mike the heads up....the maroon truck and green truck left loaded ten minutes ago

Ok I got an interview in ajo to do and then I'll









# EXHIBIT 3

**U.S. Department of Homeland Security**

## REPORT OF INVESTIGATION

| Title | File Number | Date 01/17/2018 |
|---|---|---|
| | | Report Number |

| Special Agent: *(Name)* JOHN C. MARQUEZ BORDER PATROL AGENT | *(Signature)* | Office |
|---|---|---|
| Approved by: *(Name and Title)* Ramirez Watch Commander | *(Signature)* | Office |

### SYNOPSIS
### ALIEN SMUGGLING CASE

| **PRINCIPAL** | ORGANIZATION Unknown | | | 982 ALTURAS, CALIFORNIA |
|---|---|---|---|---|
| NAME SCOTT DANIEL WARREN | | A# | D/POB UNITED STATES | |

ALIAS _____ RACE **W** SEX **M** HT **72** WT **165** EYES **BRO** HAIR **BRO**
ADDRESS (US) _____ FOREIGN _____

IMM STAT U.S. Citizen   SS# **4059** FIN _____

**SMUGGLED**
NAME KRISTIAN PEREZ-VILLANUEVA   A#_____   1994 EL SALVADOR, SAN SALVADOR  D/POB EL SALVADOR

ALIAS _____ RACE **W** SEX **M** HT **73** WT **165** EYES **BRO** HAIR **BLK**
ADDRESS (US) FAILED TO PROVIDE U.S. ADDRESS   FOREIGN _____

IMM STAT Inadmissible Alien   SS# _____ FIN _____

☒ Continued on attached continuation page
**ALIENS**
NUMBER IN LOAD ____ **2** ____ NATIONALITY **1 EL SALVADOR 1 HONDURAS** ____ INTENDED DEST **PHOENIX, AZ**
CHARGE PER ALIEN _____ DATE/PLACE OF ENTRY **01/12/2018** ____ LUKEVILLE, AZ
PLACE OF ARREST **AJO, AZ**
DATE OF ARREST **01/17/2018 1800** ____ ARRESTING OFFICER **JOHN C. MARQUEZ**
VEHICLE(S) USED _____ LIC# _____

TOTAL NUMBER OF PRINCIPALS/ASSOCIATES ____ **1** ____ DEPORTABLE/INADMISSABLE ____ **0** ____ NON-DEPORTABLE **1**
TOTAL NUMBER OF CONVEYANCES SEIZED ____ **0** ____ ESTIMATED TOTAL VALUE _____ **$.00**

RECRUITING PROCEDURES-TRAVEL TO BORDER AREA-TO WHOM PAYMENT MADE-STAGING AREAS-MANNER OF ENTRY
DROP HOUSES-HOW CHECKPOINTS AVOIDED-ROUTE TO POINT OF ARREST-CONTACTS AT DESTINATION

Form G-166F (Rev. 08/01/07)

ALL - 0001

**U.S. Department of Homeland Security**

**Continuation Page for Form** _____ G166F

| Alien's Name | File Number | Date |
|---|---|---|
| | | 01/17/2018 |

SMUGGLED

NAME JOSE ARNALDO SACARIA-GODAY       A#              D/POB COLON, COLON (HONDURAS) HONDURAS

ALIAS ZACARIAS-GODOY, JOSE ARMALDO; SACARIA-GODAY, JOSE ARNALDO; ZACARIA-GODOY, JOSE ARNALDO;

RACE _W_ SEX _M_ HT _63_ WT _120_ EYES _BRO_ HAIR _BLK_

ADDRESS (US) FAILED TO PROVIDE U.S. ADDRESS       FOREIGN

IMM STAT Inadmissible Alien       SS# _____   FIN _____

INCIDENT COORDINATES:
--------------------
Latitude:    32.399
Longitude:  -112.879

FOREIGN ADDRESS:
JOSE ARNALDO SACARIA-GODAY

ARRESTING AGENTS:
-----------------
BRENDAN BURNS

ASSISTING ASSETS:
-----------------
Other

Narrative Title: Report of Investigation
----------------------------------------
SYNOPSIS:
On January 17, 2018 I, Border Patrol Agent (BPA) John Marquez and BPA Brendan Burns, while
assigned to the Ajo Station DISRUPT unit, set up a
in the town of Ajo, Arizona, approximately 40 miles north of the international border

| Signature | Title |
|---|---|
| JOHN C. MARQUEZ | BORDER PATROL AGENT |

_2_ of _5_ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

ALL - 0002

**U.S. Department of Homeland Security**          Continuation Page for Form _____ **G166F**

| Alien's Name | File Number | Date |
|---|---|---|
|  |  | 01/17/2018 |

between the United States and Mexico. We apprehended one United States Citizen and two illegal aliens.

**FACTS:**

At approximately 1400 hours, BPA Burns and I set up [        ] within the Bureau of Land Management (BLM) area near the town of Ajo. The day prior, on January 16, I was informed that an illegal alien was apprehended in the town of Ajo near the Immaculate Conception Catholic Church (refer to [        ]). The illegal alien stated that he had been travelling with two other subjects from Central America. He stated that prior to his apprehension, the other two subjects said that they were going go their separate ways and were going to get picked up in the town of Ajo by an unknown subject and smuggled north towards Phoenix.

From [        ] we had a clear view of the north side of 1401 West Snyder Road AKA "The Barn", which is a single story structure that sits on the border of BLM land. This structure is older and has metal and wood siding, entrances on both the east and west sides, and a large sign that says "The Barn" visible from Snyder Road. From [        ] we could see vehicles arriving or departing from this property and pedestrian traffic. "The Barn" is also known as a "stash house", and is suspected to be used by Non- Government Organizations (NGO) to harbor illegal aliens. Local residents have also complained of finding paraphernalia associated with illegal alien activity such as black water jugs and carpet booties in the immediate vicinity of "The Barn". "The Barn" is owned by Carol Johnson who is suspected of allowing NGOs to operate out of this property to conduct humanitarian supply drops for illegal aliens in remote parts of the desert, which include the Cabeza Prieta National Refuge and the Organ Pipe Cactus National Monument. These supply drops consist of food, water, and other items to aid illegal aliens as they further their entry into the United States. One of the NGOs identified as operating out of "The Barn" is No More Deaths (NMD). The Pima County assessor's office currently lists the property as vacant.

Scott WARREN DOB [    ] /1982 is a local resident of Ajo and an active volunteer for NMD who organizes and recruits college students to aid in supply drops, and speaks publicly on immigration issues. This is documented on various online college newspapers such as Northern Arizona University's "The Lumberjack" and local news websites describing his participation in humanitarian efforts with NMD. NMD was long suspected of illegally harboring and aiding illegal aliens and a search warrant for their illicit activities was recently executed at their humanitarian station near Arivaca, Arizona (refer to [        ]. The search warrant resulted in the arrest of several illegal aliens that were discovered on the location of the humanitarian station. Through execution of the search warrant it was revealed that NMD would provide illegal aliens with food and water along with showers and new clothes to wear to further their illegal entry into the United States.

At approximately 1533 hours, BPA Burns informed me that a Green Nissan Xterra arrived at "The Barn" and a single male occupant exited the vehicle and entered the main structure on the property. The male was described as a tall Caucasian, and was wearing a yellow button up shirt with a black vest, brown jeans and ball cap. The vehicle and subject that BPA

| Signature | Title |
|---|---|
| JOHN C. MARQUEZ | BORDER PATROL AGENT |

____3____ of ___5___ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

ALL - 0003

| U.S. Department of Homeland Security | | Continuation Page for Form _____ | G166F |
|---|---|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| | | 01/17/2018 |

Burns described matched the descriptors for Scott WARREN.

At approximately 1609 hours, I observed two female subjects on the property get into a white Dodge (AZ license plate CH76200) pickup and exit the property heading east on Snyder Road out of my view. The white Dodge truck is registered to the Unitarian Universalist Church out of Tucson, Arizona. This Church supports NMD in their mission to bring aid to illegal aliens throughout the Tucson Sector Area.

At approximately 1638 hours I saw WARREN exit "the Barn" with two male subjects, a tall subject wearing a blue hooded sweater, and a shorter subject wearing a grey hooded sweater. I observed WARREN and the two male subjects outside in the driveway on the north side of the property. They appeared to be conversing with each other. From my observation, it appeared that WARREN was pointing out the mountains and other landmarks. The subjects, who were wearing ill-fitting and dirty clothing, matched the description of two illegal aliens who evaded capture from the day prior. Given these facts and the history of this NGO in their previous illicit activities at the Arivaca humanitarian station, I suspected that the two subjects could be illegal aliens.

At 1643 hours I saw both of the subjects return and enter the structure with WARREN. At this time BPA Burns advised Supervisory Border Patrol Agent (SBPA) Desiderio Vargas of our observations. SBPA Vargas coordinated with other agents and Pima County Sheriff's Department (PCSD) to execute a knock and talk on the structure. I maintained constant visual of the property and any pedestrians or vehicles coming in or out of the immediate area, while awaiting reinforcement.

At 1730 hours Ajo Station Border Patrol Agents, with the assistance of Pima County Sheriff's Department (PCSD) Deputies [        ] Rovi and [        ] Othio, executed a knock and talk on the property. I made my way onto the property to cover the east side entrance of "The Barn". As I walked by a window to the house, I saw the same subject that I had observed earlier in the blue hooded sweater scurry through a room and run out of a door. I ran around to the east side of the building and saw a door to an add-on room slam shut as the subject ran through it. I knocked on the door and announced myself as a United States Border Patrol Agent.

The subject with the blue hooded sweater opened the door and I again identified myself as United States Border Patrol Agent. I wore my badge around my neck in clear view. Because he ran from me I ordered him to show me his hands and then instructed him to sit down. Shortly thereafter BPA Burns arrived accompanied by WARREN. I witnessed BPA Burns conduct an immigration inspection on the subject in the blue hooded sweater who was later identified as PEREZ-Villanueva Kristian, DOB [        ]/1994. PEREZ-Villanueva is a Honduran National and admitted to being in the country illegally without proper documentation. Based on our observations of activity on the property I placed WARREN under arrest and informed him that he was being charged with 8 USC 1324, harboring aliens. BPA Burns performed a safety sweep of the property and arrested a second subject later identified as SANCARIAS-Godoy, Jose Arnaldo DOB [        ]/1996, who was found hiding in the shower. WARREN was compliant and was searched and placed in the back seat of a Border Patrol vehicle. His personal property was stored in a plastic bag and placed in his view, while another agent kept watch.

| Signature | Title |
|---|---|
| JOHN C. HARQUEZ | BORDER PATROL AGENT |

Form I-831 Continuation Page (Rev. 08/01/07)

ALL - 0004

**U.S. Department of Homeland Security.**     Continuation Page for Form _____ G166F

| Alien's Name | File Number | Date |
|---|---|---|
|  |  | 01/17/2018 |

During the encounter, the white dodge that was seen earlier leaving the property returned
with the two female subjects. BPA Ballesteros, who arrived to assist, and I approached them
and identified ourselves as United States Border Patrol Agents. The two female subjects
were identified as SHAY-NEMIROW, Flannery DOB⬛ '1992 and FINLEY,⬛ DOB
⬛ Both female subjects were informed that were being detained and refused to
answer any questions. Both females had their records checked and were released.

DISPOSITION:

WARREN and the two others subjects, PEREZ-Villanueva Kristian and SANCARIAS-Godoy, Jose
Arnaldo, were all transported to the Ajo Border Patrol Station for processing. WARREN is
being held pending prosecution of 8 USC 1324. When we arrived at the Ajo Border Patrol
Station, I witnessed BPA Burns read WARREN his Miranda Rights from Form I-214 at
approximately 1919 hours. WARREN refused to sign the document and invoked his right to
remain silent and refused to answer any questions. WARREN's And PEREZ-Villanueva's phones
were seized in accordance with Border Patrol guidelines and assigned Evidence Collection
Team activation number ⬛

PCSD provided report ⬛
GPS: N 32.39900, W -112.87900

| Signature | Title |
|---|---|
| JOHN C. MARQUEZ | BORDER PATROL AGENT |

_5_ of _5_ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

ALL - 0005

**EXHIBIT 6**

**Department of Homeland Security**
Customs and Border Protection, U.S. Border Patrol



### Report of Investigation

| TITLE: | FILE NUMBER |
|---|---|
| | |

On December 12, 2017, I, Border Patrol Agent (BPA) John Marquez met with Fish and Wildlife Officer Donald Ebann at the Ajo Border Patrol Station. Officer Ebann informed me that he had been looking for Scott Daniel Warren, who was to be issued a summons to appear in court for a pending trespassing charge. Officer Ebann stated No More Deaths/No Mas Muetes utilize the property at 1401 W Snyder Rd, also known as "The Barn", as a base of operations. Officer Ebann stated that volunteers for these organizations often stay at "The Barn" for extended periods of time, and that he has frequently seen a black Nissan Xterra matching the description of a vehicle known to be owned and operated by Scott Warren at the property. I asked Officer Ebann if he had ever encountered Warren on the Cabeza Prieta National Wildlife Refuge. Officer Ebann replied that he had not, but he knew that other officers had. In addition to his pending trespassing charge, Warren had been named on the "DO NOT ISSUE PERMIT" list, which revokes peoples' privileges from being on the Refuge. Officer Ebann stated that
and relayed his concerns about the amount of trash                                      This trash included black water jugs and carpet booties, which are commonly associated with illegal alien activity.

| BY | REPORT MADE AT | DATE |
|---|---|---|
| BPA John Marquez | Ajo Border Patrol Station | 12/20/2017 |

ALL - 0006

# EXHIBIT 9

 Verizon  LTE          5:08 PM          45% 

**Donnie** 

Wed, Jan 17, 12:59 PM

Hey, me and my partner brendan are gonna set up for a few hours to watch the barn, our ██████ will be parked at your house.

██████ thanks.

NMD is going to be on news channel 4 tonight

   

   


**..ll** Verizon LTE 5:08 PM **7** 45% ■


**Donnie** 〉

███████ thanks.

NMD is going to
be on news
channel 4 tonight
at 10 pm talking
about vandalism
to their water
drop sites

Oh wow. That's
awesome.

Wonder who they
are gonnablame

  

    



.ıll Verizon LTE          5:08 PM          ⊲ 45% ▇

**Donnie** ›

BP mainly

Yeah. Prolly.

Wed, Jan 17, 3:50 PM

Hey did anyone show up at the office.

Young guy with cut off shirt and facial hair

Didn't notice

   

     



**ıll** Verizon  LTE          5:09 PM          ⟳ 45% ▬

**Donnie** ⟩

Ok. I guess he is in a white Toyota with California plate. He pulled into the cabeza office parking

I wasn't in front office today

Wed, Jan 17, 4:54 PM

Is that you on











US v. Scott Daniel Warren (18 CR-223)

 Verizon  LTE          5:09 PM          ⚡ 45% ▢

**‹     Donnie ›**

Wed, Jan 17, 4:54 PM

# Is that you on



Yup

We are gonna be
live soon. Ha



Wed, Jan 17, 6:36 PM

Hope you seized

            

          

US v. Scott Daniel Warren (18 CR-223)          920

 Verizon  LTE          5:09 PM          ⊿ 45% 🔋

**Donnie** ›

Wed, Jan 17, 6:36 PM

Hope you seized
his cell phone

We are about to

He had it on him
thank god

Good evidence

Wed, Jan 17, 8:09 PM

For sure. We are

  

     

 **Verizon** LTE          5:09 PM          ⌁ 45% ▪

**‹**          **Donnie ›**

Wed, Jan 17, 8:09 PM

> For sure. We are taking everything very seriously. Desi is making sure we do things right

Good work today to you and your team

> Thanks and thank you for helping us out.

  iMessage 

     

 Verizon LTE 5:09 PM ◁ 45% 🔋

‹ **Donnie** ›

very seriously.
Desi is making
sure we do things
right

Good work today
to you and your
team

Thanks and thank
you for helping us
out.

Anytime....hope
to help more

   

