**EXHIBIT 10**

.ıl Verizon LTE     **3:17 PM**     ✓ 39% ◼

<      **2 People** >

Wed, Jan 17, 12:06 PM

Balls



███████████

Wed, Jan 17, 2:31 PM

Balls

███████████

## Anything good going on?



## No. Just walking around. Making calls

  

     

 Verizon LTE  3:17 PM  39%

## 2 People ›

Looks like they bought supplies and unloaded it

One male two females so far

Balls

 Cool cool

Green Nissan Xtera. Maybe be scott Wareen

Warren

  iMessage 

     

‎ ‎ Verizon LTE     **3:17 PM**     ◁ 39% ▇

<     **2 People** >



Balls






Yellow t shirt

Balls






Ok

Burns


**Hi balls**

Balls









Pay




< **2 People** >



Balls

# Hi



Might have come up or down Elliot I guess

No it arrived at the barn

Yellow pollo shirt with black jeans and black vest ball cap with note

  

     



**ıl** Verizon LTE     3:17 PM     ⎋ 39% ▦

‹     **2 People** ›

book

Walked into the barn

Unkn male subject has camo hat, black tank top with rainbow colored word "wild life" Caucasian with facial hair. This subject was seen unloading water from a white










US v Scott D____ e Warren (18-CR 223)     907

‹          **2 People** ›



dodge pickup

Driving east on
Snyder.

White Toyota

With camper

Balls







  

     

‹ **2 People** ›



Balls

 **Different color camper**

**That's it pulled**

 **Pulled into the cabeza office parking lot**



   

     

 **Verizon** LTE     **3:17 PM**     ⌁ 39%

# 2 People >



Balls



Burns .

# 2 females getting in the white dodge

# Eh on Snyder

# Eb

   

     

Verizon LTE 3:17 PM 39%

2 People

[redacted]

Balls

K

Burns

[redacted]

Balls

[redacted]

Ok

  

     

‹ **2 People** ›



~~Barns~~

# Toyota returning to barn



Balls





Message








**ıl** Verizon LTE     **3:17 PM**     ⊅ 39% ◼



## ‹     **2 People** ›

Persons with long
hair was in the
passenger seat.

Burns

2 toncs at the
house

Balls

What!?!?!?!?!
Nice!

I am at ▮▮▮▮
▮▮▮▮▮












 Verizon  LTE          3:18 PM          ✈ 39% 🔋

## ‹ 2 People ›





Balls

 **Ok**

Burns

Balls as soon as everyone gets there get us on the radio. Tell everyone to mind

  

    

 Verizon LTE · 3:18 PM · ⌁ 39% 🔋

## ❬ 2 People ❭

Burns

Balls as soon as everyone gets there get us on the radio. Tell everyone to mind their manners because there's a good chance we'll be recorded.



Balls

 Yup

Thu, Jan 18, 9:35 AM

   

US v Scott Daniel Warren (18-CR 223)

      915

# EXHIBIT 11

Event No: █████████████

U.S. Department of Homeland Security         **MEMORANDUM OF INVESTIGATION**

| File Number | Title: | Control Office |
|---|---|---|
| | ████████████████ | |

Memorandum of Investigation
----------------------------
On January 17, 2018 at approximately 1730 hours, I, Border Patrol Agent (BPA) Alberto Ballesteros while assigned to the Ajo Station DISRUPT unit, responded to a "knock and talk" at 1401 West Snyder Road Ajo, Arizona 85321.  At approximately 1645 hours, I received information from Supervisory Border Patrol Agent (SBPA) Desiderio Vargas that BPA John Marquez and BPA Brendan Burns had observed two suspected illegal aliens enter a structure located at the aforementioned location.  As I drove up to the location to conduct a "knock and talk", I parked my vehicle on the western edge of the property. I exited my vehicle and walked south on the western edge of property ████████████████████████████ ████████████████████, I observed two subjects sitting in a white Dodge truck west of the property on Snyder Road. The Dodge was parked facing away from the property and the two subjects kept looking back to see what was going on at 1401 West Snyder Road. I approached the vehicle and identified myself as a Border Patrol agent and asked for their identification (ID) cards. The two subjects produced driver's licenses and were identified as FINLEY, ████ ████ 1994; and FLANNERY, Shay Nemirow ████ 1992. I asked both subjects if they were staying in the area and they both responded that they did not want to answer any questions without a lawyer present. A records checks were conducted on both subjects through Tucson Sector Dispatch ████████ and both subjects did not have any outstanding warrants.  FINLEY and FLANNERY were released without incident. Three subjects, later identified as SANCARIA- Goday, Jose Arnaldo; PEREZ- Villanueva, Kristian; and WARREN, Scott were arrested. SANCARIA and PEREZ were both determined to be illegally present in the United States without proper documentation.  All three subjects were transported to the Ajo Border Patrol Station for further processing.

| Investigator | | Date |
|---|---|---|
| BORDER PATROL AGENT | ████████  BALLESTEROS | January 29, 2018 |

Form G-166C (08/01/07)                                                    Page 1 of 1

Gov't Supplemental Disclosure
8 Feb 2018
1) Gregory J. Kuykendall, Esq.
2) Amy P. Knight, Esq.

U.S. v. Scott Daniel Warren
4:18-MJ-01455-TUC (BPV)
AUSA Anna R. Wright
AUSA Nathaniel J. Walters

**EXHIBIT 12**



DV — Desi Vargas
How much time do we have

Brendan Burns
Unknown

Brendan Burns
We're watching now

Brendan Burns
We'd like to get guys in position to get up and knock it fast before they can bolt

Desi Vargas
Ok

Desi Vargas
Let me call Mudie how many guys you need and were at

Sandoval

Brendan Burns

Wed, 16:38

Brendan Burns
Toncs at the barn

Brendan Burns
Get ready to roll this way all who are available

Brendan Burns
Came out of the house.

Ballesteros

Brendan Burns
Scott Warren pointing out terrain to them

Desi Vargas

Brendan Burns
Probably the two from Ajo yesterday

Desi Vargas
How much time do we have

Brendan Burns

**Gov't Supplemental Disclosure**
**9 Feb 2018**
**Michael J. Martinez-Areinoff, Esq.**

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**155 of 164**



**Gov't Supplemental Disclosure**
**9 Feb 2018**
**Michael J. Martinez-Areinoff, Esq.**

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**156 of 164**



**Brendan Burns**
█ do we have PCSO

█ **Ballesteros**

**Desi Vargas**
Stand by

**Desi Vargas**
Service sucks

**Desi Vargas**
Can you contact them Balls

█ **Ballesteros**
Yeah send the #

**Brendan Burns**
█████████████

Wed, 17:17

**Brendan Burns**
████████

█ Sandoval

**Desi Vargas**
They should contact you guys on the radio, let them know were to go

█ **Ballesteros**

**Brendan Burns**
████

**Brendan Burns**
████████████

Wed, 16:58

█ **Ballesteros**
You got it.

**Desi Vargas**
████████

**Brendan Burns**
█ do we have PCSO

Albert Ballesteros

**Gov't Supplemental Disclosure**
**9 Feb 2018**
**Michael J. Martinez-Areinoff, Esq.**

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**157 of 164**



Brendan Burns
■ We're gonna take everyone in regardless.

Desi Vargas
■

Desi Vargas
Everyone be as professional as possible

Brendan Burns
Of course. You know us.

Brendan Burns
Balls what's your star#

■ Ballesteros

Brendan Burns
We're on it can you hear us

Wed, 17:49

John Rambo Marquez

■ Sandoval

Brendan Burns
Balls when everyone is ready to roll Marquez and I will walk the wash to the road just east of the house. We will jump in with the lead vehicle from there.

Brendan Burns
Smitty just run it by your side regarding prosecution for these guys.

Brendan Burns
For 1324 harboring and conspiracy for the uscs

■ Smith
■

Desi Vargas
I'm asking now for the AUSA

Desi Vargas
Waiting for the call back

**Gov't Supplemental Disclosure**
**9 Feb 2018**
**Michael J. Martinez-Areinoff, Esq.**

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**158 of 164**



**Gov't Supplemental Disclosure**
**9 Feb 2018**
**Michael J. Martinez-Areinoff, Esq.**

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**159 of 164**



**Gov't Supplemental Disclosure**
**9 Feb 2018**
**Michael J. Martinez-Areinoff, Esq.**

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**160 of 164**



Wed, 22:53

Martinez

Gov't Supplemental Disclosure
9 Feb 2018
Michael J. Martinez-Areinoff, Esq.

U.S. v. Scott Daniel Warren
4:18-MJ-01455-TUC (BPV)
AUSA Anna R. Wright
AUSA Nathaniel J. Walters



**Gov't Supplemental Disclosure**
**9 Feb 2018**
**Michael J. Martinez-Areinoff, Esq.**

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**162 of 164**



Gov't Supplemental Disclosure
9 Feb 2018
Michael J. Martinez-Areinoff, Esq.

U.S. v. Scott Daniel Warren
4:18-MJ-01455-TUC (BPV)
AUSA Anna R. Wright
AUSA Nathaniel J. Walters

163 of 164



**Gov't Supplemental Disclosure**
**9 Feb 2018**
**Michael J. Martinez-Areinoff, Esq.**

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**164 of 164**

**EXHIBIT 13**

U.S. Department of Homeland Security      **MEMORANDUM OF INVESTIGATION**

| File Number | Title: | Control Office |
|---|---|---|
|  |  |  |

Memorandum of Investigation
----------------------------
SYNOPSIS:

On Wednesday, January 17, 2018, Border Patrol agents arrested two (2) illegal aliens and one (1) United States citizen for violation of 8 USC 1324 at a property in Ajo, AZ.

FACTS:

On Wednesday, January 17, 2018, I, Border Patrol Agent (BPA) Brendan Burns and my partner, BPA John Marquez, were conducting surveillance of a structure located at 1401 W Snyder Road in Ajo, AZ. This structure is known to be used by self-described "humanitarian groups" to provide aid and assistance to illegal aliens in furtherance of their unlawful entry into the United States. One of these groups is called "No More Deaths/No Mas Muertes".

At approximately 1522 hours, I was observing the structure through a magnified spotting scope mounted on a tripod. At this time I observed a dark colored Nissan sport utility vehicle enter the property and park. As this was happening, I was verbally relaying my observations to BPA Marquez. BPA Marquez informed me that this vehicle was known to him to be operated by a Scott WARREN D.O.B
/1982, who he knew to be affiliated with "No More Deaths/No Mas Muertes". I continued to observe the property and saw a Caucasian male, slender, with dark shoulder-length hair walk from the Nissan to the house. The male was wearing dark colored pants, a yellow, collared shirt, a dark colored vest, and a baseball cap. He appeared to be approximately six feet tall and in his early to mid-thirties. As I had been doing when I first observed the vehicle enter the property, I verbalized this description to BPA Marquez in real time. He confirmed to me that WARREN fit this description.

At approximately 1638 hours, BPA Marquez was utilizing the spotting scope when he informed me that he saw WARREN exit the structure with two male subjects whom he believed to be illegal aliens. BPA Marquez relayed to me that WARREN and the two males were standing on the northwest side of the structure and were facing north. As BPA Marquez observed, he stated to me that WARREN was pointing to the north, and appeared to be pointing at several mountains, including Childs Mountain, and other natural landmarks. At this time, I looked through the spotting scope and observed WARREN standing next to the two male subjects. These subjects were Hispanic and appeared to be wearing ill-fitting, secondhand clothing. Their appearance was consistent with the descriptions of two suspected illegal aliens who we had been searching for in Ajo the previous day. During that event, one male subject who was illegally present in the United States was apprehended in Ajo. He was interviewed at the station where he stated that he was traveling with two other male subjects whom he believed to be from Honduras. Those two subjects told him that they had already arranged a ride from Ajo, and left him behind. WARREN was pointing toward the north while he spoke to the two males, who were looking north toward where WARREN was pointing. In my experience as a Border Patrol agent, I know that illegal aliens frequently traverse the area where WARREN was pointing. I have apprehended many groups in that area, and I know that illegal aliens often utilize Childs Mountain as a navigational landmark while they travel north further into the United States. Because of these experiences, I believed that WARREN was giving direction to the two suspected illegal aliens in order to assist them in furthering their illegal entry into the United States.

At this time, I notified Supervisory Border Patrol Agent (SBPA) Desiderio Vargas that we believed WARREN to be harboring illegal aliens at the property, and that we intended to conduct a "knock and talk" at the structure. SBPA Vargas contacted and informed Watch Commander (WC)    Nudie of our intentions. I also contacted the Ajo Station via service radio and requested the assistance of the Pima County Sheriff's Department (PCSD).
...(CONTINUED ON I-831)

| Investigator | | Date |
|---|---|---|
| BORDER PATROL AGENT | BRENDAN BURNS | January 18, 2018 |

Form G-166C (08/01/07)            Page 1 of 3

ALL - 0010

U.S. Department of Homeland Security

Continuation Page for Form _____ G166C

| Alien's Name PEREZ-VILLANUEVA, KRISTIAN | File Number | Date January 18, 2018 |
| --- | --- | --- |

At approximately 1735 hours, I walked up the driveway while BPA Marquez walked to the main door of the structure, which is located on the east side. In the driveway, near the south side of the structure, I encountered WARREN. My badge was clearly displayed on a chain around my neck, and I immediately identified myself as a U.S. Border Patrol agent. I informed WARREN that I was there to investigate illegal alien activity on the property. WARREN stated that the property "was a humanitarian organization" and was private property. He then asked me how I was able to be on private property, to which I replied that I, like any other person, am lawfully permitted to approach a residence for the purpose of knocking on the door to engage the owners in a consensual encounter. I then asked WARREN if he was the owner of the property, to which he replied that he did not wish to answer any questions. I knew from previous research that WARREN was not the owner of the property. WARREN then stated that he wanted us to leave. I again asked WARREN if he was the owner of, or responsible for the property. He again stated that he did not wish to answer. I advised WARREN that I wanted to knock on the door of the structure and attempt to speak with the owner. WARREN then stated, "I'll go with you".

I then walked with WARREN to the east side of the structure, where I observed that BPA Marquez had already detained one of the male subjects who we had observed via the spotting scope. Two doors leading into the structure were open, and the subject was sitting in one of the doorways. I attempted to conduct an immigration inspection in the English language, to which the subject replied, "Spanish". I then addressed the subject in the Spanish language and asked him of what country he was a citizen, to which he replied, "El Salvador". I then asked the subject if he possessed any documents which allowed him to be in the United States legally, to which he replied that he did not. I then took the subject into custody without incident. At that time, BPA Marquez informed WARREN that he was under arrest and placed him in handcuffs. I then faced the open doorway where the alien had been sitting and announced myself as a Border Patrol agent, and ordered any occupants to come out of the room. When no one replied, I entered the room and performed a protective sweep. I then encountered the second male who I had earlier observed talking to WARREN. This subject was attempting to conceal himself in a shower by holding the curtain closed. I then took this subject into custody without incident. I again announced myself into the second open doorway. Again, no one answered. I performed a protective sweep of this and one adjacent room. When I encountered no other persons, I immediately exited the house, and informed the other agents who were present that they were not to reenter the structure. However, I did make several observations inside the structure that lead me to believe that it is being utilized to harbor illegal aliens in violation of law. The structure consisted of only four (4) rooms: a bathroom, kitchen, closet, and bedroom. Inside the bedroom, I observed two (2) large beds surrounded by numerous pairs of secondhand shoes and clothing items. I also observed a camouflage backpack of the type commonly carried by illegal aliens while traversing the desert. In the closet were numerous pieces of secondhand clothing which I suspect were being given to the aliens. Throughout the structure were numerous labels on everyday items indicating directions for use in the Spanish language. It was also apparent that all of the United States citizens on the property were staying in tents or in vehicles outside, while the house was being used

| Signature [signature] BRENDAN BURNS | Title BORDER PATROL AGENT |
| --- | --- |

Form I-831 Continuation Page (Rev. 08/01/07)

ALL - 0011

**U.S. Department of Homeland Security**

**Continuation Page for Form** _____ **G166C**

| Alien's Name<br>PEREZ-VILLANUEVA, KRISTIAN | File Number | Date<br>January 18, 2018 |
|---|---|---|

to harbor only the aliens.

When I exited the house, WARREN had been secured in a Border Patrol service vehicle.  I then approached a male and a female subject (later identified as SCHEIBLAUER, D.O.B.    /1985; and KNIGHT,    D.O.B.    1988, respectively) who I had earlier observed on the property via the spotting scope.  I explained to both subjects that they were not under arrest at that time, but were being detained for investigation.  Both subjects provided identification but refused to answer any questions regarding their involvement at the property.  They were informed by deputies from the Pima County Sheriff's Department(PCSD) that they needed permission from the property owner to remain on the property.  Knight stated that she made her arrangements to be on the property through WARREN, and did not know or have any way to contact the property owner.  Records checks revealed that neither subject had any criminal history or arrest warrants.  I provided Knight with my name and station before releasing her and Scheiblauer at the scene due to the fact that we did not observe either of them interacting with the aliens.

DISPOSITION:

WARREN was transported to the Ajo Station where he is being held pending prosecution for violation of 8 USC 1324.  Both aliens were also transported to the Ajo Station where they will be processed for removal proceedings.  At 1919 hours, BPA Marquez witnessed as I read the Miranda warning to WARREN from form I-214.  WARREN stated that he understood his rights, but declined to answer questions or give a statement without the presence of a lawyer.  WARREN also refused to sign the I-214 to acknowledge that his rights were read to him.

| Signature<br>BRENDAN BURNS | Title<br>BORDER PATROL AGENT |
|---|---|

3  of  3  Pages

Form I-831 Continuation Page (Rev. 08/01/07)

ALL - 0012

**EXHIBIT 16**

*U.S. Department of Homeland Security*
**U.S. Customs and Border Protection**

**IMS Report**

For Official Use Only

**Sauceda, Mario Alejandro**

| | |
|---|---|
| DOB: | ___ 1971 (46) |
| Gender: | M |
| Citizenship: | HONDU |
| 2 Yrs/Total: | |
| Smuggled (C/V): | |
| Status at Entry: | |

| | |
|---|---|
| Credible Fear: | |
| IDENT Alert: | |
| Disposition: | |
| TRACS TCO: | |
| TRACS Role: | |
| Gang: | |

IMS Debrief Notes

Interview by: SBPA Gonzalez
On 1/16/18 at 1:28 PM
Subject: SAUCEDA, Mario Alejandro

SAUCEDA left his home in Honduras 12/10/18 and traveled for 13 days before arriving to Sonoyta. At the beginning of his trip he traveled on bus through Honduras and Guatemala. He crossed into Mexico at Palinque, Chiapas. From there he rode the train through Mexico and stayed at several different "casa de imigrantes".

SAUCEDA was self-guided throughout his trip. He spoke to several people along the way who gave him information on differnet areas to cross into the United States. He chose Sonoyta because he felt it was the least dangerous. He also heard that if didn't have money to pay a guide he could back pack marijuana for a waived smuggling fee. SAUCEDA stated that he refused to carry and decided he would be crossing with two other Hondurans he met in Celaya.

Once in Sonoyta he stayed at a "casa de imigrante" that was run by MUJICA-Arzate, Ireneo who he identified from ▮ ▮ He stayed there for a little over two weeks and paid $100 Pesos per week. He also said he saw at least two groups of three and four leave the house and were going to carrying bundles. Both the groups returned when they didn't make the journey.

SAUCEDA crossed with the two Hondurans he met in Celaya and they guided themselves using SR85. Once in AJO, SAUCEDA looked for work and the other two individuals left him since they had a ride from there. SAUCEDA did not have a destination and stated he wanted to claim asylum and work in the United States.

Record of Deportable/Excludable Alien
IMMIGRATION HISTORY:

See attached.

CRIMINAL HISTORY:

See Attached.

ENCOUNTER:

Border Patrol Agent▮ Rivera encountered Mario Alejandro SAUCEDA, at the▮ in Ajo, Arizona. Agent Rivera determined SAUCEDA is a citizen and national of Honduras and had unlawfully entered the United States of America from Mexico at a time and place other than designated by the Secretary of the Department of Homeland Security of the United States of America.

After determining that SAUCEDA was an alien who illegally entered the United States, SAUCEDA was arrested and transported to the Ajo Border Patrol Station for further processing using the▮ and▮ Systems.

IMMIGRATION VIOLATION:

At the Ajo Border Patrol Station, SAUCEDA stated he was a citizen and national of Honduras without the necessary legal documents to enter, pass through, or remain in the United States. SAUCEDA also admitted to have illegally crossed the international boundary without being inspecte

Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act

Q. Do you understand what I have said to you?
A. Yes.

Q. Any statement you make must be given freely and voluntarily.  Are you willing to answer my questions at this time?
A: Yes.

Q. Do you swear or affirm that all the statements you are about to make are true and complete?
A. Yes.

Q. What is your true and correct name?
A. Mario Alejandro SAUCEDA      x_____ (aliens initials)

Q. Have you ever used any other names?
A. No.

Q. Of what country are you a citizen?
A. Honduras.

Q. What is your date and place of birth?
A. ▉▉▉▉▉ 1971 in Tegucigalpa, Honduras.

Q. When did you last enter the United States?
A. On the January 9, 2018 around 8:00 PM.

Q. How and where did you enter the United States at this time?
A. By walking through the desert near Sonora, Mexico

Q. Have you ever been Deported, Excluded or Removed from the United States?
A. No.

Q. Do you have any fear or concern about being returned to your home country or being removed from the United States?
A. Yes.

**EXHIBIT 17**

**Department of Homeland Security**
Customs and Border Protection, U.S. Border Patrol



### Report of Investigation

| TITLE: | FILE NUMBER |
|--------|-------------|
| ███████████████ | |

On January 8, 2018, I, Border Patrol Agent (BPA) John Marquez interviewed two residents of Ajo at their home. Both persons wished to remain anonymous for fear of retaliation by their neighbors should it become known that they were providing information to law enforcement officers, and specifically to the United States Border Patrol.

The interviewees told me that in the spring of 2017, a suspected illegal alien was found near their home by other local residents. They stated that this subject appeared to be suffering from an injury to the leg or foot. They had heard that the suspected illegal alien had mentioned the name █████ and said that he wanted to go to the "escuela". I have spoken with other Ajo residents regarding suspected alien smuggling in the area, and I know of only one person who goes by the nickname █████ █ Johnson Phillips is a pro-immigration advocate who resides in Ajo. She is a supporter of various self-described "humanitarian" organizations, to include Ajo Samaritans. Other Ajo residents have informed me that they believe █████ Phillips uses her property at 1401 W Snyder Rd, also referred to as "The Barn", to harbor illegal aliens.

The interviewees told me that an older couple whom they believe to be local residents living on █████ █████ arrived in a large, white van. They told the group of onlookers not to alert law enforcement, and that they would call a friend to help the suspected illegal alien. Later, an unidentified female arrived in a pickup truck and drove the subject to an unknown location. The interviewees believe that this female resides in Ajo in the area of █████████████████████████████

| BY | REPORT MADE AT | DATE |
|----|----------------|------|
| BPA John Marquez | Ajo Border Patrol Station | 01/08/2018 |

ALL - 0009

**EXHIBIT 18**



**U.S. Department of Homeland Security**
U.S. Border Patrol
Tucson Sector Intelligence Unit

## EVENTS

Reference ▮▮▮▮▮▮▮▮▮▮▮

- On April 24, 2017, an anonymous resident informed BPA's assigned to the Ajo DISRUPT unit that ▮▮▮▮ PHILLIPS (DOB ▮▮▮▮▮) is suspected of harboring aliens at 1401 West Snyder Road, also known as "The Barn", this property is on the northwest side of Ajo. She said this property is also known to some residents as "▮▮▮ Stash House". The interviewee stated that PHILLIPS is connected to International Sonoran Desert Alliance (ISDA), which is connected with humanitarian aid that is left for illegal aliens that travel within the Sonoran Desert to include the Cabeza Prieta National Wildlife Refuge, the Organ Pipe Cactus National Monument and the Barry M. Goldwater Air Force Auxiliary Range.

Reference ▮▮▮▮▮▮▮▮▮

- July 19, 2017, Ajo Border Patrol Agents responded to one of their remote cameras being vandalized near Charlie Bell Pass. Agents along with Pima County Sheriff's Department and Fish and Wildlife detained a group of No Mas Muertes/No More Deaths volunteers near Charlie Bell Pass. The last images captured by the camera revealed the suspect who damaged the remote equipment as ▮▮▮▮ RICHEIMER, she was charged with criminal damages and taken into custody by PCSD. ▮▮▮▮▮▮▮▮

Reference ▮▮▮▮▮▮▮▮

- November 15, 2017, DISRUPT Agents interviewed local Ajo residents that stated Non-Governmental Organizations (NGO's) often use "The Barn". They stated that ever since multiple NGO's had begun using "The Barn" as a base of operations, they noticed an increase of both vehicle and pedestrian traffic. They stated that they had also been noticing more and more illegal alien paraphernalia such as black water jugs and carpet booties left on Snyder Road and the area around the property.

  They also stated that lights are on throughout the night, whereas before it was usually kept dark. They also stated they noticed that someone is usually always there at "The Barn" now. Motor homes and trailers are usually stationed there for weeklong periods of time. When asked if they knew who the owner of "The Barn" was, they stated the owner

**Gov't Supplemental Disclosure**
**15 Feb 2018**
**1) Gregory J. Kuykendall, Esq.**
**2) Amy P. Knight, Esq.**

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**477 of 480**

of the property is Carol JOHNSON. She is also a local resident and is seen regularly driving to or from "The Barn".

Reference

- On November 26, 2017, a white Dodge Ram and silver Dodge Ram were encountered west of Charlie Bell Pass. A traffic stop was conducted and six individuals were encountered. They claimed to be involved with the Ajo Samaritans and stated they were performing their duties as servants of The Unitarian Universalist Church of Tucson. The six individuals were identified as:



Geena Ann Jackson, DOB: /1989, AZ DL
drove Arizona registered vehicle

Corich-Kleim, DOB 1990, AZ DL .

Reinhardt, DOB /1985, AZ DL :

Maloney, DOB /1992, AZ DL .

Perez Laurent, DOB 1994, AZ DL

Weinstein Goldberg, DOB 1980, AZ DL .

Reference

- On December 12, 2017, DISRUPT agents met with Fish and Wildlife Officer Donnie Ebann at the Ajo Border Patrol Station. Officer Ebann was informed of intelligence indicating possible alien smuggling and/or harboring at 1401 W. Snyder Road, also known as The Barn. Officer Ebann stated he was familiar with The Barn and he was looking for Scott Daniel WARREN to serve him a summons to appear in court for a pending trespassing charge. Officer Ebann stated WARREN was a well-known No Mas Muertes/No More Deaths volunteer. He further stated that No Mas Muertes/No More Deaths volunteers often stay at The Barn for extended periods of time. Officer Ebann stated that WARREN has also been seen there. When asked if he has ever encountered WARREN on the Cabeza Prieta National Refuge, he stated no due to WARREN's pending trespass charge and being placed on the "DO NOT ISSUE PERMIT" list. (See Fish and Wild life report )

Reference

- On January 8, 2018, DISRUPT agents received information from an anonymous resident of Ajo regarding an incident that occurred in the spring of 2017. The anonymous resident stated a suspected illegal alien with an injured foot or leg was found in the town of Ajo. The suspected illegal alien mentioned the name and he wanted to go the "Escuela". When the idea of calling Border Patrol was expressed, two residents, that can only be described as

**Gov't Supplemental Disclosure**
**15 Feb 2018**
**1) Gregory J. Kuykendall, Esq.**
**2) Amy P. Knight, Esq.**

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**478 of 480**

an older couple who drive a large white van and live on ▊▊▊▊▊, told the other local residents not to alert law enforcement. The couple called a friend and an unknown female arrived and transported the suspected illegal alien to an unknown location.

▊▊ Johnson PHILLIPS, DOB ▊▊▊▊ is known by the moniker ▊▊▊ and could be the ▊▊▊ referenced by the suspected illegal alien. She is known to be a pro-immigration advocate and is a member of various humanitarian organizations to include No More Deaths and the Ajo Samaritans. "Escuela" could be in reference to the Curley School located at 201 W. Esperanza.

Reference ▊▊▊▊▊▊▊

- On January 11, 2018, DISRUPT and SIU agents met with BPA-I ▊▊ Walker to share information on the current operations of No Mas Muertes/No More Deaths. BPA-I Walker shared information on the group's activity in the Tucson Border Patrol Station's AOR. He was able to share ▊▊ he identified and provided guidance on how to investigate their activities in the Ajo Border Patrol Station's AOR.

Reference ▊▊▊▊▊

- On January 11, 2018, a 2001 Ford F-150 bearing Arizona license plate ▊▊▊ and a 1999 Ford F-150 bearing Arizona license plate ▊▊▊ were encountered on the Organ Pipe National Park. Both vehicles were parked on the side of the road with the windows rolled down and they were both unoccupied. Records checks revealed both vehicles were registered to The Unitarian Universalist Church out of Tucson, AZ. Seven individuals were then seen walking out of the desert. They claimed to be humanitarian workers from Tucson, AZ and to be the occupants of both vehicles. They further stated they placed food and water in the Cipriano Mountains.

The drivers of the vehicles were identified as:

Flannery Shea-Nemirow; DOB ▊▊ 1992, Colorado DL# ▊▊▊

▊▊▊ Knight; DOB ▊▊ 1988, Massachusetts DL# ▊▊▊.

Reference ▊▊▊▊▊

- On January 13, 2018, the Ajo Station ASID Unit conducted a custodial interview on ▊▊▊▊▊▊▊▊ stated before he illegally crossed into the US, he stayed at Mujica's immigrant house located in Sonoyta, MX. ▊▊▊ stated he met two other individuals who were involved with Mujica. ▊▊▊ identified ▊▊ Heid and ▊▊ Anderson from the No Mas Muertes/No More Deaths humanitarian group. He stated HEID and ANDERSON would bring food and water to Mujica's immigrant house using a green Ford F-350 with a large water reservoir mounted in the bed area.

**Gov't Supplemental Disclosure**
**15 Feb 2018**
1) Gregory J. Kuykendall, Esq.
2) Amy P. Knight, Esq.

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**479 of 480**

Reference █████████

- On January 16, 2018, SAUCEDA, Mario Alejandro was apprehended in the town of Ajo. While at the Ajo Border Patrol Station SAUCEDA was interviewed by the Ajo Station ASID Unit. During his interview he stated he crossed with two subjects from Honduras. SAUCEDA stated once they arrived in Ajo the other two subjects told him they had a ride and left him behind. SAUCEDA stated he stayed in Ajo to look for work. SAUCEDA stated he did not know the other two subject's names.

Reference █████████

- On January 17, 2018, DISRUPT agents operated an ██████ near 1401 W. Snyder Road, also known as The Barn, located in Ajo, AZ. While conducting surveillance, two suspected illegal aliens, later identified as SANCARIAS-Godoy, Jose and PEREZ-Villanueva, Kristian were seen at The Barn with Scott Daniel WARREN. DISRUPT agents coordinated a knock and talk with the assistance of PCSD. SANCARIAS and PEREZ were found inside The Barn and apprehended without incident. WARREN was arrested and is currently pending prosecution for 8 USC 1324.

Reference █████████

- On January 22, 2018, DISRUPT agents executed a search warrant on the property located at 1401 W. Snyder Road in Ajo, Arizona 85321. No occupants were present during the execution of the search warrant. The Ajo Station Evidence Collection Team (ECT) was brought in to process the evidence collected during the search. All evidence was properly collected and processed in accordance with Tucson Sector guidelines. All of the evidence was submitted through the proper channels for finger print analysis and digital exploitation.

**Gov't Supplemental Disclosure**
**15 Feb 2018**
**1) Gregory J. Kuykendall, Esq.**
**2) Amy P. Knight, Esq.**

**U.S. v. Scott Daniel Warren**
**4:18-MJ-01455-TUC (BPV)**
**AUSA Anna R. Wright**
**AUSA Nathaniel J. Walters**

**480 of 480**

**EXHIBIT 19**

**Department of Homeland Security**
Customs and Border Protection, U.S. Border Patrol



## Report of Investigation

| TITLE | FILE NUMBER |
|-------|-------------|
|       |             |

On April 24, 2017, I, Border Patrol Agent (BPA) John Marquez met and interviewed a resident of Ajo at the Shell gas station. BPA ⬛⬛⬛ Wilson informed me that this person wanted to talk about suspected illegal alien activity occurring in Ajo, and that they wished to remain anonymous for fear of retaliation should it become known that they was providing information to law enforcement officers, and specifically to the United States Border Patrol.

The Ajo resident stated that they suspected that ⬛⬛⬛⬛ Johnson Phillips, another Ajo resident, was harboring aliens at a structure located at 1401 W Snyder Rd, also known as "The Barn". This person also told me that "The Barn" is also known to some Ajo residents as ⬛⬛⬛ Stash House". They stated that Phillips is affiliated with the International Sonoran Desert Alliance (ISDA), which is involved with self-described "humanitarian" organizations that leave water and food items along trails utilized by illegal aliens as they transit the Cabeza Prieta National Wildlife Refuge, the Organ Pipe Cactus National Monument, and the Barry M. Goldwater Air Force Auxiliary Range.

| BY | REPORT MADE AT | DATE |
|----|----------------|------|
| BPA John Marquez | Ajo Border Patrol Station | 04/24/2017 |

ALL - 0007