1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,    )
                             )
              Plaintiff,     )
                             )
      vs.                    )
                             )
Scott Daniel Warren,         )
                             )
              Defendant.     )
_____) CR18-223-TUC-RCC (BPV)


                                      March 7, 2018


VIDEO DEPOSITION

Kristian Perez-Villanueva

Transcribed by: Mass Transcription
Specializing in Legal Transcription
www.MassTranscription.com

2

APPEARANCES:


ANNA WRIGHT, Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Attorney for Plaintiff


NATHANIEL JACOB WALTERS, Assistant U.S. Attorney
Attorney for Plaintiff


GREGORY JOHN KUYKENDALL, Attorney at Law
Gregory Kuykendall Law Offices
531 South Convent Avenue
Tucson, Arizona 85701
Attorney for Defendant


AMY PICKERING KNIGHT, Attorney at Law
Gregory Kuykendall Law Offices
531 South Convent Avenue
Tucson, Arizona 85701
Attorney for Defendant


MICHAEL JOHN MARTINEZ AREINOFF, Attorney at Law
407 W. Congress Street, Suite 501
Tucson, Arizona 85701


SCOTT DANIEL WARREN, Defendant

KRISTIAN PEREZ-VILLANUEVA, Deponent

SANDY FRADY, Interpreter

CASE AGENTS

LEGAL STAFF

                          INDEX
WITNESS                                        PAGE
Kristian Perez-Villanueva, by Ms. Wright       5,48
Kristian Perez-Villanueva, by Mr. Kuykendall   40

                        EXHIBITS
GOVERNMENT                              PROV. ADMISSION
3.  Photo of Deponent in Defendant's Home
4.  Photo of Deponent in Defendant's Home
5.  Photo of Gas Station
6.  Photo of House Deponent Stayed in          33
7.  Photo of House Deponent Stayed in          33
8.  Photo of House Deponent Stayed in          33

```
9.   Photo of Inside of House                        34
10.  Photo of Inside of House                        34
11.  Photo of Inside of House                        34
12.  Photo of Inside of House                        34
13.  Photo of Inside of House                        34
14.  Photo of Inside of House                        34
15.  Photo of Signs in House                         34
16.  Photo of Room Deponent Stayed in                34
17.  Photo of Room Deponent Stayed in                34
18.  Photo of Room Deponent Stayed in                34
19.  Photo of Bathroom Door in House                 36
20.  Photo of Bathroom in House                      36
21.  Photo of Bathroom in House                      36
22.  Photo of Bathroom in House                      36
23.  Photo of Bathroom in House                      36
24.
25.  Photo with Yellow Packet in it
34.  Photo of Deponent in Room                       27
35.  Photo of Deponent at Gas Station                29
36.  Photo of Deponent at Gas Station                29
37.  Photo of Jose Sacaria-Goday at Gas Station      29
38.  Photo of Jose Sacaria-Goday at Gas Station      29
39.  Photo at Gas Station                            29
40.  Photo at Gas Station                            29
41.  Photo at Gas Station                            29
42.  Photo at House w/ Deponent and Others           30
43.  Photo at House w/ Deponent and Others           30
44.  Photo at House w/ Deponent and Others           30
45.  Photo at House w/ Deponent and Others           30
46.  Photo at House w/ Deponent and Others           30
47.  Photo at House w/ Deponent and Others           30
48.  Photo of Gas Station
49.  Photo of Gas Station
50.  Photo of Jose Sacaria-Goday
51.  Photo of Jose Sacaria-Goday and Deponent
52.  Photo of Deponent
53.  Photo of Deponent
54.  Photo of Jose Sacaria-Goday
```

4

1    THEREUPON:

2            MS. WRIGHT:  And I'm going to start the

3        recording now and then I'll have you guys --

4        actually --

5            UNKNOWN SPEAKER:  Do you want them to stand

6        here in --

7            MS. WRIGHT:  I'd say stand in front of the

8        witness stand here.  And I'll have you in frame.

9        Okay.  And let me just get it started.  Actually, it

10        is going.

11            Go ahead, please.

12   (KRISTIAN PEREZ-VILLANUEVA and JOSE ARNALDO SACARIA-

13   GODAY, utilizing an interpreter translating English into

14   Spanish and Spanish into English, were thereupon duly

15   sworn.)

16            MS. WRIGHT:  Thank you.

17            And we'll take Mr. Perez-Villanueva first.

18            (Brief pause.)

19            INTERPRETER:  Counsel, I mentioned to the

20        witness that if it's going to be a long answer, if

21        he could break it up into phrases, that way -- so I

22        don't forget anything in the translation.  Thank

23        you.

24            MS. WRIGHT:  Thank you, Ms. Frady.

25            Let me go ahead and call the case.  My

5

1          apologies for not doing this earlier today.

2              It is March 7th, 2018.  We are here in

3          Courtroom 5A to conduct the video-depositions of the

4          material witnesses in the case United States versus

5          Scott Daniel Warren, 18CR-223-RCC-BPV.

6              We are doing this pursuant to an order of the

7          court to preserve the witness's testimony.

8                         DIRECT EXAMINATION

9    BY MS. WRIGHT:

10        Q    Sir, please state your name for the record.

11        A    Kristian Gerardo Perez-Villanueva.

12        Q    Have you understood the interpreter so far

13   today?

14             INTERPRETER:  No?

15             Well, the answer was no, and I said, no?, and

16        he said -- he didn't know who the interpreter was.

17   BY MS. WRIGHT:

18        Q    So let me ask you again.  Have you understood

19   Ms. Frady, who's sitting next to you, so far today?

20        A    Yes.

21        Q    All right.  Now, you understand that you have

22   been placed under oath, right?

23        A    Yes.

24        Q    And do you understand what it means to tell the

25   truth?

6

1      A    Yes.

2      Q    Do you understand that if you do not tell the

3  truth today that you could be charged with a crime for

4  not telling the truth?

5      A    Yes.

6      Q    Now, Mr. Perez-Villanueva, how old are you?

7      A    Twenty-three.

8      Q    Where were you born?

9      A    In El Salvador.

10     Q    Where were your parents born?

11     A    In El Salvador.

12     Q    And your grandparents?

13     A    In El Salvador.

14     Q    Do you have any legal authority or status to be

15  in the United States?

16     A    No.

17     Q    Do your parents?

18     A    No.

19     Q    Do your grandparents?

20     A    No.

21     Q    Now, I want to talk to you about how you most

22  recently came to the United States, and I want to talk to

23  you about it -- what happened, in the order that it

24  happened.

25          Sorry, I had to grab one more thing.

1            Now, did you enter the United States illegally

2    from Mexico in January of 2018?

3            INTERPRETER:  Did you say 2017, counsel?

4            MS. WRIGHT:  I should have said 2018.

5            THE WITNESS:  Yes.

6    BY MS. WRIGHT:

7        Q    Do you know what day you entered on?

8        A    It was Friday, the 12th of January.

9        Q    When you entered on the 12th of January, did

10   you have permission to be in the United States?

11       A    No.

12       Q    Did you have any papers that allowed you to

13   come into the United States?

14       A    No.

15       Q    And when you entered, did you come through an

16   official port of entry or somewhere else?

17       A    Through another area.

18       Q    And we'll talk more about that in a little bit.

19            INTERPRETER:  Counsel, could you put the --

20       closer to the thing?

21            MS. WRIGHT:  Yes.

22   BY MS. WRIGHT:

23       Q    And, now, Mr. Perez-Villanueva, you told us

24   that you were born in El Salvador.  Is that also where

25   your home is?

8

1      A    Yes.

2      Q    Did you begin your journey to the United States

3   from El Salvador?

4      A    Yes.

5      Q    When did you leave El Salvador to come to the

6   U.S.?

7      A    October 4th, 2017.

8      Q    2017 or 2018?

9      A    Yes.

10      Q    How long did it -- after you left El Salvador,

11   did you eventually reach Mexico?

12      A    Yes.

13      Q    And once you reached Mexico, how long did you

14   stay there before you crossed into the United States?

15      A    Approximately, two months.

16      Q    Where did you stay while you were in Mexico?

17      A    I rented a room.

18      Q    Did you ever stay with other people who were

19   trying to cross into the United States?

20      A    Yes.  Well, there was a time when I just rented

21   a room.  Then I sought a shelter.

22      Q    Was the shelter the place you stayed just

23   before you crossed into the United States?

24      A    Yes, I was there for a while.

25      Q    How long were you at the shelter?

9

1        A    I don't remember.

2        Q    Let's see if we can narrow it down.  Was it

3    longer or shorter than one month?

4        A    Approximately, a month.

5        Q    Now, you told us that you crossed into the

6    United States on January 12th.  Why did you cross on that

7    day?

8        A    When I left El Salvador, I had problems in my

9    country, and so once being in the border area, the same

10   problems came up for me, and so that forced me to enter

11   the United States.

12       Q    Let me ask my question a little bit

13   differently.  Why did you cross on January 12th as

14   opposed to a different day?

15       A    For the same reason, there hadn't been the

16   problem come up, the same situation, the same problem,

17   and then -- so then, when that situation came up again, I

18   felt that I had to enter, because my plans had not

19   originally been to come to the United States.  I was

20   going to stay in Mexico until the trouble was resolved.

21       Q    Let me ask you this, Mr. Perez-Villanueva, did

22   anybody tell you that January 12th was the day you had to

23   cross into the United States?

24       A    No.

25       Q    Did any -- when you crossed, did anyone else

10

1  cross with you?

2      A    Yes.

3      Q    Who else crossed with you?

4      A    There were four other companions, plus myself.

5  That made five.

6      Q    Was one of the people who crossed with you Jose

7  Arnaldo Sacaria-Goday?

8      A    Yes.

9      Q    And he's the other person who is being detained

10 as a material witness in this case, right?

11     A    Yes.

12     Q    Now, you told us before that you crossed at a

13 place that wasn't an official port of entry.

14     A    Yes.

15     Q    The place where you crossed, what did it look

16 like?

17     A    Well, there was the wall.  We climbed the wall.

18     Q    And then?

19     A    We climbed it and we crossed it.

20     Q    About how tall is the wall?

21     A    Somewhere between five and six meters.

22     Q    And the place where you crossed the wall, was

23 that near town or out in the desert somewhere?

24     A    It was about two kilometers from where you

25 could see the houses of the town.

11

1    Q    Were there any roads nearby?

2    A    No.

3    Q    Once you got over the wall, what happened next?

4    A    We had a compass and so we started going down

5    the mountain where the wall was located and we started

6    being guided by the compass.

7    Q    How did you know where -- well, first let me

8    ask you this, actually: What was the weather like that

9    day?

10    A    It was real cold.

11    Q    Did you have coats and hats with you?

12    A    We had caps, we had gloves, and a jacket.

13    Q    Let's talk about how you traveled.  Did you

14    travel on foot or in a car?

15    A    We traveled walking, on foot.

16    Q    And you said that you used a compass to guide

17    you.  Where were you trying to go?

18    A    North.

19    Q    When you were walking, were you trying to get

20    to a particular town or a particular place?

21    A    No.

22    Q    Once you started walking, did the other three

23    people who crossed with you, did they eventually leave

24    you?

25    A    Yes.

1      Q   Did you eventually reach a gas station while

2  you were walking?

3      A   Yes.

4      Q   Did those other three people leave your group

5  before you got to the gas station?

6      A   Yes, much before.

7      Q   Now, how did you reach the gas station?

8      A   After we crossed the wall, we started walking.

9  We walked and walked, for about three hours.  Three of

10  the companions that were coming with us got thorns in

11  their hands and their feet, and they would hang back and

12  they'd yell a lot in the desert, and we would tell them

13  to be quiet because the immigration agents would be able

14  to hear us.  One of the persons got irritated with us and

15  told us to -- well, it wasn't a very nice expression --

16  told us we could go to hell.  And so we had only walked

17  with them for three hours when they stayed back.

18        From there on, just Jose continued with me, and

19  we kept guiding ourselves by the compass.  I also would

20  guide myself by the stars.  Between the two of us, we

21  made a good team, so we supported each other mutually.

22      Q   Let me ask you this, how long -- after the

23  other three people left you, how long did you walk before

24  you got to the first gas station?

25      A   Well, it was about 12:00 o'clock, so we walked

1    about eight hours more.

2        Q    Once you got to the gas station, what happened

3    next?

4        A    Before we got to the gas station, in the very

5    early morning hours, we ran into some immigration agents

6    -- patrols.  Patrols.  And they were following us, and so

7    we threw away our backpacks, where we had our food, and

8    we had to throw away the two gallons of water that we

9    were bringing with us.

10       Q    So, Mr. Perez-Villanueva, after that happened,

11   did you reach the gas station?

12       A    After that, then, in the distance, we could see

13   the lights that were from the gas station, and also in

14   the distance you could see other lights.  I'm not sure

15   whether it was from a town that's called Ajo, and when we

16   got close to there -- well, we ended up to one side of

17   the freeway.  And we also had clothing underneath and we

18   were wearing camouflage on top.

19       Q    Mr. Perez-Villanueva, what I want to know is,

20   you eventually reached a gas station, right?

21       A    Yes.

22       Q    Okay.  Let's start from there.  What happened

23   after you were at the gas station?

24       A    Okay.

25       Q    Okay.  So once you're at the gas station, what

1    happens next?  Do you stay at the gas station?  Do you

2    go somewhere else?

3         A    Well, we were at the gas station.  We had

4    removed our camouflage outfits.  We mixed in -- mingled

5    with the people that you could see there.  And I know a

6    little bit of English, and I asked help from people who I

7    saw arriving to fill their tanks.

8         Q    Did you eventually leave that gas station?

9         A    Yes.

10        Q    How did you leave the gas station, on foot or

11   in a vehicle?

12        A    We were given a ride.

13        Q    How did you get your ride?

14        A    Asking for help.

15        Q    And where did this person take you?

16        A    From the gas station that we were at to another

17   one.

18        Q    Once you got to the second gas station, what

19   happened there?

20        A    We were with Jose.  Once there, a man came by

21   in his automobile.  I don't know how it was that he saw

22   us.  He saw us; he said that he recognized us.  He

23   returned.  He asked me about the other three that had

24   been coming with us.  He said that one of them was a very

25   good friend of his, and he said that he could help us and

1    that he could move us to wherever we wanted to get

2    moved to, or something to that effect.  He said that one

3    of those who had come with us --

4                MR. KUYKENDALL:  I'm going to register --

5                THE WITNESS:  -- had commented to him --

6                MR. KUYKENDALL:  I'm sorry.  Excuse me.

7                Just for the record, I need to object to

8    hearsay responses.  I know we can litigate this

9    later, but I want to put it on the record that I

10   object to hearsay response.

11               MS. WRIGHT:  And it's not hearsay because it's

12   statements during the course of a conspiracy.

13               You can keep answering the questions.

14               THE WITNESS:  Then he said he reminded us, or

15   remembered us -- I don't know how to explain this.

16               MR. KUYKENDALL:  Just for the record, Anna, do

17   you want me to not interrupt each time he gives a

18   hearsay response, or do you want me to -- because I

19   can just make a continuing standing objection to it,

20   if you'd prefer.

21               MS. WRIGHT:  I think you can do a continuing

22   objection.

23               MR. KUYKENDALL:  Then I'm going to make an

24   objection to this witness's hearsay responses, with

25   the agreement from the Government that I won't

16

1    continue to interrupt the deposition each time

2    that he does so, but we will have a hearsay

3    objection on the record.

4         MS. WRIGHT:  And, Mr. Kuykendall, just to be

5    clear, it's to his testimony regarding what this

6    particular person said to him, correct?

7         MR. KUYKENDALL:  Right.

8         MS. WRIGHT:  Okay.  So if there's another -- if

9    he makes -- if he testifies about what another

10   person said, you would make an objection at that

11   time.  So for this line of questioning, regarding

12   what this person said to him.

13        MR. KUYKENALL:  Correct.

14        MS. WRIGHT:  Okay.

15        MR. KUYKENDALL:  And, actually, the only reason

16   I'm pausing is this is double hearsay.  He's saying

17   that the driver told him that some other migrant had

18   told him something, but I'm making an objection to

19   everything that this driver told him, including what

20   other people said to the driver.

21        MS. WRIGHT:  Okay.  I think we've got our

22   record now.  I just wanted to make sure we had it.

23   Thank you.

24        Ready?

25        INTERPRETER:  Yes.

17

1          MS. WRIGHT:  Okay.

2   BY MS. WRIGHT:

3      Q    So, Mr. Perez-Villanueva, what else did this

4   person say to you?

5      A    After that, we got into his car.  He said he

6   would take us nearby, to somebody who could help us.

7      Q    And, Mr. Perez-Villanueva, let me pause you

8   there.  I'd like to ask you to describe this man for us.

9          MR. KUYKENDALL:  And I'm going to object to the

10         form because it doesn't adequately describe which

11         man you're asking a description of.

12  BY MS. WRIGHT:

13     Q    Mr. Perez-Villanueva, can you tell us what this

14  driver who you were speaking with looked like?

15     A    I don't remember.

16     Q    Well, let me narrow things down for you.  You

17  said it was a man.  About how tall was he?

18     A    I don't really remember, but I would say

19  somewhere between 1.7 or 1.5.

20     Q    Meters?

21         INTERPRETER:  Shaking head yes.

22  BY MS. WRIGHT:

23     Q    Was this person a Hispanic person, a White

24  person, an Asian person?

25     A    I don't know.

18

1    Q    Was his skin light or dark?

2    A    Kind of in the middle.

3    Q    About how old was this person?

4    A    I don't know.

5    Q    If you saw a picture of this person again

6    today, would you recognize him?

7    A    Well, I only sort of half saw him and a long

8    time has gone by, so, truly, I might not.

9    Q    We'll move on from there, Mr. Perez-Villanueva.

10        You told us, when I -- when I paused you there,

11   that you had gotten into this man's car.

12   A    Yes.

13   Q    Where did he take you?

14   A    He said that one of these three guys who had

15   stayed back had told him about somebody who might be able

16   to help us, but it wasn't a sure thing as to whether he

17   would help us or not help us.  Because a person -- he

18   said this, that a person who is inside the United States,

19   if he helps an immigrant then that's a crime.

20   Q    So, Mr. Perez-Villanueva, I just want to -- to

21   move us along here, where did the driver take you next?

22   A    He dropped us off near the house of the

23   gentleman, you could say just right in front, and he said

24   wait there and talk to him and see if he will help you.

25   And he said if we were asked who had taken us there, he

19

1   said that we should reply, we came by ourselves, alone,

2   on our own.  We stayed there, entered an area that was

3   near the house.  When we got to the rear part, the back

4   part of the house, in back of the house, the bathroom

5   door was open, and we, Jose and I, went into the bathroom

6   -- entered the bathroom, and we waited there.

7        Q    Did you ever meet anyone who was at this house?

8        A    Not until the gentleman came, and we explained

9   the situation to him.  We asked him if he could help us

10   with water and with food, because we wanted to continue

11   our trip.

12        Q    And what did -- sorry, I'm going to ask you a

13   question here.

14             When you asked for water and food, did the man

15   -- the gentleman agree to give you water and food?

16        A    He said, I can help you with food and water.

17        Q    What happened next?

18        A    Well, our feet were hurting.  We asked if he

19   could give us a place just to stay because we didn't have

20   on our camouflage to be able to continue on the trip.

21        Q    And did he agree to let you stay there?

22        A    He said we could just stay a short time, not a

23   long time.

24        Q    Did you end up staying there?

25        A    Yes, we did --

20

1    Q    How long -- whoops, sorry.  Go ahead.

2    A    Yes, we did stay.

3    Q    How long did you stay there?

4    A    Two nights.

5    Q    When you arrived at this house, did you have

6    anything with you?

7    A    Just our jackets, caps, gloves.

8    Q    Did you have anything other than the clothes

9    you were wearing?

10    A    No.

11    Q    And I want to follow-up on something you said

12    earlier, and, actually, first, I'd like to ask you this.

13         Go ahead, Ms. Frady, I'm sorry.

14         Can you describe the gentleman that you were

15    speaking with to us, please?

16    A    The man that I was talking with?

17    Q    At the house, yes.

18    A    Long hair.  His face was kind of -- well, like

19    face kind of long.  Not fat.  And slender.

20    Q    Was he short or tall?

21    A    Somewhat tall.

22    Q    Do you see that man here in the court today?

23    A    Yes.

24    Q    What I'd like you to do is point him out and

25    describe some piece of clothing that he is wearing.

21

1         Let me step out of the way.

2         And what is he wearing?

3    A    A jacket.

4    Q    What color is the jacket?

5    A    It's sort of a dark blue.  Blackish-blue.

6    Q    And I'm going -- let me see.  Does he have a

7  red or a black tie on?

8         You can stand up if you need to.

9         MR. KUYKENDALL:  You know, we don't need to do

10       this.  We stipulate that the gentleman that he's

11       trying to identify is Dr. Scott Warren, who's

12       present in this courtroom for the video-deposition.

13        MS. WRIGHT:  Thank you, Mr. Kuykendall.  And

14       I'm going to pan around just for the record.  There

15       we go.

16  BY MS. WRIGHT:

17   Q    So now I want to talk to you about what the

18  defendant said to you that day.  You said that you -- you

19  said that you explained the situation to him?

20   A    Yes.

21   Q    What exactly did you say to him about the

22  situation?

23   A    Well, I told him we had -- I told him about

24  everything that had happened up to when we got to the

25  first gas station.  From there, I did not tell him about

22

1   the ride that we had gotten, and nor did I say that we

2   had been left near his house.   I only told him about the

3   last gas station we had started asking around, asking

4   about people who leave water in the desert.

5       Q    Mr. Perez-Villanueva, did you tell the

6   defendant about how you came into the United States,

7   crossing the wall?

8       A    Yes.

9       Q    And when you were talking with the defendant,

10  what language were you speaking?

11      A    Spanish.

12      Q    And over the course of the two nights that you

13  stayed there, did you see the defendant at the house?

14      A    At night.

15      Q    When you saw the defendant, did he give you any

16  food?

17      A    Yes.

18      Q    Did he give you any clothing?

19      A    Yeah, he gave us some shorts.

20      Q    Did he give you any water?

21      A    Yes.

22      Q    Did he give you a place to sleep?

23      A    Yes, he lent us some beds that he had.

24      Q    Did he talk to you at all about directions

25  further north or where else you could go once you left

23

1    the house?

2        A    No.

3        Q    Did anyone give you first aid while you were

4    there?

5        A    What do you mean by that?

6        Q    Did anybody take care of any cuts, or bruises,

7    or injuries that you had?

8        A    No.

9        Q    While you were staying there, did anyone give

10   you any instructions about what to do if Border Patrol or

11   other law enforcement agents came to the house?

12          MR. KUYKENDALL:  I'm going to object to the

13          question because it calls for a hearsay response.

14          THE WITNESS:  No.

15          MR. KUYKENDALL:  Withdraw the objection.

16   BY MS. WRIGHT:

17       Q    Were you eventually caught by Border Patrol

18   agents while you were staying at the house?

19       A    Well, the sheriff came.  It was near the

20   bathroom, and I don't know whether they came together or

21   not, but the sheriff was there.

22       Q    Let's talk about the day that you were caught

23   by the sheriff and law enforcement.  How did that day

24   start?

25       A    It was getting late, towards the evening.  We

24

1    were going to leave that night.  We were just going to

2    wait about 15, 20 minutes to take up our road again, our

3    way -- go on our way again.  We were outside the house

4    and we went into what was the bathroom to start getting

5    ready to leave.  Then we heard two sheriff patrol cars

6    stop, and then we heard some other vehicles stop that we

7    didn't know what they were.  Suddenly, I told Jose that

8    it was the sheriff and what shall we do, and he said,

9    let's close the door.  He said, let's shut the door and

10   let's just not make noise.

11        We stayed there, then the sheriff came and said

12   -- he said, open the door, but he said it in English.

13   And I told him, excuse me, I said to him in English, and

14   he said again, open the door, and I said, okay.  And I

15   opened the door and he said to me -- he asked me where I

16   was from.  I said nothing.  And he asked again, he said,

17   where are you from?  And I said to him, from El Salvador.

18   He asked me if I had documents in order to be in the

19   United States, and I answered, no.

20        He asked me if someone else was in the

21   bathroom.  I said, I don't know.  He entered -- he

22   supervised the bathroom.  He found Jose in the shower.

23   He asked him if he had a weapon.

24        Q    Mr. Perez-Villanueva, I'm going to stop you

25   there and ask you some more questions about what happened

25

1    before the sheriff came to the door.

2         A    Okay.

3         Q    So just to be clear, we're talking about before

4    the sheriff was at the door.

5         A    Yes.

6         Q    Before you and Jose are in the before?

7         A    Yes.

8         Q    Before all of that, were you ever outside of

9    the house that day with the defendant?

10        A    Yes, we did go on the outside.  The accused had

11   just arrived.  We were smoking.  We had a cigarette; we

12   were smoking.  And when he arrived, he just asked us how

13   we were.  After that, there was little time left before

14   we were going to get our stuff ready.

15        Q    Okay, let me ask you this before you go on,

16   when you were standing outside talking with the

17   defendant, did he ever show you the mountains that were

18   to the north?

19        A    Well, I already knew which mountains were

20   north.

21        Q    But my question is, did you ever talk to the

22   defendant about the mountains to the north?

23        A    I don't remember.

24        Q    I want to talk to you a little bit about what

25   you brought with you.  When you were arrested that day,

26

1    did you have a phone with you?

2        A    Yes.

3        Q    And did you agree that the law enforcement

4    agents could search that phone?

5        A    Yes.

6        Q    And was this phone one that you carried with

7    you on your journey from El Salvador?

8        A    No.

9        Q    Did you have it with you in Mexico before you

10   crossed into the United States?

11       A    Yes, I bought it in Mexico.

12       Q    Did you carry it with you when you crossed into

13   the United States?

14       A    Yes.

15       Q    And did you have an app called "WhatsApp"

16   installed on your phone?

17       A    Yes.

18       Q    And did you use WhatsApp?

19       A    Yes, I did use WhatsApp, but I always

20   eliminated my conversations, my calls, because one had

21   been stolen from me previously and I didn't want anything

22   of what I talked about to remain there due to the fact

23   that I would communicate with my uncle, I would

24   communicate with my wife, with my mom, my brothers and

25   sisters.

27

1      Q    Okay.  Let me ask you -- I'm going to show

2   you a few photos here and I'm going to ask you to take a

3   look at them.  I'm going to start with what's been marked

4   as United States Exhibit 34.  Do you recognize what's in

5   that photo?

6      A    Yes.

7      Q    What's in that photo?

8      A    It's myself.  It's kind of like a room.

9      Q    When did you take that photo?

10      A    I don't recall, but I was in Mexico.

11      Q    All right.

12           MS. WRIGHT:  And I will move provisionally for

13      the admission of United States Exhibit 34.

14           (Thereupon, U.S. Exhibit Number 34 was

15      provisionally moved for admission.)

16   BY MS. WRIGHT:

17      Q    And next I'm going to show you some more

18   photos.  They are United States Exhibits 35 through 41.

19           Take a look at those, and look up when you're

20   done looking through them.

21      A    Yes.

22      Q    Do you recognize what's in those photos?

23      A    Yes.

24      Q    All right.  Since I've handed you a group,

25   let's go one by one.

1                    Who is in Number 35?

2        A    It's me.

3        Q    It's you.

4             And, actually, let's take a look at 36, as

5    well.  Is that also you?

6        A    Yes, it's me.

7        Q    Where did you take those photos?

8        A    At the last gas station.

9        Q    And let's take a look at 37 and 38.  Who's in

10   those photos?

11       A    It's Jose.

12       Q    When did you take those photos?

13       A    I don't recall the date but it's in the same

14   place.

15       Q    So at that same gas station?

16       A    Yes.

17       Q    And would it be fair to say that the only time

18   you've been at that gas station is when you were on your

19   journey to the house that you stayed at?

20       A    Yes.

21       Q    All right.  Let's look at Number 39, and 40,

22   and 41.  Are those all photos that were taken at the same

23   gas station?

24       A    Yes.

25       Q    And are those all photos of either you or Mr.

1    Sacaria together or separately?

2         A    Yes.

3              MS. WRIGHT:   I'm going to move for the

4    provisional admission of United States Exhibits 35

5    through 41.

6              (Thereupon, U.S. Exhibit Numbers 35 through 41

7    were provisionally moved for admission.)

8    BY MS. WRIGHT:

9         Q    And then, in a moment, I'm going to show you

10   United States Exhibits 42 through 47.

11        A    Okay.

12        Q    Take a look through those, and look up when

13   you've had a chance to study them.

14        A    Okay.

15        Q    Looking at these photos together, when were

16   they taken?

17        A    I don't recall the dates, but I do believe it

18   was the second night.

19        Q    The second night while you were staying this

20   house we've been talking about?

21        A    Yes.

22        Q    And who's in these photos?

23        A    Jose, myself.  The people in the background, I

24   don't know.

25        Q    Were those people who were also at the house?

1      A    No, they just arrived that night, and I had -

2  - I had my phone in hand and I said, selfie, and we went

3  by and --

4      Q    Okay.

5           MS. WRIGHT:   And I'm going to move for

6      admission of those exhibits, which is 42 through 47.

7           (Thereupon, U.S. Exhibit Numbers 42 through 47

8      were provisionally moved for admission.)

9  BY MS. WRIGHT:

10     Q    Next, I'm going to show you United States

11 Exhibits 3 through 5.

12          And I'll take those other exhibits back from

13 you, and take a look at these.  When you've had a moment,

14 look up.

15     A    Okay.

16     Q    All right.  Now, taking a look at these, Mr.

17 Perez-Villanueva, do you recognize the place that's shown

18 in these photos?

19     A    The first two, Number 4 and 3, I do appear, but

20 -- but -- well, they're photos from a camera but not my

21 telephone.

22     Q    Do you recognize -- you said you are in these

23 photos?

24     A    Yes.

25     Q    Do you recognize where you are in these photos?

31

1      A    No.

2      Q    And, Mr. Perez-Villanueva, actually, let's move

3 to -- can you read, at the bottom of these exhibits, 3

4 and 4 -- can you read the words that are written at the

5 bottom of these exhibits?  And they are in English, so if

6 you're not comfortable with that, just let me know.

7      A    No.

8      Q    All right.  Let's turn to Exhibit 5.  Do you

9 recognize what's in that photo, or in that exhibit?

10     A    Yes.

11     Q    What's in that photo, that exhibit?

12     A    It's the image of the gas station where I was.

13     Q    And the language on that exhibit, is that in

14 Spanish or English?

15     A    It's in Spanish.

16     Q    Okay.  Now I'm going to show you Exhibits 48

17 through 54.  I'll let you hold onto those for a moment.

18 I'll take them all at once.  I'll have you look at those

19 (inaudible).

20     A    Yeah.

21     Q    Let's start with United States Exhibits 48 and

22 49; do you recognize what's in those?

23     A    Well, it's a place where you can purchase, but

24 I don't know what it says on there.

25     Q    Do you recognize this as a gas station that you

32

1   were at?

2        A    I don't remember.

3        Q    Let's turn to Exhibits 50 through 54 now.  So

4   you can set 48 and 49 down.  So now we're looking at 50

5   through 54.  In 50 through 54, do you see yourself in any

6   of these exhibits?

7        A    Between 50 and 54 -- in 50, I just see Jose.

8   In 51, I see myself with Jose.  And then the next one,

9   yes, I do see myself.

10       Q    That's 53?  52?

11            INTERPRETER:  The interpreter asked if, in 52,

12       you see yourself as well, and he said yes.

13            MS. WRIGHT:  Okay.

14   BY MS. WRIGHT:

15       Q    Let's look at 53 now.  Do you see yourself in

16   that photo?

17       A    Yes.

18       Q    And now let's look at 54.

19       A    All I see is Jose.

20       Q    I'm going to show you -- I'm going to take

21   those back from you, and now I'm going to show you United

22   States Exhibits 6 through 8.  Take a look at those and

23   look up when you're ready.

24       A    Okay.

25       Q    Do you recognize what's in those photos, Mr.

33

1    Perez-Villanueva?

2         A    Yes.

3         Q    What's in those photos?

4         A    It's a house, with a smaller house.

5         Q    Have you ever been to that house before?

6         A    Just the time that we got there when the

7    sheriff's arrived.

8         Q    Is this the house that you stayed at for those

9    two nights?

10        A    Yes.

11             MS. WRIGHT:  I'd move for admission of Exhibits

12        6 through 8.

13             (Thereupon, U.S. Exhibit Numbers 6 through 8

14        were provisionally moved for admission.)

15   BY MS. WRIGHT:

16        Q    And next I'm going to ask you to look at United

17   States Exhibits 9 through 14.  Showing you Exhibits 9

18   through 14, if you could look at those and look up when

19   you're ready.

20        A    Okay.

21        Q    All right.  Let's just -- generally speaking,

22   do you recognize what's in Exhibits 9 through 14?

23        A    Yes.

24        Q    What's in those photos?

25        A    The inside of the house.

34

1      Q    Is that the same house that you stayed at for

2  those two days?

3      A    Yes, the two nights.  Yes.

4           MS. WRIGHT:  I move for admission of United

5      States Exhibits 9 through 14.

6           (Thereupon, U.S. Exhibit Numbers 9 through 14

7      were provisionally moved for admission.)

8           THE WITNESS:  When you say they are admitted,

9      what does that mean?

10          MS. WRIGHT:  It's a legal question for the

11     judge for later on.

12  BY MS. WRIGHT:

13     Q    So next I'm going to show you Exhibits 15

14  through 18.

15     A    Okay.

16     Q    Do you recognize what's in those photos?

17     A    Yes.

18     Q    What's in those photos?

19     A    The interior of the house.

20          MS. WRIGHT:  I'd move for admission of United

21     States Exhibits 15 through 18.

22          (Thereupon, U.S. Exhibit Numbers 15 through 18

23     were provisionally moved for admission.)

24  BY MS. WRIGHT:

25     Q    Let's take a look at Exhibit 15.  Do you have

35

1    that there?  I'm going to ask you to look at the two

2    signs that are there on that white cabinet; do you see

3    those?

4         A    These two?

5         Q    Yes.

6         A    Yes.

7         Q    Were those posted there while you stayed at the

8    house?

9         A    I don't remember.

10        Q    Let's take a look at Exhibits 16, 17, and 18,

11   so the other three you have there.  Is that the room that

12   you slept in while you stayed at the house?

13        A    Yes.

14        Q    And I'm going to show you United States

15   Exhibits 16 through 24 now.  Take a look at those and

16   look up when you're ready.

17        A    Okay.

18        Q    Do you recognize what's in those photos?

19        A    Yes.

20        Q    What's in those photos?

21        A    One has three signs, one is the inside of the

22   bathroom.

23        Q    Well, then let's go through in order.  Let's

24   start -- my apologies.

25             Let's start with Exhibit 19.  Do you have that

36

1    one there in front of you?

2         A    Yes.

3         Q    And is that the photo of the door you were

4    talking about?

5         A    This one?  Yes.

6         Q    Do you recognize that door?

7         A    Yes, it's the bathroom door.

8         Q    And that's the bathroom in that same house

9    we've been talking about?

10        A    Yes.

11        Q    And then Exhibits 20 through 24, are those all

12   the bathroom in the house that we've been talking about?

13        A    I don't recall this one.

14        Q    What's the number on that one?

15        A    Referring to 24.

16        Q    But as to 20 through 23, those are all the

17   bathroom in the house we've been talking about?

18        A    Yes.

19             MS. WRIGHT:  I'd move for admission of Exhibits

20        19 through 23.

21             (Thereupon, U.S. Exhibit Numbers 19 through 23

22        were provisionally moved for admission.)

23   BY MS. WRIGHT:

24        Q    And now I'm going to show you Exhibit 25.

25             I'll take those back from you.  Here's 25.  Do

37

1    you recognize what's in that exhibit?

2         A    Well, I know it's medication.

3         Q    Let me take your attention to the yellow packet

4    that's in that photo.  Do you see that?

5         A    Yes.

6         Q    Do you know what that is?

7         A    No.

8         Q    Give me just one moment, please.

9              So I'm going to take that exhibit back from

10   you, and then what I'm going to do is show the exhibits

11   to the video camera before I take my seat.

12             MS. WRIGHT:  Mr. Walters, if you could help me

13        make sure I'm in frame?  Thank you.

14             This is Exhibit 34.

15             United States Exhibit 41.

16             United States Exhibit 40.

17             United States Exhibit 39.

18             United States Exhibit 38.

19             United States Exhibit 37.

20             United States Exhibit 36.

21             United States Exhibit 35.

22             United States Exhibit 42.

23             United States Exhibit 43.

24             United States Exhibit 44.

25             United States Exhibit 45.

```
1              United States Exhibit 46.

2              United States Exhibit 47.

3              United States Exhibit 54.

4              United States Exhibit 53.

5              United States Exhibit 52.

6              United States Exhibit 51.

7              United States Exhibit 50.

8              United States Exhibit 49.

9              United States Exhibit 48.

10             United States Exhibit 3.

11             United States Exhibit 4.

12             United States Exhibit 5.

13             United States Exhibit 9.

14             United States Exhibit 10.

15             United States Exhibit 11.

16             United States Exhibit 12.

17             United States Exhibit 13.

18             14.

19             6.

20             7.

21             8.

22             18.

23             17.

24             16.

25             15.
```

39

1      23.

2      22.

3      21.

4      20.

5      19.

6      24.

7      And 25.

8      Mr. Kuykendall and Ms. Knight, we've been going

9      about an hour and 20 minutes.  Usually, we take a

10     little bit of a break because we're only using one

11     interpreter; is that okay?

12     UNKNOWN SPEAKER:  Yeah, I -- Sandy, I assume

13     you'd like a break?

14     INTERPRETER:  Well, I wouldn't object.

15     UNKNOWN SPEAKER:  How about -- you want a 10-

16     minute break?  Does that work for everybody?

17     MS. WRIGHT:  I think that's fine.  Just for

18     everybody's information, I leave the camera running

19     and then, later, take out the parts that aren't

20     relevant, but just so you're aware it's still

21     running.

22     UNKNOWN SPEAKER:  Thank you.

23     (Thereupon, the video deposition recessed.)

24     MR. KUYKENDALL:  Mr. Perez, my name is Greg

25     Kuykendall and I'm the lawyer that is representing

40

1        Dr. Warren, and the other lawyer at the table is

2        Amy Knight.

3            And I want you to know that under the rules of

4        court, I need to ask you questions about what you

5        just said to the prosecutor, to the Government

6        prosecutor, okay?

7            THE WITNESS:  Okay.

8            MR. KUYKENDALL:  And if you don't understand me

9        at some moment during -- or you don't understand my

10       question, or you don't understand Ms. Frady, let me

11       know, okay?

12           THE WITNESS:  Okay.

13                    CROSS EXAMINATION

14  BY MR. KUYKENDALL:

15       Q    How would you describe how well Dr. Warren

16  speaks Spanish?

17       A    I don't know.  I hardly spoke with him.

18       Q    The little bit that you spoke with him, was it

19  obvious to you that he spoke English primarily?

20       A    I'm sorry?

21       Q    Was it obvious to you that Dr. Warren was an

22  English-speaker?

23       A    Yes.

24       Q    And you barely spoke Spanish to him at all,

25  right?

41

1      A      I did speak Spanish to him but it wasn't very

2   much.

3      Q      You told him things like, I want water?

4             MR. KUYKENDALL:  I'm sorry, I meant for that to

5      be in Spanish.

6   BY MR. KUYKENDALL:

7      Q      You said to him, in Spanish, things like, I

8   want water?

9      A      Yes.

10     Q      But otherwise, you and he did not have long

11  conversations in Spanish, correct?

12     A      Yes, neither in Spanish or in English, because

13  I don't know much.

14     Q      And that's the same for Jose, correct?

15            MS. WRIGHT:  Objection, calls for hearsay.

16            THE WITNESS:  Jose does not speak English.

17  BY MR. KUYKENDALL:

18     Q      You speak better English than Jose?

19     A      Not better, I just know some words.

20     Q      You never discussed with Dr. Warren your plans

21  to travel north, correct?

22     A      Yes.

23     Q      You never discussed with Dr. Warren your plans

24  to seek asylum, correct?

25     A      Yes.

42

1    Q    You never discussed with Dr. Warren what

2    country you were from, correct?

3    A    No.

4    Q    Many people besides Dr. Warren were at the

5    house where you were ultimately arrested, correct?

6    A    Yes, people arrived, but I was outside, outside

7    the house.  When they did come in the house, it was just

8    to get something and go back outside again.

9    Q    And, likewise, you were inside the house and

10   outside of the house sometimes, right?

11   A    I only went out occasionally.

12   Q    But you were free to go in and out as you

13   pleased, correct?

14   A    No.  Oh, wait.  I would go out, throw away

15   garbage and smoke out there.

16   Q    You were never locked inside the house, were

17   you?

18   A    No.

19   Q    No one ever told you, you may not leave the

20   house, correct?

21   A    Yes.

22   Q    And you would go outside to smoke sometimes?

23   A    Yes.

24   Q    And sometimes you would go out and take garbage

25   out; is that correct?

43

1      A     Yeah, but the garbage depositories were right

2  outside the door, yes.

3      Q     Now, when you took the selfie that the

4  prosecutor showed you a few minutes ago, there were other

5  people besides you and Jose at the house at that time,

6  right?

7      A     Well, there were three there that, according to

8  the picture, they were drinking something.

9      Q     And it wasn't just those three that were there;

10  throughout the time you were there, many people came and

11  left, correct?

12      A     I don't remember.

13      Q     Well, you remember that there were people,

14  right?

15      A     When I was there, we were always in the room.

16  You could hear people coming in, but we couldn't tell

17  whether they were the same people.

18      Q     You spoke with the Border Patrol the night you

19  were arrested, right?

20      A     Yes.

21      Q     And you told the Border Patrol that night that

22  there had been many people at the house besides you and

23  Jose, right?

24      A     No.

25      Q     Are you denying having said that to the Border

44

1   Patrol the night you were arrested?

2        A    I don't recall having mentioned more people

3   because that wasn't the subject and they didn't ask that.

4        Q    Well, let me just ask you now, is it fair to

5   say that there were more than three people, besides you

6   and Jose, that came to that house over the three-day

7   period that you were there?

8        A    I don't know.

9             INTERPRETER:  I'm not sure I translated that

10       right, Mr. Kuykendall.  Could you repeat that,

11       please?

12            MR. KUYKENDALL:  Thank you.

13   BY MR. KUYKENDALL:

14       Q    You saw at least three people that were in the

15   photograph that you took with your selfie, right?

16       A    Yes.

17       Q    And you believe that there were other people

18   besides those three during the time that you were at that

19   house?

20       A    I truly don't know.

21       Q    Well, you heard cars coming and going, right?

22       A    I was always paying attention to my telephone

23   and I wasn't paying attention.

24       Q    You cooked for yourself at the house; is that

25   right?

1      A    Yes, we were cooking a lot.  Yes, with Jose,

2  yes.

3      Q    Jose and you cooked food for yourselves while

4  you were at the house?

5      A    Yes.

6      Q    And, also, you poured yourself water while you

7  were at the house, right?

8      A    We would always ask.

9      Q    But you might ask permission but then you got

10 the water yourself, correct?

11     A    I would always ask for water.  I would always

12 ask for permission.

13     Q    You know how to get water yourself out of the

14 tap, right?

15     A    Yeah.

16     Q    Okay, you know how to, and you did?

17     A    Yes.

18     Q    Did Dr. Warren ever give you a flashlight?

19     A    No.

20     Q    Did Dr. Warren ever give you a headlamp?

21     A    No.

22     Q    Did Dr. Warren ever give you a map?

23     A    No.

24     Q    Did he wash your clothes?

25     A    No.

46

1      Q      Did he give you a backpack?

2      A      No.

3      Q      Did he give you drugs?

4      A      No.

5      Q      And he didn't give you a beer?

6      A      No.

7      Q      Now, when you arrived at the house, a driver

8      dropped you off; is that right?

9      A      Yes.

10     Q      And you and Jose walked inside the house and

11     went into the bathroom, right?

12     A      We didn't walk inside the house.

13     Q      How did you get inside the bathroom?

14     A      The door was open.

15     Q      So when you walk up to the house, the bathroom

16     is to your left and the main house is to your right,

17     correct?

18     A      The door to the house was on the right, and to

19     the left, yes, was the bathroom.

20     Q      And when you got to the house, you and Jose

21     went into the bathroom, where the door was open, right?

22     A      Yes.

23     Q      And a few minutes later, Dr. Warren arrived,

24     correct?

25     A      Yes.

47

1       Q    Dr. Warren never drove you anywhere, did he?

2       A    No.

3       Q    He never gave you a dictionary or a phrase book

4    to try to learn English, did he?

5       A    No.

6       Q    You barely spoke with Dr. Warren, right?

7            MS. WRIGHT:  Objection.  Asked and answered.

8            THE WITNESS:  Yes.

9    BY MR. KUYKENDALL:

10      Q    You know how to use a compass, right?

11      A    Not real well, but yes.

12      Q    And you know how to guide yourself by the

13   starlight?

14      A    By the stars, yes.

15      Q    And you, with your smartphone, had looked at a

16   map before you crossed?

17      A    I had checked on the part that was Arizona,

18   yes.

19      Q    And your and Jose's plan was to continue

20   walking towards Gila Bend and Phoenix, right?

21      A    The plan was to get to the freeway that's

22   called 8.

23      Q    But that was your plan, your and Jose's plan,

24   correct?

25      A    Yes.

48

1      Q    Dr. Warren never offered to help you get to

2  Interstate 8, did he?

3      A    No, he never did.

4      Q    Dr. Warren never told you to hide, did he?

5      A    No.

6      Q    One minute.

7           That's all my questions.  Thank you.

8      A    You're welcome.

9                 REDIRECT EXAMINATION

10  BY MS. WRIGHT:

11      Q    Mr. Perez-Villanueva?

12      A    Yes.

13      Q    So you've testified that you were at this house

14  for two nights, right?

15      A    Yes.

16      Q    And while you were at the house, you ate there

17  and you slept there, right?

18      A    Yes.

19      Q    How many days were you there total?

20      A    The day we got there, spent the first night,

21  spent the following day, the next night came, and part of

22  the third day, you could say, practically.

23      Q    Now, during the time that you were there, did

24  you go out and buy your own food?

25      A    No.

49

1       Q       Who provided the food?

2       A       We asked the gentleman.

3       Q       By "the gentleman," do you mean the defendant

4   or someone else?

5       A       The accused, yes.

6       Q       You asked the defendant, and when you asked the

7   defendant, did he bring you food?

8       A       He took from what he already had.

9       Q       And did he give you permission to use it?

10      A       He said, this is here; you can eat it.

11      Q       And who provided you with the pots and pans for

12  cooking?

13      A       I asked and he said, here's this, and here's

14  this.

15      Q       And did he provide you with the oven that you

16  used and the stove that you used?

17      A       Just the stove.

18      Q       Did he provide you with the water that you

19  drank?

20      A       Well, we took water from the faucet.

21      Q       Did he give you permission to take that water?

22      A       Yes, we did ask for permission.

23      Q       And who provided you with the beds that you

24  slept in?

25      A       We asked him for permission.

50

1     Q    When you say "him," do you mean the

2  defendant?

3     A    Yes.

4     Q    And same question about the blankets, who gave

5  you those?

6     A    The accused did.

7     Q    And who gave you access to a shower?

8     A    I asked the accused for permission.

9     Q    And prior to the hearing today, were you given

10  questions from the defense to answer?

11     A    Before the hearing?

12     Q    Yes.  Did your attorney, before the hearing

13  today, give you any questions that the defense wanted you

14  to answer?

15     A    No.

16     Q    And prior to today, did you sit down and speak

17  with the lawyers, either Mr. Kuykendall or myself?

18     A    No.

19     Q    One last question, or hopefully one last

20  question, sir, had you ever stayed at this house before?

21     A    No.

22     Q    No further questions.  Thank you.

23     MS. WRIGHT:  All right.  So, Mr. Perez-

24     Villanueva, you are excused for today.  Please keep

25     in contact with your lawyer and let him know how he

51

1          can be in contact with you.

2                  THE WITNESS:  Okay.

3                  MS. WRIGHT:  Do you agree to provide your

4          attorney with the information so that he can know

5          how to reach you in the future?

6                  THE WITNESS:  What do you mean?

7                  MS. WRIGHT:  Do you agree to give your

8          information, your phone number, your address, to

9          your attorney, in case he needs to contact you in

10         the future?

11                 THE WITNESS:  Yes.

12                 MS. WRIGHT:  Okay.  You are excused from the

13         hearing today.  Thank you.

14                 THE WITNESS:  Will we be released, then, after

15         this?

16                 MS. WRIGHT:  And that's a question you should

17         ask your attorney, about how the rest of the day

18         will go.

19                 (Thereupon, the deposition concluded.)

20

21

22

23

24

25

CERTIFICATE OF TRANSCRIPTION

STATE OF ARIZONA
COUNTY OF PIMA:

     The above and foregoing transcript is a true and
correct typed copy of the contents the file, which was
digitally recorded in the proceeding identified at the
beginning of the transcript, to the best of my ability,
knowledge and belief.


     WITNESS my hand and official seal this 9th day of
May, 2018.

                         Tracy Corey
                         Notary Public-State of Arizona
                         My commission #258973
                         Expires August 24, 2019
                         /s/ Tracy Corey