MICHAEL BAILEY
United States Attorney
ANNA WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona  85701-5040
Telephone: (520) 620-7300
E-mail: anna.wright@usdoj.gov
E-mail: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>    vs.<br><br>Scott Daniel Warren,<br><br>                    Defendants. | CR-18-00223-RCC (DTF)<br><br>GOVERNMENT'S PROPOSED QUESTIONS TO BE INCLUDED IN JURY QUESTIONNAIRE |

The United States of America, by and through its undersigned attorneys, hereby submits its proposed questions to be included in a jury questionnaire in this case.

**I.      Introduction**

The defendant, Scott Daniel Warren, a member of No More Deaths, is charged with harboring illegal aliens from January 14-17, 2018. The defendant is alleged to have harbored the illegal aliens at a location colloquially referred to as "The Barn," which is located in Ajo, Arizona.

**II.     Proposed Background Questions**

1. Juror Name:_____ Juror Number:_____

2. Place of Birth:_____

3. What is your current occupational status? (Check all that apply)

   a. Work full-time outside the home     _____

   b. Work part-time outside the home     _____

    c. Full-time homemaker     \_\_\_\_\_

    d. Unemployed     \_\_\_\_\_

    e. Student     \_\_\_\_\_

    f. Retired     \_\_\_\_\_

    g. Disabled     \_\_\_\_\_

    h. Other (Please Explain in Margin)     \_\_\_\_\_

    i. What is your occupation? _____

4. What is the highest level of education you have completed?

    a. High School     \_\_\_\_\_

    b. Bachelor's Degree     \_\_\_\_\_

    c. Master's Degree     \_\_\_\_\_

    d. Doctorate     \_\_\_\_\_

    e. What field of study is your degree? _____

5. Please state your marital status:

    a. Married     \_\_\_\_\_

    b. Single     \_\_\_\_\_

    c. Divorced     \_\_\_\_\_

    d. Widowed     \_\_\_\_\_

6. What is your annual household income?

    a. Less than $25,000     \_\_\_\_\_

    b. Between $25,000 and $70,000     \_\_\_\_\_

    c. Between $70,000 and $100,000     \_\_\_\_\_

    d. More than $100,000     \_\_\_\_\_

**III.     Proposed Substantive Questions**

7. How often do you read the newspaper?

    a. Every day     \_\_\_\_\_

    b. Several times a week     \_\_\_\_\_

    c. Once/twice a week     \_\_\_\_\_

        d. Less often than once a week     \_\_\_\_\_

        e. Never     \_\_\_\_\_

        f. What newspapers do you read? _____

8. How often do you watch TV news?

        a. Every day     \_\_\_\_\_

        b. Several times a week     \_\_\_\_\_

        c. Once/twice a week     \_\_\_\_\_

        d. Less often than once a week     \_\_\_\_\_

        e. Never     \_\_\_\_\_

        f. What stations and programs? _____

9. How often do you listen to radio news?

        a. Every day     \_\_\_\_\_

        b. Several times a week     \_\_\_\_\_

        c. Once/twice a week     \_\_\_\_\_

        d. Less often than once a week     \_\_\_\_\_

        e. Never     \_\_\_\_\_

        f. What stations? _____

10. How often do you get news from the Internet?

        a. Every day     \_\_\_\_\_

        b. Several times a week     \_\_\_\_\_

        c. Once/twice a week     \_\_\_\_\_

        d. Less often than once a week     \_\_\_\_\_

        e. Never     \_\_\_\_\_

        f. What sites? _____

11. Have you ever researched, whether on the Internet or in print, the immigration laws or immigration policies of the United States? If so, please explain.

        a. If so, is there anything about your search or research that might affect your ability to be completely fair and impartial? If so, please explain.

12. Do you recall hearing or reading anything about this case?
    a. If so, please state in detail how you learned about this case and what you know about it.
    b. If so, is there anything that you have heard or read about this case that would make it difficult for you to be a fair and impartial juror in this case? Please explain.
    c. If so, have you formed any opinions about the defendant's guilt or innocence? Please explain.
13. Do you have any strong beliefs, issues, or concerns about the use of the terms "illegal aliens" or "illegal immigrants"? If so, please explain.
14. Have you performed any internet searches, conducted any research, or heard of the following people or topics (circle all that apply):
    a. Scott Warren
    b. No More Deaths
    c. Humanitarian Aid Groups
    d. Prevention Through Deterrence
15. If you circled any of the above-listed topics, please explain what you saw or read, and any opinions you hold as a result of those topics.
16. Frequently, there is publicity in Southern Arizona regarding Border Patrol Agents, border security, and illegal immigration. Is there anything about any of the publicity you have seen, heard, or read which might affect your ability to be completely fair and impartial? If so, please explain.
17. Do you have any personal knowledge about this case? If so, please explain.
18. Have you ever lived and/or worked on or near the border with Mexico? If so, please explain.
19. Have you ever lived and/or worked in or near Ajo, Arizona? If so, please explain.

20. Have you, or a close family member or friend, had any unfavorable, unpleasant and/or difficult experiences from contact, such as through employment, tourism, shopping, etc., with the border with Mexico? If so, please explain.
21. Have ever had contact with known or suspected illegal aliens? If so, please explain.
22. Have you ever had contact with humanitarian aid groups such as No More Deaths, Humane Borders, Tucson Samaritans, etc.? If so, please explain.
23. Have you, or a close family member or friend, ever volunteered with a humanitarian aid organization such as No More Deaths, Humane Borders, Tucson Samaritans, or others? If so, please explain.
    a. Have you, or a close family member or friend, ever donated money or resources to a humanitarian aid organization such as No More Deaths, Humane Borders, Tucson Samaritans, or others? If so, please explain.
24. Do you, or a close family member or friend, display signs in support of humanitarian aid organizations such as No More Deaths, Humane Borders, Tucson Samaritans, or others? If so, which organizations?
25. Do you, or a close family member or friend, have any bumper stickers on any vehicle in support of humanitarian aid organizations such as No More Deaths, Humane Borders, Tucson Samaritans, or others? If so, please explain.
26. Do you believe there is a distinction between real humanitarian aid to illegal aliens and sheltering illegal aliens?
    a. If so, how would you describe the difference?
    b. If the law draws a line between these two types of conduct in a different way than your answer above, would you be able to set aside your predispositions and follow the law?
27. Several witnesses in this case are law enforcement officers, including Border Patrol Agents.

a. Would you tend to believe or credit these witnesses' testimony more than the testimony of a non-law enforcement officer simply because of their position? If so, please explain.

b. Would you tend to believe or credit non-law enforcement officers' testimony more than the testimony of a law enforcement officers simply because of they are not law enforcement? If so, please explain.

28. Have you ever served in the military? If so, please explain.

a. If so, did you ever have contact with humanitarian aid organizations? If so, please explain.

29. Do you believe the United States should have "open borders," or in other words, that a person should not have to seek permission from the United States government to enter the United States? If so, please explain.

30. Do you believe that the United States has the right to control the land along the border with Mexico?

31. Do you believe the United States should decriminalize illegal entry into the United States? If so, please explain.

32. Do you believe there are limits on Border Patrol's authority to enforce immigration laws within the United States? If so, please explain.

a. Do you believe there should be limits on Border Patrol's authority to enforce immigration laws within the United States? If so, please explain.

33. Have you, or a close family member or friend, ever supported, individually or as a member of a group or organization, less security along the border with Mexico? If so, please explain.

a. Have you, or a close family member or friend, ever supported, individually or as a member of a group or organization, less security along the border with Mexico?

    b. Have you, or a close family member or friend, ever donated money, individually or as a member of a group or organization, for less security along the border with Mexico?

    c. If so, have you, or a close family member or friend, ever held any office or title in any organization? If so, please explain.

34. Have you, or a close family member or friend, ever advocated for, individually or as a member of a group or organization, immigrant rights? If so, please explain.

35. Have you written or called any elected or appointed government official to express your opinion about illegal immigration, the Border Patrol, or other related issues? If so, please explain.

36. Have you written or called any newspaper, magazine, television program, or website to express your opinion about illegal immigration, the Border Patrol, or other related issues? If so, please explain.

37. In your religious groups, church services, or other groups, have border crossings, illegal immigration, harboring illegal aliens, or humanitarian aid issues been discussed? If so, please explain.

    a. Have your religious groups, church services, or other groups, volunteered with a humanitarian aid organization such as No More Deaths, Humane Borders, Tucson Samaritans, or others? If so, please explain.

    b. If so, did you participate? Please explain.

38. You will hear testimony from two witnesses; one is a citizen of El Salvador and the other is a citizen of Honduras. Is there anything about their nationality, citizenship, or country that would make it difficult for you to be fair and impartial in this case? If so, please explain.

39. Do you believe people should be allowed to house illegal immigrants who have just crossed the border with Mexico in their homes? If so, please explain.

    a. If so, if the Court's instructions on the law differ from your view, would you be able to set aside your predispositions and follow the law?

40. Have you, or a close family member or friend, ever been arrested for, charged with, or convicted of a criminal offense, including DUI and related charges, other than petty traffic offenses? If so, please explain.

41. Have you, or a close family member or friend, ever been involved in providing shelter to illegal aliens? If so, please explain.

42. Have you, or a close family member or friend, ever been involved in concealing illegal aliens? If so, please explain.

43. Have you, or a close family member or friend, ever been involved in shielding illegal aliens from law enforcement? If so, please explain.

44. Have you received any legal training or education such as law school, paralegal school, or taken criminal justice course? If so, please explain.

45. Do you hold any religious, philosophical, moral, or any other type of personal belief that would make it difficult for you to stand in judgment of or find the defendant guilty of a crime even though the United States proved his guilty beyond a reasonable doubt? If so, please explain.

46. Do you have an opinion about illegal aliens testifying against the defendant that would interfere with or predispose your judgment in this case such that you could not render a fair verdict? If so, please explain.

47. Do you believe that the question of possible punishment should be allowed to enter your deliberations? If so, please explain.

    a. If so, if you were given an instruction that you are not allowed to consider any possible punishment, could you follow that instruction?

48. Under the law, the United States has the burden of proving each crime beyond a reasonable doubt. Would you require the United States to prove the charged crimes beyond all doubt or beyond all possible doubt (a higher burden than required by law)? If so, please explain.

49. The United States may present circumstantial evidence. The Court will instruct you that circumstantial evidence is also proper evidence for you to consider in deciding the case. Would you have any problems with following the Court's instructions regarding circumstantial evidence? If so, please explain.

50. Have you, or a close family member or friend, had the police search their car, home, business, or other property? If so, please explain.
    a. If so, would that experience affect your decision in any way when it is time for you to evaluate the evidence in this case?

51. Is there anything about the charge, the facts, or the issues involved in this case that you have learned from this questionnaire, which you believe would make it difficult for you to be a fair and impartial juror to both the United States and the defendant? If so, please explain.

Respectfully submitted this 26th day of August 2019.

> MICHAEL BAILEY
> United States Attorney
> District of Arizona
>
> */s/ Anna R. Wright & Nathaniel J. Walters*
>
> ANNA WRIGHT &
> NATHANIEL J. WALTERS
> Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 26th day of August 2019, to:

All ECF participants