MICHAEL BAILEY
United States Attorney
ANNA WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: anna.wright@usdoj.gov
E-mail: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Scott Daniel Warren,<br><br>　　　　　Defendant. | 18-CR-223-TUC-RCC (DTF)<br><br>GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE PRIOR ACTS PURSUANT TO FED. R. EVID. 404(b) |

The United States of America, by and through counsel undersigned, hereby provides notice pursuant to Federal Rule of Evidence 404(b) that it intends to admit the following other acts evidence:

### June 16, 2017

At approximately 2:35 p.m. on June 16, 2017, Susannah Brown texted the defendant the following message: "Do you have a safe phone with you? I'd like to talk." About an hour later, at 3:24 p.m., the defendant texted Emily Saunders the following message: "FYI susannah might be calling you." She responded at approximately 4:05 p.m. with "Not sure why. We are meeting after work[.]" This was the same day that Border Patrol executed a search warrant at a No More Deaths camp in Arivaca, Arizona, and arrested four illegal aliens who stayed at the camp for approximately two days.

///

October 7-9, 2017

Beginning on October 7, 2017, at approximately 10:30 a.m. and continuing to 11:00 a.m., Irineo Mujica and Emily Saunders texted about the location of an illegal alien that was in distress in the desert near Ajo.

Beginning at about 3:00 p.m., the defendant began coordinating with Susannah Brown, "Ana" and "Gabe" to locate this illegal alien.

- At about 3:05 p.m., "Ana," using Brown's phone, sent a text to the defendant, saying "Hey Scott, so we are still looking. Are there any blue blank food signs in Ajo? He says that he's on the shoulder of a bridge/overpass with no road beneath it, and we're not quite sure anymore where that might be, aside from a cemetery existing –Ana[.]"

- A little over an hour later, "Gabe," using Brown's phone, sent a text to the defendant, saying "Hey Scott, has anyone gone down to Why/Organ Pipe? We're going down now if no oh else has-Gabe." When the defendant responded in the negative, "Gabe" texted "Okay cool. We are planning to search there as soon as we get back to the barn."

- At 5:30 p.m., the defendant received a text message from Brown, saying that she just got back and "Gabe & Ana headed down to Why." Shortly thereafter, Brown texted again, saying "I just got a call…From some friends in Why. Our friend is at their house. Can you get me Ana's phone #[.]" The defendant responded by asking if he should "come over now[,]" and when Brown indicated that she's "not sure [she] can do much[,]" the defendant offered to "take over." Brown then asked the defendant to "come over" so she "can give [him] contact info?"[1] The defendant agreed.

On October 8 just before 10:00 a.m., the defendant asked Brown if she had "a few minutes to come out to the 5 acres this morning?" Brown agreed that she could come out "in an hour or so[,]" and the defendant said that he and "Em" "might be gone but Ana will be here." Brown asked the defendant if he "want[s] to stop by here briefly[,]" and the

---

[1] There is no exchange of contact information over text between the defendant and Brown on that day.

- 2 -

| | |
|---|---|
| 1 | defendant said that they will "if we leave before you get here[.]" Brown then said she will |
| 2 | text when she is leaving and, about an hour later at 11:26 a.m., texted that she is "heading |
| 3 | out[.]" That evening, just before 6:00, the defendant gave "Violet" Ana's phone number so |
| 4 | that she can "let them know myself and two other[s] will be rolling into the barn around 9 |
| 5 | am" the next day. |
| 6 | On October 9 at 10:20 a.m., Brown emailed the defendant and wrote that she was |
| 7 | going to Phoenix on a pre-planned trip, hoped to be back in time for an Ajo Samaritans |
| 8 | meeting, and "will touch base later." The defendant responded that it "turns out a Tucson |
| 9 | NMD crew is arriving today and staying through Wed[nesday,] so that will be helpful." |
| 10 | That afternoon, at about 3:10 p.m., Violet confirmed that the defendant or "Emily" are |
| 11 | planning on "dropping by the barn today?" The defendant then asked Saunders if she "can |
| 12 | find out if they brought ajo dodge." |

Respectfully submitted this 30th day of September, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/ Anna R. Wright & Nathaniel J. Walters*

ANNA WRIGHT &
NATHANIEL J. WALTERS
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by
other means this 30th day of September, 2019, to:

All ECF participants