MICHAEL BAILEY
United States Attorney
ANNA WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: anna.wright@usdoj.gov
       nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Scott Daniel Warren,<br><br>    Defendant. | 18-CR-223-TUC-RCC (DTF)<br><br>NOTICE OF EXPERT WITNESSES |

Pursuant to the Federal Rules of Criminal Procedure, Rule 16(a)(1)(G), the United States, by and through undersigned counsel, provides supplemental notice of its intent to use expert witness testimony under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial.

    I.    <u>Immigration and A-File Procedures Expert</u>

The government provides notice that it may call a prosecutions agent from the Border Patrol to testify regarding deportation and/or removal procedures, "A" file procedures, and documents contained in the A-files of the two material witnesses apprehended in this case. Such documents include, but are not limited to, fingerprint cards, and deportation, and/or removal documents. The government previously provided defense counsel an opportunity to review the material witnesses' A-files, and has disclosed any relevant documents to defense counsel. Upon request and with appropriate notice, the

government will provide an opportunity for re-inspection of the material witnesses' A-files. The documents would be used as evidence of alienage and identity.

Of note, the government called both material witnesses for video depositions and played both video depositions at the first trial. The defendant did not challenge their testimony regarding their alienage, but if the defendant contests alienage or identity at trial, the government may use the material witnesses' A-files to further prove alienage.

## II. Fingerprint Expert

Absent stipulation, the government may call a fingerprint expert from the DHS CBP Laboratories and Scientific Services, Southwest Regional Science Center (SWRSC), Joint Arizona Forensics Center, in Tucson, Arizona, to testify with regard to fingerprints taken from the material witnesses that will be compared to various documents in their A-files. If, after reviewing the A-files, the government determines a fingerprint expert is necessary, the government will provide a fingerprint comparison report and *curriculum vitae* of an expert to the defense.

The government may also call a fingerprint expert from the DHS CBP Laboratories and Scientific Services, Southwest Regional Science Center (SWRSC), Joint Arizona Forensics Center, in Tucson, Arizona, to testify with regard to fingerprints taken from items seized from the Barn in relation to this case.

## III. Cellphone Extraction Expert

The United States may call Border Patrol Agent Matthew Gibbs, or another similarly qualified agent, in its case-in-chief to testify about the cell phones seized in connection with the defendant's arrest in this case. Agent Gibbs has been employed with the Border Patrol since 2003 and is currently an Intelligence Agent within the Border Patrol Digital Forensics Unit. The government will provide Agent Gibbs' *curriculum vitae* to the defense separately.

Pursuant to Rule 702 of the Federal Rules of Evidence, Agent Gibbs will testify at trial as to his technical and specialized knowledge regarding the forensic examination of digital devices, including cell phones. This testimony will include Agent Gibbs' training

and background; the nature of his examination and analysis of the cell phones in this case; and the methods and software used to assist in his examination.

Specifically, Agent Gibbs is expected to testify regarding the following subject areas:

1. Background information pertaining to the investigation and forensic search of cell phones in general.

2. Background information about data extraction, transfer, and analysis hardware and software aimed at acquiring both physical and logical data stored on mobile devices, as well as the ability to transfer the extracted data to other devices, parse acquired data, and analyze content. This testimony will include basic information about Cellebrite extraction.

3. The basic methodology by which a technician may acquire deleted data during a Cellebrite physical data extraction.

4. Basic information concerning any routine technical or administrative review or validation of forensic examination findings.

5. Explanation of the Cellebrite data extraction for the source cell phone, including demonstrative testimony.

6. Background information regarding Internet Evidence Finder ("IEF"), a digital forensics tool, and an explanation of the IEF results for the source phone data.

7. Background information regarding WhatsApp and Kik, instant messaging cross-platform applications for smartphones that use the Internet to send text messages, images, video, user location and audio media messages.

Additional lines of inquiry may be explored on redirect examination or rebuttal if the defendant opens the door.

IV.     Alien Smuggling Expert

The government expects HSI Special Agent Michael Edwards, or another similarly qualified agent, to testify regarding the methods of alien smuggling in the area surrounding Ajo, Arizona. *See United States v. Mejia-Luna*, 562 F.3d 1215 (9th Cir. 2009). Special

| | |
|---|---|
| 1 | Agent Edwards will testify about how aliens are guided into the United States and the |
| 2 | routes aliens typically use in the area surrounding Ajo, Arizona. Special Agent Edwards |
| 3 | may also testify about common obstacles aliens encounter when they illegally enter the |
| 4 | United States to include law enforcement patrols, Border Patrol checkpoints, and sightings |
| 5 | by civilians. Special Agent Edwards's testimony will be based upon his training, |
| 6 | experience, and education. His *curriculum vitae* will be disclosed separately to the |
| 7 | defendant. |

Respectfully submitted this 30th day of September, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/Anna Wright and Nathaniel Walters*

Anna Wright and Nathaniel Walters
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by
other means this 30th day of September, 2019, to:

All ECF Participants