MICHAEL BAILEY
United States Attorney
ANNA WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: anna.wright@usdoj.gov
        nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 18-CR-223-TUC-RCC (DTF) |
|---|---|
| Plaintiff, | |
| vs. | **GOVERNMENT'S REQUEST FOR DISCLOSURE** |
| | (Pursuant to Fed. R. Crim. P. 16(b)) |
| Scott Daniel Warren, | |
| Defendant. | |

Now comes the United States of America, by and through its undersigned attorneys, and hereby states that the defendant has requested disclosure under Fed. R. Crim. P. 16(a)(1), and that the government has complied with these requests and acknowledges its continuing duty to disclose.

Wherefore, the United States of America hereby requests pursuant to Fed. R. Crim. P. 16(b), that the defendant provide the government with the following:

1.    <u>Documents and Tangible Objects</u>. Permit the government to inspect and copy or photograph all books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at the trial. Fed. R. Crim. P. 16(b)(1)(A).

2.     Reports of Examinations and Tests. Permit the government to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness' testimony. Fed. R. Crim. P. 16(b)(1)(B).

3.     Expert Witnesses. Disclosure of a written summary of testimony the defendant intends to use under Fed. R. Evid. 702, 703 and 705 at trial. This summary must describe the opinions of the witnesses, the bases and reasons therefore, and the witnesses' qualifications. Fed. R. Crim. P. 16(b)(1)(C).

4.     Continuing Duty to Disclose. Prompt notification of the existence of additional evidence or material that is subject to discovery or inspection under Fed. R. Crim. P. 16, up to or during trial.

Respectfully submitted this 30th day of September, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/ Anna R. Wright & Nathaniel J. Walters*

ANNA WRIGHT &
NATHANIEL J. WALTERS
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by
other means this 30th day of September, 2019, to:

All ECF participants