1  MICHAEL BAILEY
   United States Attorney
2  ANNA WRIGHT
   Assistant U.S. Attorney
3  NATHANIEL J. WALTERS
   Assistant U.S. Attorney
4  State Bar No.: 029708
   405 West Congress, Suite 4800
5  Tucson, Arizona  85701-5040
   Telephone: (520) 620-7300
6  E-mail: anna.wright@usdoj.gov
           nathaniel.walters@usdoj.gov
7  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>   vs.<br><br>Scott Daniel Warren,<br><br>               Defendant. | CR-18-00223-RCC (DTF)<br><br>NOTICE OF INTENT TO USE DEFENDANT'S CONFESSIONS, ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1 |

The United States of America, by and through its undersigned attorneys, hereby gives notice, pursuant to Rule 16.1 of the Local Rules of Criminal Practice of the United States District Court for the District of Arizona, that all confessions, admissions and statements provided in the government's disclosure will be introduced into evidence by the government at the trial in this matter. *See United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

Although not required under Rule 16.1, in an abundance of caution, the government also gives notice that it may introduce any and all prior testimony given by the defendant in this matter and in the misdemeanor matter (17-MJ-341). Similarly, the government gives notice that it may introduce any public statements made by the defendant, including written and oral statements made to the media.

///

Respectfully submitted this 30th day of September, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/ Anna R. Wright & Nathaniel J. Walters*

ANNA WRIGHT &
NATHANIEL J. WALTERS
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 30th day of September, 2019, to:

All ECF participants