MICHAEL BAILEY
United States Attorney
ANNA WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: anna.wright@usdoj.gov
nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                 Plaintiff,<br><br>   vs.<br><br>Scott Daniel Warren,<br><br>                 Defendant. | 18-CR-223-TUC-RCC (DTF)<br><br>GOVERNMENT'S MOTION TO APPOINT COUNSEL TO SUSANNAH BROWN |

The United States of America, by and through its attorneys undersigned, hereby submits this motion to appoint counsel to Susannah Brown.

Susannah Brown testified as a witness for the defendant in the first trial in this matter. TR 6/4/19 at 124-194. As the government argued in closing, her testimony demonstrated that she conspired with the defendant to harbor two illegal aliens at the Barn from January 14 to January, 17, 2017. *See* TR 6/7/19 at 7-8, 22-24, 26. As such, she may further expose herself to criminal liability if she testifies at the retrial. Counsel for the defendant recently informed the government that, "given the accusations [the government] has made against [Ms. Brown], [they] fully expect[ ] her to invoke her Fifth Amendment rights at retrial." Therefore, in an abundance of caution, the government believes Ms.

Brown should be appointed counsel to advise her regarding her potential testimony at the retrial.

Respectfully submitted this 30th day of September, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/ Anna R. Wright & Nathaniel J. Walters*

ANNA WRIGHT &
NATHANIEL J. WALTERS
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by
other means this 30th day of September, 2019 to:

All ECF Participants