MICHAEL BAILEY
United States Attorney
ANNA WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: anna.wright@usdoj.gov
         nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 18-CR-223-TUC-RCC (DTF) |
|---|---|
| Plaintiff, | |
| vs. | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE HYPOTHETICAL QUESTIONS ABOUT INFORMED CONSENT |
| Scott Daniel Warren, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby responds to the defendant's Motion to Preclude Hypothetical Questions About Informed Consent. Doc. 323. The government respectfully requests that the Court deny the motion because it has no basis in law or fact.

At trial, the defendant introduced the No More Deaths' written protocols as an exhibit, elicited testimony about the protocols and associated training, and argued that the defendant did not intend to violate the law because he followed the protocols. The government cross-examined defense witnesses regarding the section of the protocols specifically related to calling 911 for illegal aliens in need of emergency medical care. The testimony showed that volunteers do not follow this section of the protocols as written and that at least some of the volunteers understand that avoiding immigration authorities is treated as an equal goal with providing medical care. *See* TR 6/5/19 at 122-23, 145-46.

1 | This testimony was directly relevant to the witnesses' bias and credibility. As such, this was proper impeachment and there is no basis for precluding this testimony at the retrial.

Cross-examination on this issue also tended to show that, in conflating informed medical consent with legal advice, the protocols direct volunteers to take steps that will help illegal aliens avoid apprehension by immigration authorities and that the protocols are unreasonable as written. To the extent the defendant relies on the protocols as a legal excuse for his conduct, in this case, this testimony shows that his reliance is either unreasonable or that following the protocols can be consistent with intending to violate the law. As such, this testimony is directly relevant to the defendant's intent and motive. In any event, through cross-examination, the government should be allowed to explore the limits of protocols the defendant allegedly followed to justify harboring illegal aliens contrary to law.

For the reasons discussed above, the defendant's motion should be denied.

Respectfully submitted this 4th day of October, 2019.

        MICHAEL BAILEY
        United States Attorney
        District of Arizona

        */s/ Anna R. Wright & Nathaniel J. Walters*

        ANNA WRIGHT &
        NATHANIEL J. WALTERS
        Assistant U.S. Attorneys

Copy of the foregoing served electronically or by
other means this 4th day of October, 2019, to:

All ECF participants