**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** Raner C. Collins | **Date:** October 15, 2019 |
| **USA v. Scott Daniel Warren** | **Case Number:** CR-18-00223-001-TUC-RCC (DTF) |

**Assistant U.S. Attorneys:** Anna Wright and Nathaniel Walters
**Attorneys for Defendant:** Gregory John Kuykendall and Amy Knight, Retained
**Interpreter:** N/A
**Deputy Clerk:** Rose Chavez          **Court Reporter:** Erica McQuillen
**Defendant:**  ☒ Present         ☒ Released

**MOTION HEARING:**

Minute entry for hearing on all outstanding motions as to Scott Daniel Warren held 10/15/2019.

Counsel present their arguments to the Court.

I**T IS ORDERED the following motions are taken Under Advisement:**

Defendant's Motion in Limine to Preclude Conspiracy Evidence (Doc. 315)

Defendant's Motion in Limine - Evidence of Possible Bias Or Prejudice Affecting Government Witnesses (Doc. 320)

Defendant's Motion in Limine - Informed Consent Hypotheticals (Doc. 323)
Defendant's Motion in Limine - Exercise of Constitutional Rights (Doc. 324)

Government's Motion in Limine to Preclude Testimony Regarding an Advice of Counsel Defense (Doc.327)

Government's Motion for Reconsideration of Prior Ruling Regarding Use of Defendant's Prior Testimony for Impeachment (Doc. 328)

Government's Motion to Appoint Counsel for Susannah Brown (Doc. 336)

Defendant's Motion in Limine - Allow Use of Prior Testimony (Doc. 340)

Government states it has received notes therefore the Government's Motion to Compel Disclosure of Witness Statements Pursuant to Rule 26.2 (Doc. 345) is MOOT.

The Court anticipates the jury questionnaires will be provided to counsel by the end of this week.

| | |
|---|---|
| **USA v.** Scott Daniel Warren | **Date:** October 15, 2019 |
| **Case Number:** CR-18-00223-001-TUC-RCC (DTF) | Page 2 of 2 |

Counsel approach sidebar to discuss scheduling issues with the Court.

The Government makes a record regarding the misdemeanor plea offer which expires today.

The Court sets Status and Motion Hearing before this Court for 10/28/19 at 1:30 P.M. to discuss jury questionnaires

**Motion Hearing:   1 hr 41 mins**
**Start:  1:30 p.m. - Stop: 3:11 p.m.**