MICHAEL BAILEY
United States Attorney
ANNA WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona  85701-5040
Telephone: (520) 620-7300
E-mail: anna.wright@usdoj.gov
E-mail: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 18-CR-223-TUC-RCC (DTF) |
| Plaintiff, | |
| vs. | GOVERNMENT'S MOTION TO CLARIFY COURT'S ORDER AS TO DEFENDANT'S MOTION TO PRECLUDE IRRELEVANT EVIDENCE OF CONSPIRACY |
| Scott Daniel Warren, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby moves the Court for clarification of its Order addressing the defendant's Motion to Preclude Irrelevant Evidence of Conspiracy. *See* Doc. 353 at 1. The defendant previously moved to preclude certain testimony from the material witness depositions, the security camera footage from two gas stations, and the "selfies" taken by the material witnesses prior to their arrival at the Barn. Doc. 315. The Court granted the motion in part and denied it in part. Doc. 353 at 1. In order to fully comply with the Court's ruling, the government seeks further clarification.

In ruling on the motion, the Court precluded evidence of the material witnesses' journey from Mexico to the United States as irrelevant but found that the material witnesses' statements to the defendant about their journey relevant. *Id.* The material witnesses told the defendant about their journey from Mexico to the United States and

arguably only left out their journey from the second gas station to the Barn. *See* Doc. 315-1 at 21:23-22-4; Doc. 315-2 at 21:7-24. Accordingly, the government proposes to further redact the video depositions to remove only testimony about the material witnesses' journey from the second gas station to the Barn as follows:

- Doc. 315-1 at 14:18-19:2, 21:25-22:2, 46:7-9
- Doc. 315-2 at 13:10-13, 13:17-19, 15:11-18:19, 52:18-53:2

The government seeks clarification from the Court now so that it may have sufficient time to make any redactions to the recordings.

In addition, the government seeks clarification as to the extent of the Court's ruling that the government can play "the video at the gas station since the extent of the migrants' injury is still an issue in the case." Doc. 353 at 1. During the first trial, the government introduced security camera footage from both gas stations, as well as selfies taken by the material witnesses at the second gas station, to show the material witnesses' illegal presence in the United States and their physical condition in the hours just before they arrived at the Barn. Based on the reasoning set out in the Court's order, the government requests clarification such that it be allowed to present the security camera footage from both gas stations, as well as selfies taken by the material witnesses at the second gas station.

Respectfully submitted this 25th day of October, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/ Anna R. Wright & Nathaniel J. Walters*

ANNA WRIGHT &
NATHANIEL J. WALTERS
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 25th day of October, 2019, to:

All ECF participants