MICHAEL BAILEY
United States Attorney
District of Arizona

Glenn B. McCormick
Assistant U.S. Attorney
Arizona State Bar No. 0013328
40 North Central, Ste. 1800
Phoenix, AZ  85004
Telephone:  602-514-7500
Email: glenn.mccormick@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No.  CR 18-00223-RCC (DTF) |
| Plaintiff, | **NOTICE OF ASSOCIATION OF GOVERNMENT COUNSEL** |
| vs. | |
| Scott Daniel Warren, | |
| Defendant. | |

NOTICE is hereby given to all interested parties, in accordance with Local Rule 1.7(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney Glenn B. McCormick is associated in the matter above for the United States, to act as co-counsel to lead counsel Anna Wright and Nathaniel J. Walters.

Respectfully submitted this 28th day of August, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

 s/ *Glenn B. McCormick*
GLENN B. MCCORMICK
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrant(s) under this file number:

Gregory Kuykendall
Katherine Franke
William Walker
Amy Pickering Knight
*Attorneys for Defendants*

 s/ Glenn B. McCormick
United States Attorney's Office