**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| Senior U.S. District Judge: Raner C. Collins | Date: October 28, 2019 |
| USA v. Scott Daniel Warren | Case Number: CR-18-00223-TUC-RCC (DTF) |

Assistant U.S. Attorney: Anna Wright/Nathaniel Walters/Glenn McCormick
Attorney for Defendant: Gregory Kuykendall/Amy Knight (Retained)
Deputy Clerk: Sherry Gammon
Court Reporter: Erica McQuillen
Interpreter: N/A
Defendant: ☐ Present  ☒ Presence Waived  ☒ Released  ☐ Custody  ☐ Summons  ☐ Writ

**Motion Hearing/Status Conference**
Matter comes before the Court re: Motion in *Limine* to Preclude Prior Acts (Doc. 348) filed by the Defendant, Motion in *Limine* to Exclude Alien Smuggling Expert (Doc. 349) filed by the Defendant and Motion to Clarify Order re: 353 (Doc. 356) filed by the Government.

Argument presented by Mr. Kuykendall and Mr. Walters re: the Motion in *Limine* to Preclude Prior Acts (Doc. 348). The motion is taken Under Advisement. The Motion in *Limine* to Exclude Alien Smuggling Expert (Doc. 349) is moot as the Government does not intend to call the expert as a witness in their case in chief. The Motion to Clarify Order re: 353 (Doc. 356), argued by Mr. Walters and Mr. Kuykendall, is Granted in Part. The Court provides clarification as to the gas station videos and the selfies.

Counsel and the Court retire to chambers at 2:08 p.m. to review the jury questionnaires for strikes. Counsel are excused at 4:49 p.m. Court continues to **10/29/2019 at 1:30 p.m.** to further review jury questionnaires.

Motion Hearing: <u>28 Minutes</u>
Start: 1:29 p.m.  Stop: 1:57 p.m.

In camera review: <u>2 Hours 41 Minutes</u>
Start: 2:08 p.m.  Stop: 4:49 p.m.
