**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| Senior U.S. District Judge: Raner C. Collins | Date: October 29, 2019 |
| USA v. Scott Daniel Warren | Case Number: CR-18-00223-TUC-RCC (DTF) |

Assistant U.S. Attorney: Anna Wright/Nathaniel Walters
Attorney for Defendant: Gregory Kuykendall (Retained)
Deputy Clerk: Sherry Gammon
Court Reporter: Erica McQuillen
Interpreter: N/A
Defendant:   ☐ Present   ☒ Presence Waived   ☒ Released   ☐ Custody   ☐ Summons   ☐ Writ

**Status Conference**
Matter comes before the Court for further Status Conference re: jury questionnaires.
Counsel and the Court having reviewed jury questionnaires, the Court excuses for cause the following jurors: 5, 6, 8, 11, 15, 17, 19, 26, 28, 30, 35, 38, 41, 42, 51, 55, 57, 60, 62, 65, 71, 75, 86, 87, 89, 90, 91, 98, 107, 112, 113, 123, 128, 130, 131, 132, 137, 138, 143, 149, 153, 154, 155, 163, 167, 168, 170, 175, 182, 187, 188, 189, 191, 195, 198, 204, 207, 212, 219, 220, 225, 227, 229, 233, 237 and 238.

Counsel present oral objection as to additional jurors they request to be stricken for cause and previously denied by the Court. Following oral argument, the Court additionally strikes jurors 2, 4, 7, 37, 106, 165, 166, 183 and 186.

Counsel and the Court discuss the prospective trial schedule. Trial will not be held Monday, 11/18/2019 and will only be held on Monday, 11/25/2019 if necessary.

The Court instructs counsel to shred all copies of the jury questionnaires for jurors stricken for cause. The Court further instructs counsel to inform one another if their research uncovers anything in a juror's social media post that they believe is grounds for striking.

Status Conference:   1 Hour 23 Minutes
Start:  1:30 p.m.   Stop: 2:53 p.m.