MICHAEL BAILEY
United States Attorney
ANNA WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona  85701-5040
Telephone: (520) 620-7300
E-mail: anna.wright@usdoj.gov
E-mail: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-18-00223-RCC (DTF) |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION *IN LIMINE* REGARDING THE PRESIDENT OF THE UNITED STATES |
| vs. | |
| Scott Daniel Warren, | |
| Defendants. | |

The United States of America, by and through its undersigned attorneys, files its motion *in limine* to prevent the defense from mentioning the President, his administration, or his administration's policies. Any reference to the President or his administration would be irrelevant and unfairly prejudicial.

### I.     LAW & ARGUMENT

On October 29, 2019, for the first time, the United States learned the defense might mention the President of the United States, Donald Trump, his administration, or his administration's policies.

Any mention of the President or his administration should be precluded as irrelevant because it would not have "any tendency to make a fact more or less probable" and is not "of consequence in determining the action." Fed. R. Evid. 401(a) & (b). Also, the minimal, if any, probative value of statements regarding the President or his administration is substantially outweighed by the danger of unfair prejudice. Fed. R. Evid. 403.

**II. CONCLUSION**

For the above-stated reasons, the Court should preclude the defendant and defense witnesses should from mentioning the President, his administration, or the administration's policies.

Respectfully submitted this 31st day of October 2019.

                MICHAEL BAILEY
                United States Attorney
                District of Arizona

                */s/ Anna R. Wright & Nathaniel J. Walters*

                ANNA WRIGHT &
                NATHANIEL J. WALTERS
                Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 31st day of October 2019, to:

All ECF participants