# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-18-00223-TUC-RCC (DTF) |
| Plaintiff, | **ORDER** |
| v. | |
| Scott Daniel Warren, | |
| Defendant. | |

The Court took under advisement the Motion in *Limine* to Preclude Prior Acts (Doc. 348). That motion is Granted.

As previously stated the Motion in *Limine* to Exclude Alien Smuggling Expert (Doc. 349) is Moot as the Government does not intend to call the witness.

The Government's Motion to Clarify Court's Order as to Defendant's Motion to Preclude Irrelevant Evidence of Conspiracy (Doc. 356) was Granted in Part. The Court approves the suggested redactions by the Government except Doc. 315-1, 21:25-22:2 and Doc. 315-2, 52:18-53:2 should remain.

Dated this 31st day of October, 2019.

Honorable Raner C. Collins
Senior United States District Judge