1 MICHAEL BAILEY
United States Attorney
2 ANNA WRIGHT
Assistant U.S. Attorney
3 NATHANIEL J. WALTERS
Assistant U.S. Attorney
4 State Bar No.: 029708
405 West Congress, Suite 4800
5 Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
6 E-mail: anna.wright@usdoj.gov
        nathaniel.walters@usdoj.gov
7 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-18-00223-RCC (DTF) |
|---|---|
| Plaintiff, | |
| v. | GOVERNMENT'S PROPOSED ADDITIONAL/REVISED JURY INSTRUCTIONS |
| Scott Daniel Warren, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby submits and incorporates by reference its previously submitted jury instructions. *See* Docs. 221, 244. In addition, the government respectfully requests that the Court modify the defendant's requested "No Obligation to Report" instruction to include a complete and accurate statement of the law. The government also respectfully requests that this instruction only be given as a final instruction. A proposed modified instruction is attached.

Respectfully submitted this 31st day of October, 2019.

    MICHAEL BAILEY
    United States Attorney
    District of Arizona

    */s/ Anna R. Wright & Nathaniel J. Walters*

    ANNA WRIGHT &
    NATHANIEL J. WALTERS
    Assistant U.S. Attorneys

1. Copy of the foregoing served electronically or by other means this 31st day of October, to:
2. All ECF participants

NO OBLIGATION TO REPORT (modified)

The law does not impose a general affirmative obligation on citizens to report suspected or known violations of law to authorities. However, you may consider such evidence along with all other evidence in determining whether the government has proven the elements of the offense beyond a reasonable doubt.

Authority: *See United States v. Oplinger*, 150 F.3d 1061, 1065-67 (9th Cir. 1998); *United States v. Beckman*, 298 F.3d 788, 795-96 (9th Cir. 2002); *United States v. Tydingco*, 909 F.3d 297, 304 (9th Cir. 2018).