1  MICHAEL BAILEY
   United States Attorney
2  ANNA WRIGHT
   Assistant U.S. Attorney
3  NATHANIEL J. WALTERS
   Assistant U.S. Attorney
4  State Bar No.: 029708
   405 West Congress, Suite 4800
5  Tucson, Arizona  85701-5040
   Telephone: (520) 620-7300
6  E-mail: anna.wright@usdoj.gov
   E-mail: nathaniel.walters@usdoj.gov
7  Attorneys for Plaintiff
8
                   IN THE UNITED STATES DISTRICT COURT
9
                      FOR THE DISTRICT OF ARIZONA
10

| | |
|---|---|
| 11  United States of America, | 18-CR-223-TUC-RCC (DTF) |
| 12                    Plaintiff, | |
| 13         vs. | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CLARIFY |
| 14  Scott Daniel Warren, | (Doc. 368) |
| 15                    Defendant. | |
| 16 | |

17         The United States of America, by and through its undersigned attorneys, hereby

18  respectfully responds to the defendant's Motion to Clarify Order on Redactions to Video

19  Depositions. Doc. 368. The government takes no further position on the appropriate

20  redactions. However, the government respectfully requests that the Court rule as soon as

21  possible, because, upon information and belief, further redactions to the video depositions

22  will take significant time to prepare and may cause delays during trial.

23

24

25

26

27

28  ///

Respectfully submitted this 6th day of November, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/ Anna R. Wright & Nathaniel J. Walters*

ANNA WRIGHT &
NATHANIEL J. WALTERS
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by
other means this 6th day of November, 2019, to:

All ECF participants