# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Scott Daniel Warren,<br><br>        Defendant. | CR-18-00223-TUC-RCC (DTF)<br><br>**ORDER** |

The Court has reviewed the Defendant's Motion to Clarify Order on Redactions to Video Depositions (Doc. 368), and the Government's Response thereto;

**IT IS ORDERED** the additional redactions sought by the Defense are Granted.

Dated this 6th day of November, 2019.

_____
Honorable Raner C. Collins
Senior United States District Judge