# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

vs.

Scott Daniel Warren
DEFENDANT.

FILED / RECEIVED
NOV 20 2019
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

CR 18-00223-RCC-DTF

Government's WITNESS LIST

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Hon. Raner C. Collins | Sherry Gammon | Erica McQuillen |
| HEARING DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| November 12, 2019 | Anna R. Wright; Nathaniel J. Walters; Glenn McCormick | Gregory J. Kuykendall; Amy P. Knight |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 | | 11/13/19 | 11/13/19 | John Marquez, United States Border Patrol | ✓ |
| 2 | | 11/13/19 | 11/13/19 | Brendan Burns, United States Border Patrol | ✓ |
| 3 | | | | Argelia Robles, United States Border Patrol | |
| 4 | | | | Ned Ewing, United States Border Patrol | |
| 5 | | 11/14/19 | 11/14/19 | Patti Fitzsimmons, United States Border Patrol | ✓ |
| 6 | | | 11/14/19 | Jose Sacaria-Godoy  via video deposition | |
| 7 | | | 11/14/19 | Kristian Perez-Villanueva  via video deposition | |
| 8 | | | | David Alejandro Sandoval, United States Border Patrol | |
| 10 | | | | Samuel Barbosa, United States Border Patrol | |
| 11 | | | | Alberto Ballesteros, United States Border Patrol | |
| 12 | | | | David Rivera Figueroa, United States Border Patrol | |
| 13 | | | | Ariel Iniguez, United States Border Patrol | |
| 14 | | | | Daniel Ramirez, United States Border Patrol | |
| 15 | | | | Desiderio Vargas, United States Border Patrol | |
| 16 | | | | PCSO Deputy Francis Rovi | |
| 17 | | | | PCSO Deputy Maurice Othic | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |