# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

vs.

Scott Daniel Warren
DEFENDANT.



FILED _____ LODGED
RECEIVED _____ COPY

NOV 2 0 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY SC _____ DEPUTY

CR 18-00223-RCC-DTF
Defendant's
*WITNESS LIST*

| PRESIDING JUDGE Hon. Raner C. Collins | | | COURTROOM DEPUTY Sherry Gammon | | COURT REPORTER Erica McQuillen | |
|---|---|---|---|---|---|---|
| HEARING DATE(S) November 12th-22nd, 2019 | | | DEFENDANT ATTORNEY(S) Gregory J. Kuykendall; Amy P. Knight | | PLAINTIFF ATTORNEY(S) Anna R. Wright; Nathaniel J. Walters Glenn McCormick | |
| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | | UNDER RULE |
| | 1 | 11/19/19 | 11/19/19 | Scott Daniel Warren | | |
| | 2 | 11/15/19 | 11/15/19 | Isabella Reis-Newsom | | ✓ |
| | 3 | 11/15/19 | 11/15/19 | Ellie Kaszniak | | ✓ |
| | 4 | | | Michael Szetela | | |
| | 5 | | | Jason DeLeon | | |
| | 6 | 11/15/19 | 11/15/19 | Prof. Andy Silverman | | ✓ |
| | 7 | 11/15/19 | 11/15/19 | Dr. Norma Price | | ✓ |
| | 8 | 11/14/19 | 11/14/19 | Dr. Gregory Hess, Pima County Medical Examiner | | ✓ |
| | 9 | | | Dr. Carol Johnson | | |
| | 11 | | | Susannah Brown | | |
| | 12 | 11/14/19 | 11/14/19 | Dr. Ed McCullough (read into the record by Brendan Murphy) | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |