UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

FILED ✓   RECEIVED ___   LODGED ___   COPY ___

NOV 20 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY SG DEPUTY

United States
PLAINTIFF

V.

Scott Daniel Warren
DEFENDANT

GOVERNMENT'S EXHIBIT LIST

CASE NUMBER: CR18-223-TUC-RCC(DTF)

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Raner C. Collins | Sherry Gammon | Erica McQuillen |
| HEARING/TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| November 12-22, 2019 | Anna R. Wright<br>Nathaniel Walters<br>Glenn McCormick | Amy Knight<br>Gregory Kuykendall |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1 | | | Driver's license photograph of Ireneo Mujica |
| 2 | | | Screen shot of image search results (Bates #512) |
| 3 | | | Still image from Why Not Travel Center security camera (Bates #118) |
| 3A | | | Still image from Why Not Travel Center security camera (Bates #119) |
| 3B | | 11/13/19 | Still image from Why Not Travel Center security camera (Bates #116) |
| 3C | | 11/13/19 | Still image from Why Not Travel Center security camera (Bates #117) |
| 4 | | | Still image from Why Not Travel Center security camera (Bates #120) |
| 4A | | | Still image from Why Not Travel Center security camera (Bates #121) |
| 5 | | 11/13/19 | Screen shot from Perez-Villanueva's phone |
| 6 | | 11/13/19 | Photograph of front exterior of "The Barn" (Bates #302) |
| 7 | | 11/13/19 | Photograph of back exterior of "The Barn" (Bates #307) |
| 8 | | 11/13/19 | Photograph of back exterior of "The Barn" (Bates #301) |
| 9 | | 11/13/19 | Photograph of front door to "The Barn" (Bates #308) |
| 10 | | 11/13/19 | Photograph of common area in "The Barn" (Bates #310) |
| 11 | | 11/13/19 | Photograph of common area in "The Barn" (Bates #312) |
| 12 | | 11/13/19 | Photograph of kitchen area in "The Barn" (Bates #313) |
| 13 | | 11/13/19 | Photograph of kitchen area in "The Barn" (Bates #314) |
| 14 | | 11/13/19 | Photograph of common area and sleeping area in "The Barn" (Bates #317) |

# GOVERNMENT'S EXHIBIT LIST -- CONTINUATION

| | | | CASE NO. |
|---|---|---|---|
| *United States vs. Scott Daniel Warren* | | | CR18-00223-TUC-RCC (DTF) |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 15 | | 11/13/19 | Photograph of common area and sleeping area in "The Barn" (Bates #318) |
| 16 | | 11/13/19 | Photograph of sleeping area in "The Barn" (Bates #185) |
| 16A | | | Photograph of sleeping area in "The Barn" (Bates #186) |
| 17 | | 11/13/19 | Photograph of sleeping area in "The Barn" (Bates #192) |
| 17A | | Withdrawn 11/19/19 ~~11/13/19~~ | Photograph of sleeping area in "The Barn" (Bates #191) |
| 17B | | Withdrawn 11/19/19 ~~11/13/19~~ | Photograph of sleeping area in "The Barn" (Bates #189) |
| 17C | | Withdrawn 11/19/19 ~~11/13/19~~ | Photograph of sleeping area in "The Barn" (Bates #215) |
| 18 | | 11/13/19 | Photograph of sleeping area in "The Barn" (Bates #190) |
| 19 | | 11/13/19 | Photograph of bathroom door in "The Barn" (Bates #269) |
| 20 | | 11/13/19 | Photograph of bathroom in "The Barn" (Bates #270) |
| 21 | | 11/13/19 | Photograph of bathroom in "The Barn" (Bates #273) |
| 22 | | 11/13/19 | Photograph of bathroom in "The Barn" (Bates #274) |
| 23 | | 11/13/19 | Photograph of bathroom in "The Barn" (Bates #275) |
| 24 | | | Photograph of bathroom in "The Barn" (Bates #277) |
| 25 | | | Photograph of sleeping area in "The Barn" (Bates #245) |
| 25A | | | Photograph of sleeping area in "The Barn" (Bates #242) |
| 26 | | | Photograph of common area in "The Barn" (Bates #378) |
| 27 | | | Photograph of common area in "The Barn" (Bates #379) |
| 28 | | | Photocopy of sign in common area in "The Barn" (Bates #481) |
| 28A | | | Photocopy of sign in common area in "The Barn" (Bates #520) |
| 29 | | | Photograph of hand-drawn map found in "The Barn" (Bates #216) |
| 30 | | | Photograph of hand-drawn map found in "The Barn" (Bates #217) |
| 31 | | | Photograph of hand-drawn maps found in "The Barn" 9Bates #218) |
| 32 | | | Photocopy of hand-drawn map found in "The Barn" (Bates #530) |
| 33 | | | Photocopy of hand-drawn map found in "The Barn" (Bates #531) |
| 34 | | 11/13/19 | Perez-Villanueva "selfie" |

| | | | |
|---|---|---|---|
| 35 | | 11/13/19 | Perez-Villanueva "selfie" (Bates #519) |
| 36 | | 11/13/19 | Perez-Villanueva "selfie" (Bates #518) |
| 37 | | 11/13/19 | Sacaria-Goday "selfie" (Bates #517) |
| 38 | | 11/13/19 | Sacaria-Goday "selfie" (Bates #516) |
| 39 | | 11/13/19 | Perez-Villanueva "selfie" (Bates #515) |
| 40 | | 11/13/19 | Perez-Villanueva and Sacaria-Goday "selfie" (Bates #514) |
| 41 | | 11/13/19 | Sacaria-Goday "selfie" |
| 42 | | 11/13/19 | Perez-Villanueva and Sacaria-Goday "selfie" (Bates #417) |
| 42A | | | Perez-Villanueva "selfie" (Bates #419) |
| 43 | | 11/13/19 | Perez-Villanueva "selfie" |
| 44 | | 11/13/19 | Perez-Villanueva "selfie" |
| 45 | | 11/13/19 | Perez-Villanueva and Sacaria-Goday "selfie" |
| 46 | | 11/13/19 | Sacaria-Goday "selfie" |
| 47 | | 11/13/19 | Perez-Villanueva "selfie" |
| 48 | | 11/13/19 | Photograph of Ajo Chevron (Bates #102) |
| 49 | | 11/13/19 | Photograph of Ajo Chevron (Bates #103) |
| 50 | | | Still image from Ajo Chevron security camera (Bates #104) |
| 51 | | | Still image from Ajo Chevron security camera (Bates #105) |
| 52 | | | Still image from Ajo Chevron security camera (Bates #106) |
| 53 | | | Still image from Ajo Chevron security camera (Bates #107) |
| 54 | | | Still image from Ajo Chevron security camera (Bates #108) |
| 55 | | | Transcript of Sacaria-Goday interview with Border Patrol on January 17, 2018 (Bates #532-95) |
| 56A | | | Recording of Sacaria-Goday video deposition with closed captioning |
| 56B | | | Recording of Perez-Villanueva video deposition with closed captioning |
| 56C | | 11/19/19 Not to jury | Transcript of Sacaria-Goday video deposition (unredacted) |
| 56D | | 11/19/19 Not to jury | Transcript of Perez-Villanueva video deposition (unredacted) |
| 56E | | 11/19/19 Not to jury | Recording of Sacaria-Goday video deposition with closed captioning and retrial redactions |

| | | | |
|---|---|---|---|
| 56 G | | Not to jury 11/19/19 | |
| 56F | | 11/19/19 Not to jury | Recording of Perez-Villanueva video deposition with closed captioning and retrial redactions |
| 57 | | | Affidavit of Dr. Scott Daniel Warren (17-MJ-341-BPV) |
| 58 | | | Webpage – "About No More Deaths" |
| 59 | | | Webpage – "Frequently asked questions about Desert Aid" |
| 60 | | | Webpage – Ajo Ambulance Services |
| 61 | | | No More Deaths' Recommended Packing List for Desert Volunteers |
| 62 | | 11/19/19 | Photograph of cabinet (Bates #244) |
| 63 | | | Photograph of trash can lid (Bates #281) |
| 64 | | | Photograph of supply shed (Bates #404) |
| 65 | | | Photograph of supply shed (Bates #400) |
| 66 | | | Photograph of supply shed (Bates #398) |
| 67 | | | Photograph of supply shed (Bates #396) |
| 68 | | | Photograph of supply shed (Bates #395) |
| 69 | | | Photograph of The Barn (Bates #709) |
| 69A | | | Photograph of The Barn (Bates #301) |
| 70 | | 11/13/19 | Photograph of The Barn (Bates #707) |
| 71 | | 11/13/19 | Photograph of The Barn (Bates #715) |
| 71A | | | Photograph of The Barn (Bates #304) |
| 72 | | | Transcript of evidentiary hearing held on May 11, 2018, in *United States v. Scott Daniel Warren* (18-CR-223) |
| 73 | | | Satellite image of 1401 West Snyder Road, Ajo, Arizona (Bates #699) |
| 74 | | 11/13/19 | Satellite image of 1401 West Snyder Road, Ajo, Arizona |
| 75 | | 11/13/19 | Diagram of The Barn |
| 76 | | | Photograph of Sacaria-Goday in van (Bates #133) |
| 77 | | | Photograph of Perez-Villanueva in van (Bates #134) |
| 78 | | | Photograph of Sacaria-Goday and Perez-Villanueva in van (Bates #136) |
| 79 | | | Photograph of van (Bates #501) |

| | | | | |
|---|---|---|---|---|
| 80 | | | | Photograph of van (Bates #502) |
| 81 | | | | Photograph of van (Bates #505) |
| 82 | | | | Photograph of supply shed (Bates #259) |
| 83 | | | | Photograph of supply shed (Bates #260) |
| 84 | | | | Photograph of fire pit (Bates #295) |
| 85 | | | | Photograph of receipt (Bates #201) |
| 86 | | | | Photograph of The Barn (Bates #317) |
| 87 | | | 11/13/19 | Ajo Chevron security camera footage |
| 88 | | | 11/13/19 | Why Not security camera footage |
| 89 | | | 11/13/19 | Map of Ajo, Arizona (emailed 5/15/19) |
| 90 | | | | Summary exhibit of items found in Perez-Villanueva's cell phone |
| 91 | | | | Map of Ajo, Arizona |
| 92 | | | | Summary exhibit of items found in defendant's cell phone |
| 93 | | | | Report (Bates #1-5) |
| 94 | | | | Report (Bates #6) |
| 95 | | | | Report (Bates #7) |
| 96 | | | | Report (Bates #8) |
| 97 | | | | Report (Bates #9) |
| 98 | | | | Report (Bates #10-12) |
| 99 | | | | Report (Bates #91) |
| 100 | | | | Report (Bates #92) |
| 101 | | | | Report (Bates #100) |
| 102 | | | | Report (Bates #129-32) |
| 103 | | | | Binder – Results of extraction of defendant's cell phone |
| 104 | | | | Video of shelter recorded by Perez-Villanueva |
| 105 | | | | Still image from video of shelter recorded by Perez-Villanueva |
| 106 | | | | Still image from video of shelter recorded by Perez-Villanueva |

| 107 | | | Still image from video of shelter recorded by Perez-Villanueva |
| 108 | | | Summary exhibit of Ajo Chevron security camera footage |
| 109 | | | Summary exhibit of Why Not security camera footage |
| 110 | | | Map of Border Patrol Tucson Sector Area |
| 111 | | | Trial transcript for May 29, 2019, in *United States v. Scott Daniel Warren* (18-CR-223) (afternoon session only) |
| 112 | | | Trial transcript for May 30, 2019, in *United States v. Scott Daniel Warren* (18-CR-223) |
| 113 | | | Trial transcript for June 3, 2019, in *United States v. Scott Daniel Warren* (18-CR-223) |
| 114 | | | Trial transcript for June 4, 2019, in *United States v. Scott Daniel Warren* (18-CR-223) |
| 115 | | | Trial transcript for June 5, 2019, in *United States v. Scott Daniel Warren* (18-CR-223) |
| 116 | | | Trial transcript for June 6, 2019, in *United States v. Scott Daniel Warren* (18-CR-223) |
| 117 | | | Transcript of evidentiary hearing held on June 14, 2018, in *United States v. Scott Daniel Warren* (18-CR-223) |
| 118 | | | Timeline from forensic extraction of defendant's cell phone for January 14-17, 2018 |
| 119 | | 11/13/19 | Photograph of area to northwest of the Barn |
| 120 | | 11/13/19 | Photograph of area to northeast of the Barn |
| 121 | | 11/13/19 | Photograph of the Barn from distance |
| 122 | | 11/13/19 | Photograph of the Barn zoomed in |
| 123 | | 11/13/19 | Satellite image of portion of SR 85 and surrounding area |
| 124 | | | Map of intersection of SR 85 and Interstate 8 |
| 125 | | 11/14/19 | Perez-Villanueva "selfie" |
| 126 | | | Summary of images from Perez-Villanueva's phone |
| 127 | | | Climate averages chart for Ajo |
| 128 | | | |