# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,
vs.
Scott Daniel Warren
DEFENDANT.



FILED ✓   LODGED ___
RECEIVED ___   COPY ___

NOV 2 0 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

18-CR-00223-RCC(DTF)

**DEFENDANTS' EXHIBIT LIST**

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Raner C. Collins | Sherry Gammon | Erica McQuillen |
| **HEARING/TRIAL DATE(S)** | **PLAINTIFF ATTORNEY(S)** | **DEFENDANT ATTORNEY(S)** |
| November 12th, 2019 | Anna R. Wright<br>Nathaniel Walters  Glenn McCormick | Amy Knight<br>Gregory Kuykendall |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| | 201 | 11/19/19 | SOAP Notes for Jose Sacaria-Goday (Bates #001-003) |
| | 202 | 11/19/19 | SOAP Notes for Kristian Perez-Villanueva (Bates #004-005) |
| | 203B | 11/15/19 | No More Deaths Desert Aid Protocol |
| | 204 | | Flyer for Arizona Humanities Lectures event "Landscapes of Migration in the Arizona-Sonora Borderland" (Bates #078) |
| | 205 | | Pima County Sheriff Report dated 1/14/2018 (Bates #060-064) |
| | 206 | | Olsen's Marketplace IGA Transaction Details (Bates #073) |
| | 207 | | Credit card statement for account ending in 6859, 12/26/17-1/17/18 (Bates #074-075) |
| | 208 | | Tohono O'odham Community College Spring 2018 course schedule (Bates #068-072) |
| | 209 | | Image of credit card with number ending 6859 (Bates #076) |
| | 210 | | ICRC Code of Conduct (Bates #502-508) |
| | 211 | | *Informacion Antes de su Salida* (Bates #079-080) |
| | 212 | | English Tranlation of "*Informacion Antes de su Salida*" (Bates #482-483) |
| | 213 | | *Remedios Para Cuando Estas en Apuros* (Bates #081-082) |
| | 214 | | English Translation of "*Remedios Para Cuando Estas en Apuros*" (Bates #484-485) |
| | 215 | 11/14/19 | RHR Map 2011-2018 (Bates #106) |
| | 216 | 11/14/19 | RHR Map FY 2017 Through May (Bates #108) |
| | 217 | 11/14/19 | RHR Map FY 2017 Through May - Zoomed In (Bates #107) |

# DEFENDANTS' EXHIBIT LIST -- CONTINUATION

| | | | |
|---|---|---|---|
| United States vs. Scott Daniel Warren | | CASE NO. CR18-00223-TUC-RCC(DTF) | |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| | 218 | | Video clip from VICE News Tonight, January 10, 2018 |
| | 219 | | Video clip of Border Patrol agents destroying supplies released by No More Deaths |
| | 220 | | Pre-departure kit for shelter distribution |
| | 221 | | Excerpt of Dr. Warren's 2015 Doctoral Dissertation (Bates #109-132) |
| | 222 | | Article authored by Dr. Warren in 2015 "After the Crossing" (Bates #357-370) |
| | 223 | | No More Deaths "Part 2 Interference with Humanitarian Aid" (Bates #083-105) |
| | 224 | | 1/17/18 Group text messages between number BP Agents (Gov Bates #155-164) |
| | 225 | | 1/17/18 Text messages - Agents Ballesteros, Burns, Marquez (Gov Bates #903-915) |
| | 226 | | 1/17/18 Text messages - BP Agent Marquez, FWS Ebann (Gov Bates #165-171) |
| | 227 | | Note seized by Border Patrol in search of Barn 1/22 (Gov Bates #254) |
| | 228 | | Photo - shoes in desert (#498) |
| | 229 | | Photo - shoes in desert (#499) |
| | 230 | | Photo - wallet in desert (#501) |
| | 231 | | 1/16/18 Interview report SBPA Gonzalez, subject SAUCEDA |
| | 232 | | 1/16/18 IMS Debrief notes, SBPA Gonzalez, subject SAUCEDA |
| | 233 | | Receipt seized by Border Patrol during search of barn |
| | 234 | | Note seized by Border Patrol during 1/22 search of barn (Gov Bates #254) |
| | 235 | | Note seized by Border Patrol during 1/22 search of the barn (Gov Bates #409) |
| | 236 | | 10/5/17 8:50pm Email "Re:Mtg w/ Fr. Julio" |
| | 237 | | 10/2/17 9:12pm Email "Wednesday night w/ Irineo" |
| | 238 | | 9/25/17 3:15pm Email "Re: Samaritans/Humane Borders water runs" |
| | 239 | | 9/19/17 5:36pm Email "Re: Samartitans/Humane Borders water runs" |

| | | CASE NO. |
|---|---|---|
| United States vs. Scott Daniel Warren | | CR18-00223-TUC-RCC(DTF) |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| | 240 | | 9/19/17 12:46pm Email "Re: Samaritans/Humane Borders water runs" |
| | 241 | | 9/9/17 3:16pm Email "Woman Missing in Desert - Was heading towards Tucson" |
| | 242 | | 7/8/17 9:38am Email "Sonoyta Shelter Notes" |
| | 243 | | 7/5/17 6:55pm Email "Fwd: Today's water run" |
| | 244 | | 6/25/17 1:05pm Email "copy of entrevista" |
| | 245 | | 6/18/17 3:17pm Email "Re: Potential SAR Information for Friend of Melvin" |
| | 246 | | 6/15/17 10:38pm Email "Re: Potential SAR Information for Friend of Melvin" |
| | 247 | | 6/15/17 10:07pm Email "Re: Questions to Help with a Search" |
| | 248 | | 6/15/17 3:59pm Email "Re: Questions to Help with a Search" |
| | 249 | | 6/14/17 8:25pm Email "Fwd: Recovery" |
| | 250 | | 6/7/17 1:23pm Email "Missing Person Report" |
| | 251 | | 6/25/17 1:05pm Email "copy of entrevista" |
| | 252 | | Visual timeline of events in question |
| | 253 | | Texts between Marquez and Bissell (Gov. Bates # 675-682) |
| | 254 | | 5/21/18 Marquez Report (Gov. Bates #675) |
| | 255 | | 5/21/18 Marquez Report (Gov. Bates # 683) |
| | 256 | 11/15/19 | Dr. Price medical notes dated 1/14/2018 |
| | 257 | 11/19/19 | Map of Ajo area |
| | 258 | 11/15/19 | Photo of Barn breezeway (suppression hearing exhibit |
| | 259 | | Lumberjack article (Gov. Bates 508-511) |
| | 260 | | 2017 Annual Report of Pima County Medical Examiner |
| | 261 | 11/13/19 | Marquez/Ebann ("Donnie") text string 1/17/18 (Gov Bates #916-923) |
| | 262 | | Sauceda Report (Gov Bates #475-476) |

# DEFENDANTS' EXHIBIT LIST -- CONTINUATION

| | | | CASE NO. |
|---|---|---|---|
| United States vs. Scott Daniel Warren | | | CR18-00223-TUC-RCC(DTF) |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| | 263 | | BPA Burns, Marquez, Ballesteros text string 1/17/18 (Bates #903-915) |
| | 264 | | BP knock & talk policy |
| | 265 | | Kristian Perez Villanueva Phone Extraction, with message |
| | 266 | | Scott Daniel Warren Phone Extraction, call log |
| | 267 | | Report prepared by US Border Patrol Path Fitzsimmons |
| | 268 | | Transcript of testimony of Dr. Edward McCullough |