

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Scott Daniel Warren,<br><br>    Defendant. | No. CR-18-00223-TUC-RCC(DTF)<br><br>**JURY QUESTIONS<br>DURING TRIAL** |

Jury questions during trial.

Day 2

Is providing humanitarian aid to an alien against the law?
NO

Did ~~found a~~ witness found any black water jars ~~or~~ and or carpet booties in "the Barn".
yes

Why did he first arrested Dr Warren before the suspected Alien?
yes

Were Blackwater jugs
or Carpet Booties
found at The Barn?
Yes

Is it legal to take pictures without a search warrant? No

Did the agents have this video from the Why not Center before they decided to do Surveillance at the Barn? How about from the Chevron?

So if you saw the video before the Surveillance, why Did you Say your training told you They were South American? Why not Say we identified them from the Videos
yes

IF THE DEFENDANT HAD BEEN SPEAKING TO TWO WOMEN OR ANGLO LOOKING PEOPLE OUTSIDE THE "BARN" AND ~~WOULD YOU STILL HAVE MOVED IN~~ GESTURING, WOULD YOU STILL HAVE MOVED IN FOR A CLOSER LOOK / KNOCK X TALK. WAS THE FACT THEY WERE HISPANIC THE MAIN FACTOR? OR WAS IT THE DEFENDANT

yes

Has Dr Warren speak to both Kristian
Jose while outside the barn and
pointing to the Northeast / Northwest?
(i.e. were they all standing together?)
_____

Did Agent Marquez respond in
any way when Agent Burns knocked
on the bedroom door while performing
the protective sweep to let Agent Burns
know he was in there?
                              YM
_____

Do you know who Christian was calling @ the gas station? Was it Scott?
Yes

Were the bath/laundry room and shower where aliens were hiding locked, hard to access or obscured anyway, when you reached there?

yes

① When were the Barn inside exhabits taken? @ Survalence time or later?

② Does BOARDER PatRol HAve Authority to secure a site withouT Search warrent?

- By Mr. Burn's definition, what constitutes "harboring" an illegal immigrant, ~~and~~ as opposed to "humanitarian aid"?

   NU

- Are the photos of the Barn from the time of the search warrant?   yes
   - If so, do the pictures differ from the scene found during the arrest?
      yes

- As part of the arresting team, when you encountered the 2 aliens in question, did they appear to have had any type of medical attention?
yes

- Was there any indication of medical aid being administered at The Barn
yes

- When taken into custody, were the two aliens in question treated for any ailments?
yes