

FILED ✓    LODGED
RECEIVED    COPY

NOV 20 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

v.

Scott Daniel Warren,

    Defendant.

No. CR-18-00223-TUC-RCC(DTF)

**JURY QUESTIONS DURING TRIAL**

Jury questions during trial.

Day 3

During the extraction of information from the phone of Kristian, was there any search information regarding 'No More Deaths' or 'The People who leave water in the desert'?

yes

ON 14 Jan 2018, what was the
Message that Scott sent to the
Sheriff @ 0944? yd

WHAT (PROFESSIONAL) IN YOUR OPINION, ~~OF~~ DO THE PHOTOS TAKEN FROM THE (CHRISTIAN'S) PHONE TELL US ABOUT DR. WARREN'S ALLEDGED OFFENSE?

1-16-18 Message from Kristian saying he was delayed.

Was that 0617 or 1817?

① What is The annual Budget for the PIMA County Medical Examiners to examaine Illegal Aliens?   yes

② Do you have any documented deaths during 14 Jan 2018 and 17 Jan 2018? If so, who Contacted you to come Recover?   yes

Is anyone ~~possibly~~ immune to effects of exposure (i.e. will never suffer effects regardless of their physical condition or severity of ~~exposure~~ environmental conditions)?

yes

Is disorientation a possible/probable side effect of dehydration?

yes