1

2

3

4

5



6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    United States of America,                  No. CR-18-00223-TUC-RCC(DTF)

10            Plaintiff,

11    v.                                         **JURY QUESTIONS
                                                  DURING TRIAL**
12    Scott Daniel Warren,

13            Defendant.

14

15

16

17

18

19                          Jury questions during trial.

20                                  Day 4

21

22

23

24

25

26

27

28

Based on current laws in the United States and the state of Arizona, is there a clear definition to the term 'Harboring' of an undocumented alien?

- If so, what is the statute of time that an undocumented alien would be considered 'Harboring'?

NC

You've defined No More Death's goal of 'Stopping deaths in the desert' within the confines of the law. Is there a Protocol that establishes when a volunteer has over stepped the bounds and limitations established by your organization? yes

- If so, based on said Protocol, has No More Deaths as an organization, and based on your knowledge, upheld their protocol given this situation no

1. Does The BARN have Medical Signs on Building to show iT is A medical facility. yes

2. ARE you Paid by "No moRE Deaths" for your legal advice? yes

3. WHAT is The Legal status of "No MoRE Death" oRganization? NO

Is there Supervision
of The Volenteers @ the Barn?
                        9pr

Did the agents ask
Scott if there were people
hiding ?inside? no

Was he supposed to tell
agents there were people
on the property without
them asking? no

IS THE BARN AVAILABLE
TO THOSE WHO DO NOT
NEED MEDICAL TREATMENT?
IF THE "TRAVELER" WANTS
REST & FOOD, WOULD
THEY BE ABLE TO STAY?

Yes

①

Is there a legal requirement in the statute for
a humanitarian aid volunteer who is
providing said aid to tell CBP or other
law enforcement who approach that there are
people (documented a not) around?

② Were the protocols developed by No More Deaths
developed in consideration of the laws and
are those protocols regularly updated for
changes in the laws?

③ Does no more deaths maintain records on
the aid provided to a particular
person as to date, time, diagnosis,
recommended course of care, etc?

Do you know if someone from the medical team was contacted by Scott for the migrants?

no

How do law and
protocol differ?

If a person is
medically cleared ~~to~~
must volunteers "kick"
them out of facility?
yes

W

- In your Experience how have past situations between volunteers and undocumented immigrants been handled.

- Are they asked to leave?

- Do they leave on their own after getting treatment, etc.?

① What medical training do you have?
yes

② Were all the volunteers and facilitators at the barn in January 2018 sick or were some of them just tired and "overwhelmed" from Sunday's work?
yes

③ Who is responsible for making entries into the SOAP notes — you as a volunteer and interpreter or the person providing the medical care?
yes



1) On Jan. 16th, was she the only Person left w/ the I.A.s? If so, were you concerned about Being alone w/ them? yes

2) What Date and time DiD you meet up w/ Scott? yes → about your Concerns.

3) What Room were the Illigals in When you offered them Tea? The first time. yes

4) Where DiD all the Volunteers sleep on Jan. 14, 2018? What was the night temps? yes

Were you ever told
that Jose and
Kristian were in
the country illegally
and if so, by whom.
ops

is the ~~clinic section~~ of the Barn"
always ~~close~~?

Does the ~~ctein~~ clinic section
of "the Barn" always left close?
yes

Were ~~were~~ you made aware
of when the Border Patrol
had secured the Barn?
yes

~~No~~ Have you had any
contact with a member
of No More Death's
Abuse Documentation Team?
yes

Have you had any
legal counsel prior to
your testimony with
a representative of
No More Death's legal
team?        yes

- Are the migrants at the Barn
cautioned to stay inside to
prevent detection?
          yes

1. What equipment/supplies DO you take on the human Remains Recovery TRIP?      YES

2. IF the human Remains were ALREADY REPORTED TO Sheriff, why would you go out tHere?
   YES

What volunteers supposed to do when you find a "patient" in the desert in ~~the~~ a serious condition ~~that~~ who needs more medical care than you can provide?

NV

How many of these "patients" you encountered while volunteering?

① How Many times in 2018 have you Physically gone to the Barn AND Medically assesed someone? yes

② Do you Always document/log your Medical ADVICE to Non certified Medical Person? Yes

③ Do you ever follow up on the Medical advice you have given? yes

① Is risk of exposure or dehydration greater in dry climates like Arizona than it is in, say, Arkansas in July, where it is humid?

Does elevation or being at elevation without sufficient $H_2O$ cause higher risk of exposure than being at sea level?      yes

② Is Dr. Price licensed as a physician in Arizona?     yes

③ Does Dr Price get updates on patients that she has provided recommendations on?    yes

④ What happens if blisters are left untreated - esp. blisters you encounter on migrants?
                                    yes

~~170 Nof~~

DO "NO MORE DEATH"
PROTOCALS ALLOW CALLING
LAW ENFORCEMENT OR
BORDER PATROL FOR MEDICAL
CARE OR EVALUATION OR
EVACUATION?
DO THE PROTOCALS ALLOW
FOR "NO MORE DEATHS" TO
TRANSPORT "PATIENTS" yes
WHY NOT SEND THEM
TO THE AJO HOSPITAL?

- Based on your knowledge, is there a priority to ensure no carcinogens are in the system of a patient when trying to provide medical care?

- Are there requirements to classify a location as a medical facility?
   - If so, does 'The Barn' meet the requirements necessary to be called a medical facility?

- Is there a relative association with any medical facility in the area of Ajo in relation to No More Deaths, Tucson Humanitarians?

~~Could If so, is there~~