

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

v.

Scott Daniel Warren,

    Defendant.

No. CR-18-00223-TUC-RCC(DTF)

**JURY QUESTIONS DURING TRIAL**

Jury questions during trial.

Day 5

What do you do when you encounter a migrant in need of medical attention who does not want to go to hospital and does not want CBP notified?

Are you ever in fear for your life or the lives of the volunteers with you when you encounter a migrant? yes

How long does it take, on average, to walk from the nearest border crossing location to Ajo — say Sonoyta to Ajo? Other than being desert, is the terrain rough or fairly flat? yes

Do you get periodic refresher training on the legal limits to humanitarian aid - esp when laws or ~~protos~~ protocols change? yes

How do you define humanitarian aid and is your definition different from that of "No more deaths" definition? If it is different (yours vs NMD), how so? yes

If you had spent a few months or all your life in a warmer more humid climate, would 50° seem cold? Would it seem colder if it was windy/breezy?

Who is responsible for recording medical check information in the SOAP notes, you as the Barn's owner's representation or the medical professional or paraprofessional performing the medical check? So if there were no notes from 1/16 or 1/17, it isn't because you failed to do it, right? yes

Some of the border crossers have been known to be drug smugglers. Have you encountered what you felt were smugglers? Are you neutral to their presence? Would you call law enforcement?

NO

Is any of the data regarding where a water drop is, how many jugs of water has been used or how much food has been taken — Is this information shared with Border Patrol?

or

Does Border Patrol ever ask for this information?

CPC

① How do you decide what medical supplies to stock @ Barn? yes

② How does N.M.D. advertise their hotline? yes

③ Who are the top two financial Doners to the N.M.D at the Barn? NU

④ When an I.A. requests to go to the hospital, who TRANSPORTS them to hospital? yes

| Did Border patrol agents ask you if ~~you~~ there are any aliens in "the Barn" before they arrested you? | |
|---|---|
| | Yes |

Did anyone from Border Patrol ask you if there were any migrants at the Barn prior to you being handcuffed? If so what did you answer? yes

| Approx. How many migrants have found their way to the barn & asked for assistance | |
|---|---|
| | yes |

Did Agent Marques hand cuff you w/out talking to you?

For the SOAP notes, at the top left of the first page, it indicates that each patient is designated a number. Was this not for Jose & Kristian?

qr