

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Scott Daniel Warren,<br><br>  Defendant. | No. CR-18-00223-TUC-RCC(DTF)<br><br>**STIPULATION OF EXHIBITS** |

Counsel stipulate the following Defense exhibits were presented to the jury for use during deliberation:

201, 202, 203B, 215, 216, 217, 256, 257, 258 and 261.

11/20/19
Date

_____
Defense Counsel Signature

11/20/19
Date

_____
Government's Counsel Signature