FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 2 0 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00223-TUC-RCC(DTF) |
|---|---|
| Plaintiff, | **VERDICT** |
| v. | |
| Scott Daniel Warren, | |
| Defendant. | |

We the jury, find the Defendant, Scott Daniel Warren, _NOT Guilty_ of Harboring Illegal Alien Kristian Perez-Villanueva as charged in the Indictment.

_38_
Foreperson's Juror Number

_20 Nov 19_
Date