

FILED / LODGED
RECEIVED / COPY

NOV 20 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00223-TUC-RCC(DTF) |
| Plaintiff, | **VERDICT** |
| v. | |
| Scott Daniel Warren, | |
| Defendant. | |

We the jury, find the Defendant, Scott Daniel Warren, __NOT GUILTY__ of Harboring Illegal Alien Jose Arnaldo Sacaria-Goday as charged in the Indictment.

__38__  
Foreperson's Juror Number

__20 Nov 19__  
Date