FILED ___ LODGED
RECEIVED ___ COPY

NOV 20 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00223-TUC-RCC(DTF) |
|---|---|
| Plaintiff, | |
| v. | **RETURN OF EXHIBITS** |
| Scott Daniel Warren, | |
| Defendant. | |

Receipt is hereby acknowledged for the exhibits submitted and or admitted during the Jury Trial conducted 11/12/2019 through 11/20/2019.

3B, 3C, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 62, 70, 71, 74, 75, 87, 88, 89, 119, 120, 121, 122, 123 and 125.

Exhibits shall be kept in my/our possession until all appeal time has run in this matter or until further Order of the Court.

Dated: NOV 20 2019

By: _____
Anna Wright/Nathaniel Walters/Glenn McCormick
Assistant United States Attorney