FILED ____ LODGED
____ RECEIVED ____ COPY

NOV 20 2019

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY ____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00223-TUC-RCC(DTF) |
| Plaintiff, | |
| v. | **RETURN OF EXHIBITS** |
| Scott Daniel Warren, | |
| Defendant. | |

Receipt is hereby acknowledged for the exhibits submitted and or admitted during the Jury Trial conducted 11/12/2019 through 11/20/2019.

201, 202, 203B, 215, 216, 217, 256, 257, 258 and 261.

Exhibits shall be kept in my/our possession until all appeal time has run in this matter or until further Order of the Court.

Dated: NOV 20 2019      By: _____
Gregory Kuykendall/Amy Knight
Defense Counsel Signature