# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Scott Daniel Warren,<br><br>        Defendant. | CR-18-00223-TUC-RCC (DTF)<br><br>**ORDER** |

    The Defendant having been acquitted following a jury verdict of Not Guilty and good cause appearing;

    **IT IS ORDERED** Pretrial Services shall immediately release the passport to the defendant, Scott Daniel Warren, or to his counsel, Gregory Kuykendall, Esq. or Amy Knight, Esq.

    Dated this 21st day of November, 2019.

_____
Honorable Raner C. Collins
Senior United States District Judge

cc: PTS