# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Scott Daniel Warren,<br><br>　　　　　Defendant. | No. CR-18-00223-TUC-RCC (DTF)<br><br>**JUDGMENT OF ACQUITTAL** |

　　　A jury trial having been held on Counts 2 and 3 of the Indictment filed herein and presented against the above-named defendant charging violations of Title 8 U.S.C. §1324(a)(1)(A)(iii), Harboring Illegal Aliens, and a verdict of Not Guilty having been returned as to Counts 2 and 3 of the Indictment;

　　　**IT IS ORDERED** the defendant, Scott Daniel Warren, is **ACQUITTED**, discharged from pretrial supervision and the personal appearance bond exonerated.

　　　Dated this 21st day of November, 2019.

_____
Honorable Raner C. Collins
Senior United States District Judge